IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAW FILMS, LTD.                  :     CIVIL ACTION
                                 :
            v.                   :
                                 :
JOHN DOES 1-15                   :     NO. 11-7248

<u>ORDER</u>

AND NOW, this 23rd day of March, 2012, upon consideration of the Doe Defendant's Motion to Quash or Modify Subpoena (ECF No. 5); the plaintiff's response thereto (ECF No. 6); John Doe xx's Omnibus Motion to (1) Sever Defendants for Improper Joinder, and/or (2) to Quash Subpoena and/or (3) Issue a Protective Order (ECF No. 7); the plaintiff's response thereto (ECF No. 8); and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motions are DENIED.

BY THE COURT:

<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.