IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
RAW FILMS, LTD.                :     CIVIL ACTION
                               :
          v.                   :
                               :
JOHN DOES 1-15                 :     NO. 11-7248
```

ORDER

AND NOW, this 7th day of May, 2012, upon consideration of the plaintiff's Second Motion for Extension of Time Within Which It Has to Serve John Doe Defendants with a Summons and Complaint, IT IS HEREBY ORDERED that the motion is GRANTED. The plaintiff shall have until May 21, 2012 to serve John Does 8, 10, and 12.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.