United States District court

For the eastern district of Pennsylvania

| | | |
|---|---|---|
| Raw Films, Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:11-cv-07248-MAM |
| | ) | |
| John Does 1-15, | ) | |
| | ) | |
| Defendants. | ) | **FILED** |
| | ) | |

MAY 1 8 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## JOHN DOE xx's REPLY MOTION TO PLAINTIFF'S OPPOSITION TO MOTION TO RECONSIDER DENIAL OF MOTION (1) TO SEVER DEFENDANTS FOR IMPROPER JOINDER, AND/OR (2) TO QUASH SUBPOENA AND/OR (3) ISSUE A PROTECTIVE ORDER QUASH

Defendant, John Doe No. xx[1] ("Defendant"), files this Reply to Plaintiff's Opposition to

John Doe's Motion to Reconsider Denial of Motion (1) to sever Defendants for improper joinder,

and/or (2) to quash subpoena and/or (3) issue a protective order ("MTQ"). In the alternative,

should the Court deny Defendant's Motion for Reconsideration, Defendant requests that the

issues presented in this Bit Torrent case be certified for immediate appeal to the Third Circuit to

permit further development of the law and uniformity of decisions pursuant to 28 U.S.C. §

1292(b). Further, Defendant requests that should the Court certify this matter for immediate

---

[1] John Doe does not identify itself in this filing, but is one of the John Doe Defendants listed on the Subpoena to Verizon Internet Services and will be identified as "John Doe xx" in this Motion.

1

appeal that it issue a stay of the litigation pending a decision from the appeals court and an order prohibiting the voluntary dismissal without prejudice of this case.

I.    **Plaintiff's Litigation History in the Eastern District of Pennsylvania Supports Defendant's Contention that Plaintiff Has No Intention to Litigate Bit Torrent Claims**

Plaintiff's contention that it intends to litigate these cases is not supported by the litigation history of its cases across the country.  Nor, does the litigation strategy of Plaintiff's counsel in the mass of Bit Torrent cases he has filed in the Eastern District of Pennsylvania ("EDPA") demonstrate any interest in litigating these cases.  *See* BitTorrent Cases Brought in Eastern District of Pennsylvania, attached as Exhibit A; see also EDPA *Docket Report as of May 7, 2012*, attached as Exhibit B.  Indeed, counsel states that he has filed nearly forty individual suits against Does Defendants in this Court.  *Plaintiff's Opposition Brief* at 3.  However, Plaintiff's counsel fails to inform the court that he only filed those individual cases after the Judge in the initial case, severed the defendants and ordered the plaintiff in that case to refile against the original does.  Exhibit A, Pages 6-11, No. 32-67.  In these series of cases Judge Schiller issued an order to sever all defendants, but one, and ordered the plaintiff to refile the cases as related cases.  In these 35 cases, upon receiving the personal information of the putative defendants, 33 of the cases were dismissed, only 2 have not been dismissed, service has not been effected, nor has discovery been initiated for the two remaining doe defendants.  While, Defendant understands that most cases settle before they reach a trial, I believe that this type of litigation history is not standard for copyright cases filed in the federal courts.

As Judge Brown, from the Eastern District of New York noted in his recent decision:

2

> Our federal court system provides litigants with some of the finest tools available to assist in resolving disputes; **the courts should not, however, permit those tools to be used as a bludgeon** *(emphasis added)*. As one court advised Patrick Collins, Inc. in an earlier case, "while the courts favor settlements, filing one mass action in order to identify hundreds of doe defendants through pre-service discovery and facilitate mass settlement, is not what the joinder rules were established for." *Patrick Collins, Inc. v. Does 1–3757*, 2011 U.S. Dist. LEXIS 128029, at *6–7 (N.D.Cal. Nov. 4, 2011).

> Given the unopposed, sworn account by John Doe #16, which dovetails with the experience of defendants in other actions brought by K-Beech and Patrick Collins, I find counsel for K-Beech has already engaged in improper litigation tactics in this matter, and find it highly probable that Patrick Collins, Inc. and Malibu will likely engage in similar tactics if permitted to proceed with these mass litigations. Such conduct cannot be condoned by this Court. This is a persuasive basis to deny the motions for early discovery, as well as an additional basis to grant the motions to quash. *See Pacific Century*, 2011 WL 5117424, at *2 (denying discovery on this basis).

Report and Recommendation of The Hon. Gary R. Brown, U.S.M.J., *In re BitTorrent Adult Film Copyright Infringement Cases*, 2012 U.S. Dist. LEXIS 61447 (E.D.N.Y. May 1, 2012).

The litigation record of the various pornographic movie producers seeking to enforce their copyrights speaks for itself. Plaintiffs have developed a profitable litigation strategy that requires little effort and abuses the offices of the federal courts across this country to force countless John Doe Defendant's to settle cases, whether they were the copyright infringer or an innocent individual. Indeed, when I first received the notice of the Subpoena from my Internet Service Provider I contacted several local attorney's to inquire what legal options I might have and was shocked to hear them tell me, it doesn't really matter if you are innocent it will cost you in legal fees what the Plaintiff will demand, so you have a decision to make as to whether or not it is worth it for you to fight.

It seems clear to me that Plaintiffs have one objective in these cases, extracting settlements, not to establish their claims in Court.  As Judge Gibney noted in a case involving Raw Films in the Eastern District of Virginia "[t]his course of conduct indicates that the plaintiffs have used the offices of the Court as an inexpensive means to gain the Doe defendants' personal information and coerce payment from them.  The plaintiffs seemingly have no interest in actually litigating the cases, but rather simply have used the Court and its subpoena powers to obtain sufficient information to shake down the John Does." *Raw Films, Ltd. v. Does 1-32*, 2011 WL 6182025 at *2 (E.D.Va. 2011).   In another recent decision, Judge McMahon from the Southern District of New York said: " I am second to none in my dismay at the theft of copyrighted  material that occurs every day on the internet. However, there is a right way and a wrong way to litigate, and so far this way strikes me as the wrong way." *Digital Sins Inc. v. John Does* 1- 245, 11-cv-8170 (S.D, N.Y, May 15, 2012)(attached as Exhibit C).  The manner in which these Bit Torrent cases are filed and litigated are an assault on the fundamental rules of fairness found in our legal system, the federal courts.  Simply put, these cases are not about copyright holders attempting to legitimately enforce their copyrights through the judicial process.

II.   **Plaintiff's Technology is Not Reliable**

Plaintiff asserts that the ISP to which each Defendant subscribes can correlate the Defendant's IP address to the Defendant's true identity.  But the truth of the matter is the subscribers to the IP addresses listed may not actually be the individuals who carried out the complained of acts.  As one judge observed:

> The Court is concerned about the possibility that many of the names and addresses produced in response to Plaintiff's discovery request will not in fact be those of the individuals who downloaded "My Little Panties # 2." The risk is not purely speculative; **Plaintiff's counsel estimated that 30% of the names turned**

4

> over by ISPs copyrighted material. Counsel stated that the true
> offender is often the "teenaged son ... or the boyfriend if it's a
> lady." Alternatively, the perpetrator might turn out to be a neighbor
> in an apartment building that uses shared IP addresses or a
> dormitory that uses shared wireless networks.   This risk of false
> positives gives rise to the potential for coercing unjust settlements
> from innocent defendants such as individuals who want to avoid
> the embarrassment of having their names publicly associated with
> allegations of illegally downloading "My Little Panties # 2."

*Digital Sin, Inc. v. Does 1-176*, -- F.R.D. --, 2012 WL 263491, at *3 (S.D.N.Y. Jan.

30, 2012) (citations omitted and emphasis added).  Another court noted:

> the ISP subscriber to whom a certain IP address was assigned may
> not be the same person who used the Internet connection for illicit
> purposes . . . By defining Doe Defendants as ISP subscribers who
> were assigned certain IP addresses, instead of the actual Internet
> users who allegedly engaged in infringing activity, Plaintiff's
> sought after discovery has the potential to draw numerous innocent
> internet users into the litigation, placing a burden upon them that
> weighs against allowing the discovery as designed.

*SBO Pictures, Inc. v. Does 1-3036*, 2011 WL 6002620, at *3 (N.D.Cal. Nov. 30, 2011)

(citations omitted).

Finally, Judge Brown thoughtfully stated that:

> [a]lthough the complaint states that IP addresses are assigned to
> "devices" and thus by discovering the individual associated with
> that IP address will reveal "defendants' true identity," this is
> unlikely to be the case.   Most, if not all, of the IP addresses will
> actually reflect a wireless router or other networking device,
> meaning that while the ISPs will provide the name of its
> subscriber, the alleged infringer could be the subscriber, a member
> of his or her family, an employee, invitee, neighbor or interloper.

Report and Recommendation of The Hon. Gary R. Brown, U.S.M.J., *In re BitTorrent Adult Film
Copyright Infringement Cases*, 2012 U.S. Dist. LEXIS 61447 (E.D.N.Y. May 1, 2012).

## III.    Recent Decision's by District Courts Have Found Joinder is Not Appropriate in BitTorrent Cases

There have been recent decisions in other District Courts finding that joinder of unrelated John Doe Defendants in BitTorrent cases is inappropriate. In each of the decisions, judges have discussed in detail, among other things, the nature of the litigation, the appropriateness of joinder, and the misuse of the federal judiciary. *See Digital Sins Inc.*, 11-cv-8170; Report and Recommendation of The Hon. Gary R. Brown, U.S.M.J., *In re BitTorrent Adult Film Copyright Infringement Cases*, 2012 U.S. Dist. LEXIS 61447 (E.D.N.Y. May I, 2012); *Raw Films, Ltd. v. Does 1-32*, 2011 WL 6182025, at \*2 (E.D. Va. Oct. 5, 2011); Hard Drive Productions, Inc. v. Does 1-188, No. C-11-01566, 809 F. Supp. 2d 1150 (N.D. Cal. August 23, 2011); *Diabolic Video Productions, Inc. v. Does 1-2099*, 10 Civ. 5865,2011 U.S. Dist. LEXIS 58351 , at \*10-11 (N.D. Cal. May 31, 2011).

The defenses that likely would be raised by subscribers if they were served include lack of jurisdiction, improper venue, misjoinder, mis-identification of Defendant (based on shared Internet access, computer viruses that re-direct subscribers' computers without authorization, etc.), the First Amendment right to anonymity absent an evidentiary showing that the Defendant actually infringed Plaintiffs copyright, and issues relating to damages and entitlement to attorney's fees in light of the nature of the work. *See On the Cheap*, 2011 U.S. Dist. LEXIS 99831, at\*8 (enumerating the "unique factual and legal issues that will have to be analyzed one at a time" if the thousands of individual defendants were not severed).

While Plaintiff asserts that joinder in BitTorrent copyright infringement cases has been permitted in district courts across the country; the issue has never been considered beyond the pre-discovery situation. In large part this is due to plaintiffs' litigation strategy, which includes

6

avoiding review on the merits except at a preliminary, *ex parte* stage, many of these

determinations were made without any factual record by judges unaware of the highly

individualized, fact specific defenses raised on the motions to quash, or evidence of strong-arm

tactics, both of which strongly militate against allowing joinder in these mass action. One court

has observed:

> In addition to the Rule 20(a)(2) criteria, the court has a
> parallel duty to ensure that permissive joinder "would
> comport with the principles of fundamental fairness or
> would [not] result in prejudice to either side. The court
> also has discretion to sever an action when joinder would
> confuse and complicate the issues for all parties involved.
> It is likely that Defendants would assert different factual
> and legal defenses, and would identify different witnesses.
> Case management and trial . . . would be inefficient,
> chaotic, and expensive. Joining Defendants to resolve
> what at least superficially appears to be a relatively
> straightforward case would in fact transform it into a
> cumbersome procedural albatross. These difficulties would
> place tremendous burden on Defendants as well. To
> provide two illustrative examples, each Defendant would
> have the right to be present at every other Defendant's
> depositions—a thoroughly unmanageable and expensive
> ordeal. Similarly, *pro se* Defendants, who most likely
> would not e-file, would be required to serve every other
> Defendant with a copy of their pleadings and other
> submissions throughout the pendency of the action at
> substantial cost. The court cannot permit a case to proceed
> in this manner.

*Pacific Century,* 2011 WL 5117424, at *3 (quotations and citations omitted). Defendant

would urge the Court to reconsider its original denial of Defendant's request to sever the

case based on the principles of fundamental fairness and judicial economy discussed in

these decisions.

## IV.   If The Court Declines To Quash The Subpoenas, Immediate Appeal Is Appropriate pursuant to 28 U.S.C. § 1292(b).

If, arguendo, the Court were to deny Defendant's Motion for Reconsideration, Defendant respectfully requests that the issues presented in the EDPA be certified for appeal pursuant to 28 U.S.C. § 1292(b).. Certification for appeal is appropriate where, as here, the issue "involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation." *Id.*

To the Defendant's knowledge, no appellate court has addressed the proper scope of multi-Doe Bit Torrent litigation - or the standards to be applied in pre-Rule 26 requests for discovery of the Does' identities in those type of cases. As the more than 67 separate BitTorrent lawsuits filed in the EDPA since 2011 demonstrate, the actions often rise or fall on Plaintiffs' requests for pre-Rule 26 subpoenas served upon the Internet Service Providers. And the cases end without any further litigation as soon as the Plaintiff receives the personal information of the putative Defendants. *See* Exhibit A, listing the litigation history of the cases filed in the EDPA.

In the EDPA the law in this area is far from uniform: courts, litigants, and the Internet Service Providers would benefit greatly from appellate guidance in this evolving area of law and, ultimately, from uniformity in the rules to be applied to these many hundreds of cases. *Grant v. Chevron Phillips Chern. Co. L.P.*, 309 F.3d 864, 875 (5th Cir. 2002) (issues involving an "intra-district division of authority" are particularly appropriate for interlocutory appeal); *Marquis v. Federal Deposit Ins. Corp.*, 965 F.2d 1148, 1151 (1st Cir. 1992) (jurisdictional questions of an

8

"unsettled nature" are properly certified for appeal); *A. P. De Sanna & Son, Inc. v. Brown*, 313 F.2d 898 (D.C. Cir. 1963) (accepting for appeal certification of order denying motion to quash service of process).

No other meaningful path to appellate review exists. Orders on motions to quash "are not ordinarily appealable." *In re Sealed Case*, 827 F.2d 776, 777 (D.C. Cir. 1987). Certification for an immediate appeal would substantially advance the interests of justice. An order denying the motion to quash involves a controlling issue of law because its resolution on appeal could "materially affect the outcome of the litigation in district court." *In re Cement Antitrust Litig.*, 673 F2d 1020, 1026 (9th Cir. 1982) (staying proceeding pending arbitration involves controlling issues of law). If the appeals court determines that joinder of Defendants in Bit Torrent litigation was improper, many of the putative defendants would be severed. If the appeals court determines that a plaintiff must have a registered copyright prior to filing a cause of action for copyright infringement, cases filed solely on the basis that an application has been filed will be dismissed along with all the named defendants.

There are substantial grounds for differences of opinion because various judges within this District have come to different conclusions on both joinder and what is required to sustain a prima facia claim of copyright infringement. *Compare Patrick Collins v. John Doe 1-35*, 11-cv-05172 (EDPA Jan 1, 2012)(ordering all Does severed from action except Doe 32 and granting motions to quash subpoenas); *K-Beech v. John Doe 1-36*, 11-cv-05058 (EDPA Oct. 21, 2011)(ordering all Does, except Doe #1, severed from the action); *K-Beech v. John Doe 1-78*, 11-cv-05060 (EDPA Oct. 3, 2011) (sever all defendants except 1) with *Raw Films v. John Doe 1-15*, 11-cv-07248 (EDPA Mar. 26, 2012) (denying motion to sever); *Patrick Collins v. John Doe 1-21*, 11-cv-05173 (EDPA Aug. 8, 2011) (denying motion to sever and requiring Does to

9

identify themselves when filing a pleading). *Compare Patrick Collins v. John Doe 1-8*, 12-cv-07247 (EDPA Nov. 21,2011) (dismissed with prejudice because plaintiff had only applied for a copyright and did not have a registered copyright) with *K-Beech v. John Doe*, 11-cv-07083, and related cases (EDPA Jan. 30, 2012) (finding filing of application for a copyright sufficient to sustain a cause of action for copyright infringement).[2]

Finally, an immediate appeal may materially advance the ultimate termination of the litigation. First, as noted above, a successful appeal will terminate the litigation with respect to mis-joined defendants and those defendants over whom there is no jurisdiction. Indeed, it is well-recognized that an order that did not dismiss a defendant for lack of personal jurisdiction can be certified for appeal. *See e.g. Tuazon v. RJ Reynolds Tobacco Co.*, 433 F. 3d 1163, 1168 (9th Cir. 2006). The rule should be no different when a plaintiff attempts to impose an undue burden based on the joinder of unrelated defendants.

---

[2] In this case the Judge refused to dismiss the action for failure to have a registered copyright upon the motion of a Doe Defendant in, K-Beech v. John Doe, 2:11-cv-07083-BMS (related case *K-Beech v. John Doe 1-78*, 5:11-cv-05060-BMS). The prior case noted above *Patrick Collins v. John Does 1-11*, 2:12-cv-02079-PD (Jan 18, 2012) dismissed a BitTorrent suit because the Plaintiff had merely applied for a copyright. In the K-Beech case the Judge disagreed with Judge Davis and found that the mere application for a copyright was sufficient to sustain a cause of action upon a motion to dismiss. Unfortunately, for the 78 Does in that litigation, severed by Judge Schiller for improper joinder, Plaintiff's copyright registration was not granted as of the day of application, but as of 12/01/2011 (See Exhibit D) nearly three months after the initial lawsuit was filed, and months after many of the alleged copyright infringements had occurred. So in this instance, John Doe's private information was released to the Plaintiff, the Plaintiff made allegations of copyright infringement when none had occurred, Plaintiff obtained settlements from unwitting doe defendants because they were unaware that Plaintiff in fact did not have a copyright when the alleged infringement occurred. And perhaps most egregious of all, when Plaintiff was granted its copyright for Virgins #4, it and its counsel failed to inform the Court that its copyright was not valid as of the application date of February 9, 2011, as stated in the complaint, but effective as of December 1, 2011, all the while continuing to file motions in the case contending K-Beech had a valid copyright when it alleged John Doe committed the alleged downloading of its movie and urging Judge Schiller to apply the application standard, instead of the stricter registration standard imposed by Judge Davis. This is certainly an important legal question, what standard will the EDPA apply when determining if a plaintiff has met the standard to plead a prima facia case of copyright infringement.

Second, a ruling here will materially advance the litigation because the requested discovery is the essence of the case. As Raw Films concedes, the intent is to settle the cases quickly, without litigation. There is no dispute that the sexually explicit nature of the material allegedly downloaded illegally and the daunting task of litigating a case in a Federal Court, pressures defendants to settle, meaning that denial of immediate review would practically render impossible any review whatsoever. Indeed, review is even more critical, since not one case filed over the last year in the EDPA has proceeded to the discovery phase or to a summary judgment, nor is there evidence on the docket that any of the John Doe's have actually been served with a complaint. Immediate appellate review will encourage a uniformity of approach to discovery in these mass copyright suits, which in turn would help to curb forum shopping by Raw Films and other plaintiffs.

[Remainder of page left intentionally blank]

## Conclusion

While a rightful copyright owner may certainly seek legal redress for alleged

infringement, this plaintiff has failed to comply with fundamental due process. Subpoenas to the

Internet Service Providers and identification of the defendants will not cure the fundamental

joinder problems of this lawsuit. The Court should exercise its supervisory role over discovery

to quash the subpoenas and prevent these due process problems from arising. If it chooses not to

do so, given the importance of the issues raised here and the wide divergence of opinion both in

this District and around the country, as well as the likelihood that appellate review would result

in the termination of the litigation due to the fundamental due process violations upon which it is

premised, Defendant urges the Court to certify this matter for immediate appeal.

May 18, 2012

Respectfully submitted,

___s/John Doe xx___
John Doe xx*
Johndoeedpa1234@yahoo.com

\* In order to preserve my confidentiality I have not provided the court with my name
or address. I have provided an anonymous email address and I certify that I will
monitor the docket of this case for activity and respond to any order of this court
requiring action on my part.

12

**Exhibit A**
**BitTorrent Cases Brought in Eastern District of Pennsylvania**

| No | Court | Date | Case # | Plaintiff | Defendant | Plaintiff's Counsel | Judge | Activity in Case | Does Served |
|----|-------|------|--------|-----------|-----------|---------------------|-------|------------------|-------------|
| 1 | EDPA | 2/8/2012 | 2:12-cv-00664-CMR | Malibu Media | John Does 1-15 | Chris P. Fiore | Cynthia M. Rufe | Grant Motion to Order ISP to reveal names (3/5/12); No MTQ filed; PLT Notice of Dismissal Doe1 only (4/11/12) | NONE |
| 2 | EDPA | 2/8/2012 | 2:12-cv-00665-CDJ | Malibu Media | John Does 1-17 | Chris P. Fiore | C. Darnell Jones II | Grant Motion to Order ISP to reveal names (4/26/12); No MTQ filed; PLT Notice of Dismissal as to all Does (5/02/12); case closed | NONE |
| 3 | EDPA | 2/8/2012 | 2:12-cv-00666-TJS | Malibu Media | John Does 1-10 | Chris P. Fiore | Timothy J. Savage | Grant Motion to Order ISP to reveal names (4/19/12); No MTQ filed | NONE |
| 4 | EDPA | 2/8/2012 | 2:12-cv-00667-MAM | Malibu Media | John Does 1-11 | Chris P. Fiore | Mary A. McLaughlin | Grant Motion to Order ISP to reveal names (2/15/12); MTQ Does 1-11 filed (3/29/12); PLT Notice of Dismissal Doe 6 (3/29/12), Doe 7 (4/11/12); MTQ Doe9 denied (4/17/12) | NONE |
| 5 | EDPA | 2/8/2012 | 2:12-cv-00668-JCJ | Malibu Media | John Does 1-22 | Chris P. Fiore | J. Curtis Joyner | Grant Motion to Order ISP to reveal names (3/6/12); MTQ Does 1-22 filed (4/16/12); MTQ Doe 16 filed (4/30/12) | NONE |
| 6 | EDPA | 4/19/2012 | 2:12-cv-02096-BMS | Malibu Media | John Does 1-18 | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal names (4/25/12); No MTQ filed | NONE |
| 7 | EDPA | 4/19/2012 | 2:12-cv-02095-LDD | Malibu Media | John Does 1-18 | Chris P. Fiore | Legrome D. Davis | PLT filed motion for 3rd party discovery (4/24/12) - no order yet | NONE |
| 8 | EDPA | 4/19/2012 | 2:12-cv-02091-SD | Malibu Media | John Does 1-16 | Chris P. Fiore | Stewart Dalzell | PLT filed motion for 3rd party discovery (4/24/12) - no order yet | NONE |
| 9 | EDPA | 4/19/2012 | 2:12-cv-02092-JCJ | Malibu Media | John Does 1-16 | Chris P. Fiore | J. Curtis Joyner | PLT filed motion for 3rd party discovery (4/25/12) - no order yet | NONE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | EDPA | 4/19/2012 | 2:12-cv-02090-BMS | Malibu Media | John Does 1-15 | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal names (4/25/12); No MTQ filed | NONE |
| 11 | EDPA | 4/19/2012 | 2:12-cv-02077-RK | Malibu Media | John Does 1-15 | Chris P. Fiore | Robert F. Kelly | Grant Motion to Order ISP to reveal names (4/25/12); No MTQ filed | NONE |
| 12 | EDPA | 4/19/2012 | 2:12-cv-02083-CDJ | Malibu Media | John Does 1-15 | Chris P. Fiore | C. Darnell Jones II | Grant Motion to Order ISP to reveal names (4/26/12); No MTQ filed | NONE |
| 13 | EDPA | 4/19/2012 | 2:12-cv-02093-EL | Malibu Media | John Does 1-7 | Chris P. Fiore | Edmund V. Ludwig | PLT filed motion for 3rd party discovery (4/24/12) - no order yet | NONE |
| 14 | EDPA | 4/19/2012 | 2:12-cv-02078-MMB | Malibu Media | John Does 1-16 | Chris P. Fiore | Michael M. Baylson | PLT filed motion for 3rd party discovery (4/24/12); Hearing on Motion for Leave set for (5/14/12); Taken under advisement after hearing | NONE |
| 15 | EDPA | 4/19/2012 | 2:12-cv-02084-MMB | Malibu Media | John Does 1-14 | Chris P. Fiore | Michael M. Baylson | PLT filed motion for 3rd party discovery (4/24/2012); Hearing on Motion for Leave set for (5/14/12); Taken under advisement after hearing | NONE |
| 16 | EDPA | 4/19/2012 | 2:12-cv-02094-ER | Malibu Media | John Does 1-16 | Chris P. Fiore | Eduardo C. Robreno | Grant Motion to Order ISP to reveal names (5/01/12); No MTQ filed | NONE |
| 17 | EDPA | 4/19/2012 | 2:12-cv-02088-MMB | Malibu Media | John Does 1-22 | Chris P. Fiore | Michael M. Baylson | PLT filed motion for 3rd party discovery (4/24/12); Hearing on Motion for Leave set for (5/14/12); Taken under advisement after hearing | NONE |
| 18 | EDPA | 4/19/2012 | 2:12-cv-02088-MMB | Malibu Media | John Does 1-22 | Chris P. Fiore | Michael M. Baylson | PLT filed motion for 3rd party discovery (4/24/12); Hearing on Motion for Leave set for (5/14/12); Taken under advisement after hearing | NONE |

| 19 | EDPA | 4/19/2012 | 2:12-cv-07249-JHS | Malibu Media | John Does 1-17 | Chris P. Fiore | Joel H. Slomsky | Grant Motion to Order ISP to reveal names (12/22/11); PLT Notice of Dismissal Doe 2 (2/17/12), PLT Notice of Dismissal Doe 9 & 10 (3/5/12); PLT Notice of Dismissal as to all remaining Does (3/15/12); Court Closed case (3/15/12) | NONE |
|----|------|-----------|-------------------|--------------|----------------|----------------|-----------------|------|------|
| 20 | EDPA | 11/29/2011 | 2:11-cv-07354-PD | Raw Films | John Does 1-5 | Chris P. Fiore | Paul S. Diamond | PLT Motion for leave to file 3rd Party Subpoena (12/1/11); PLT Notice of Dismissal as to all Does (3/20/12) | NONE |
| 21 | EDPA | 11/21/2011 | 2:11-cv-07248-MAM | Raw Films | John Does 1-15 | Chris P. Fiore | Mary A. McLaughlin | Grant Motion to Order ISP to reveal names (12/28/11); MTQ filed (2/10/12); MTQ Doe xx filed (2/28/12); PLT Motion to extend time of service granted (3/21/12); Order Denying motions to quash (3/26/12); PLT files Notice of Dismissal for all does except those who filed MTQ, 8, 10 & 12 (3/29/12); PLT 2nd request to extend time for service filed (4/16/12); Doe xx Motion to Reconsider MTQ filed (4/25/12) | NONE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22 | EDPA | 8/8/2011 | 2:11-cv-05059-WY | Patrick Collins | John Does 1-51 | Chris P. Fiore | William H Yohn, Jr | Grant Motion to Order ISP to reveal names (8/15/11); PLT notice of Dismissal Doe 30 filed (9/16/11), Doe 1 filed (9/19/11); MTQ Doe 48 filed (9/20/11); MTQ-Doe 22 filed (9/28/11); MTQ Doe 50 filed (9/30/11); MTQ/MTD doe 17 filed (10/3/11); PLT Notice of Dismissal Doe 22 & 50 (10/4/11); MTQ Doe 48 Denied (10/5/11); PLT filed Notice of Dismissal Doe 9 (10/7/11); extensive dkt of Motions and Dismissals; PLT dismissal of all remaining Does (12/6/11) | No Service on Doe Def |
| 23 | EDPA | 8/15/2011 | 2:11-cv-05172-TJS | Patrick Collins | John Doe 1-35 | Chris P. Fiore | Timothy J. Savage | Grant Motion to Order ISP to reveal names (8/17/11); MTQ Doe[Dkt 6] filed (9/15/11); MTQ [Dkt 6]Denied (9/16/11); MTQ Doe [DKT 8] filed (9/28/11); MTQ [DKT 8] denied (9/29/11); Motion Doe 33 filed (9/29/11); MTQ Doe 32 filed (9/30/11); Court Notice that order [DKT 5] vacated, orders denying MTQ [Dkt 7,9] vacated, Subpoenas quashed (10/3/11); significant motion practice; Order all Does severed from action except John Doe 32 (1/31/12); Doe 32 MTD filed (2/15/12); PLT Notice of Dismissal ((2/28/12) | No Service on Doe Def |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24 | EDPA | 8/15/2011 | 2:11-cv-05173-BMS | Patrick Collins | John Doe 1-21 | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal names (8/17/11); PLT Notice of Dismissal Doe 17 (9/17/11); MTQ/Sever Doe[Dkt 7] filed (10/4/11); PLT Notice of Dismissal Doe 20 (10/10/11); PLT Motion to require Doe to identify himself filed (10/18/11); Order that all Movants must identify themselves by name and address when filing a pleading (10/21/11); Orde that Does MTQ, Sever us denied (11/07/11); PLT Notice of Dismissal of Does 1 - 16, 18, 19 and 21 (12/13/11) | No Service on Doe Def |
| 25 | EDPA | 11/21/2011 | 2:11-cv-07252-MSG | Patrick Collins | John Does 1-18 | Chris P. Fiore | Mitchell S. Goldberg | Grant Motion to Order ISP to reveal names (1/24/12); MTQ, Sever Doe 13 filed (3/08/12); PLT Notice of Dismissal Doe 5 (3/29/12); MTQ/Sever Doe 13 Denied (5/07/12); | No Service on Doe Def |
| 26 | EDPA | 11/21/2011 | 2:11-cv-07247-LDD | Patrick Collins | John Does 1-26 | Chris P. Fiore | Legrome D. Davis | Dismissed w/prejudice (1/18/12); Plt. failed to have a registered copyright for the movie - only had applied for copyright at time complaint filed (11/21/11) | No Service on Doe Def |
| 27 | EDPA | 4/19/2012 | 2:12-cv-02089-AB | Patrick Collins | John Doe 1-8 | Chris P. Fiore | Anita B Brody | Grant Motion to Order ISP to reveal names (5/02/12) | No Service on Doe Def |
| 28 | EDPA | 4/19/2012 | 2:12-cv-02079-PD | Patrick Collins | John Doe 1-11 | Chris P. Fiore | Paul S. Diamond | PLT filed motion for 3rd party discovery (4/24/2012) | NONE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 29 | EDPA | 11/21/2011 | 2:11-cv-07251-RK | Third Degree | John Does 1-39 | Chris P. Fiore | Robert F. Kelly | Grant Motion to Order ISP to reveal name (1/19/12); PLT Notice of Dismissal as to all Does (3/20/12) | NONE |
| 30 | EDPA | 8/8/2011 | 2:11-cv-05058-RK related case below ~ | K-Beech | John Doe 1-36 | Chris P. Fiore | Robert F. Kelly | Grant Motion to Order ISP to reveal name (8/12/11); PLT Notice of Dismissal as to  Doe 21 (9/19/11), Doe 24 (9/27/11); Motion to Sever and Quash Doe 18 (9/28/11); MTQ John Doe [Dkt 12] (9/30/11); MTQ Doe 14 (10/3/11); PLT Notice of Dismissal Doe 18 (10/4/11); MTQ Doe [DKT 15] (10/4/11); PLT Notice of Dismissal Doe 22, Doe 17, Doe 32 (10/7/11); PLT Motion requiring Movants to indentify themselves (10/13/11); Order that All Doe Defendants are severered except Doe 1 and dismissed from the action, K-Beech's motion to require identification of movants is denied (10/21/11); PLT Notice of Dismissal as to Doe 1 (12/6/11) (9/28/11); | NONE |
| 31 | EDPA | 11/14/2011 | 2:11-cv-07095-RK ~ | K-Beech | John Doe | Chris P. Fiore | Robert F. Kelly | Complaint filed (11/14/11); PLT Notice of Dismissal (3/13/12) | Def Served? |
| 32 | EDPA | 8/8/2011 | 5:11-cv-05060-BMS ** related cases below (other case *) | K-Beech | John Doe 1-78 | Chris P. Fiore | Berle M. Schiller | Sever all defendants but 1 (10/3/11) - issue show cause | NONE |
| 33 | EDPA | 10/14/2011 | 2:11-cv-06428-BMS* | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (1/30/12); MTQ filed (2/29/12); Order Deny Doe MTQ (3/01/12) | NONE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 34 | EDPA | 10/14/2011 | 2:11-cv-06435-BMS ** | K-Beech | Carl Peridier | Chris P. Fiore | Berle M. Schiller | Complaint filed (10/14/11); Summons Isued (10/14/11); PLT Notice of Dismissal (2/13/12) | Def Served? |
| 35 | EDPA | 10/14/2011 | 2:11-cv-06431-BMS ** | K-Beech | Derek Law | Chris P. Fiore | Berle M. Schiller | Complaint filed (10/14/11); Summons Isued (10/14/11); PLT Notice of Dismissal (1/19/12) | NONE |
| 36 | EDPA | 10/14/2011 | 5:11-cv-06432-BMS ** | K-Beech | Cesar Vanderhorst | Chris P. Fiore | Berle M. Schiller | Complaint filed (10/14/11); Summons Issued (10/14/11); Amended Complaint (2/14/12); Summons Issued (2/14/12); Grant Motion to Extend Time for Service (2/15/12) | NONE |
| 37 | EDPA | 10/14/2011 | 5:11-cv-06437-BMS ** | K-Beech | Scott Stastny | Chris P. Fiore | Berle M. Schiller | Complaint filed (10/14/11); Summons Isued (10/14/11); PLT Notice of Dismissal (1/19/12) | Def Served? |
| 38 | EDPA | 10/14/2011 | 2:11-cv-06430-BMS ** | K-Beech | Robert Foster | Chris P. Fiore | Berle M. Schiller | Complaint filed (10/14/11); Summons Issued (10/14/11); PLT Notice of Dismissal (11/18/11) | Def Served? |
| 39 | EDPA | 10/14/2011 | 2:11-cv-06427-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (2/22/12); No MTQ filed; PLT Notice of Dismissal (4/10/12) | NONE |
| 40 | EDPA | 10/14/2011 | 2:11-cv-06429-BMS ** | K-Beech | Louis Fitzpatrick | Chris P. Fiore | Berle M. Schiller | Complaint filed (10/14/11); Summons Issued (10/14/11); PLT Notice of Dismissal (2/13/12) | Def Served? |
| 41 | EDPA | 11/14/2011 | 2:11-cv-07089-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/17/11); No MTQ filed; PLT Notice of Dismissal (3/13/12) | NONE |

| 42 | EDPA | 11/14/2011 | 2:11-cv-07090-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/17/11); No MTQ filed; PLT Notice of Dismissal (3/14/12) | NONE |
| 43 | EDPA | 10/24/2011 | 2:11-cv-06619-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/17/11); No MTQ filed; PLT Notice of Dismissal (2/21/12) | NONE |
| 44 | EDPA | 10/24/2011 | 2:11-cv-06620-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/17/11); No MTQ filed; PLT Notice of Dismissal (3/23/12) | NONE |
| 45 | EDPA | 10/25/2011 | 2:11-cv-06670-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/15/11); No MTQ filed; PLT Notice of Dismissal (2/21/12) | NONE |
| 46 | EDPA | 11/14/2011 | 2:11-cv-07080-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/17/11); No MTQ filed; PLT Notice of Dismissal (3/13/12) | NONE |
| 47 | EDPA | 10/24/2011 | 2:11-cv-06623-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/15/11); No MTQ filed; PLT Notice of Dismissal (2/21/12) | NONE |
| 48 | EDPA | 10/24/2011 | 2:11-cv-06624-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/15/11); No MTQ filed; PLT Notice of Dismissal (2/21/12) | NONE |
| 49 | EDPA | 10/24/2011 | 2:11-cv-06621-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/15/11); No MTQ filed; PLT Notice of Dismissal (2/21/12) | NONE |
| 50 | EDPA | 10/14/2011 | 2:11-cv-06425-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (12/21/11); No MTQ filed; PLT Notice of Dismissal (2/13/12) | NONE |
| 51 | EDPA | 10/24/2011 | 2:11-cv-06622-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/18/11); No MTQ filed; PLT Notice of Dismissal (2/21/12) | NONE |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 52 | EDPA | 10/14/2011 | 2:11-cv-06434-BMS ** | K-Beech | Paul Franceschini | Chris P. Fiore | Berle M. Schiller | Complaint filed (10/14/11); Summons Issued (10/14/11); PLT Notice of Dismissal (2/13/12) | Def Served? |
| 53 | EDPA | 10/14/2011 | 2:11-cv-06433-BMS ** | K-Beech | Joseph Grisafi | Chris P. Fiore | Berle M. Schiller | Complaint filed (10/14/11); Summons Issued (10/14/11); PLT Notice of Dismissal (1/19/12) | Def Served? |
| 54 | EDPA | 10/14/2011 | 2:11-cv-06426-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (1/30/12); No MTQ filed | NONE |
| 55 | EDPA | 11/14/2011 | 2:11-cv-07085-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/17/11); No MTQ filed; PLT Notice of Dismissal (3/13/12) | NONE |
| 56 | EDPA | 11/14/2011 | 2:11-cv-07081-BMS** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/17/11); No MTQ filed; PLT Notice of Dismissal (3/14/12) | NONE |
| 57 | EDPA | 11/14/2011 | 2:11-cv-07082-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/17/11); No MTQ filed; PLT Notice of Dismissal (3/13/12) | NONE |
| 58 | EDPA | 11/14/2011 | 2:11-cv-07086-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/17/11); No MTQ filed; PLT Notice of Dismissal (3/13/12) | NONE |
| 59 | EDPA | 11/14/2011 | 2:11-cv-07088-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/17/11); No MTQ filed; PLT Notice of Dismissal (3/13/12) | NONE |
| 60 | EDPA | 11/14/2011 | 2:11-cv-07077-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/17/11); No MTQ filed; PLT Notice of Dismissal (3/13/12) | NONE |
| 61 | EDPA | 11/14/2011 | 2:11-cv-07087-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/17/11); No MTQ filed; PLT Notice of Dismissal (3/14/12) | NONE |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 62 | EDPA | 11/14/2011 | 2:11-cv-07079-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/17/11); No MTQ filed; PLT Notice of Dismissal (3/14/12) | NONE |
| 63 | EDPA | 11/14/2011 | 2:11-cv-07083-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | PLT applies for Copyright (2/9/11); Alleged infringemen prior to (8/11); Original Complaint filed (8/8/11); Re-file Complaint (11/14/11); Grant Motion to Order ISP to reveal name (11/17/11); MTQ filed (12/19/11); MTQ denied (1/11/12); Def MTR (1/17/12) Deendant argued that Plt. Had only applied for a copyright and prior to receipt of copyright Plt had no cause of action(see 11-cv-07247-LDD (1/18/12)); [Copyright registration effective date 12/01/11]; PLT never notified court of effecive date even though aliedged infringement occured before Plt. had obtained a copyright for Virgins #4; MTR Denied - Judge said appliction date was sufficient, registration not required (1/30/12); PLT Notice of Dismissal (3/13/12) | NONE |
| 64 | EDPA | 11/14/2011 | 2:11-cv-07084-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Complaint filed (11/14/11); No MTQ filed; PLT Notice of Dismissal (4/11/12) | NONE |
| 65 | EDPA | 11/14/2011 | 2:11-cv-07078-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/17/11); No MTQ filed; PLT Notice of Dismissal (3/13/12) | NONE |

| 66 | EDPA | 10/14/2011 | 2:11-cv-06436-BMS ** | K-Beech | Hanna Blazko | Chris P. Fiore | Berle M. Schiller | Complaint filed (10/14/11); Summons Issued (10/14/11); PLT Notice of Dismissal (12/1/11) | Def Served? |
| 67 | EDPA | 10/24/2011 | 2:11-cv-06625-BMS ** | K-Beech | John Doe | Chris P. Fiore | Berle M. Schiller | Grant Motion to Order ISP to reveal name (11/15/11); No MTQ filed; PLT Notice of Dismissal (2/21/12) | NONE |

Exhibit B – EDPA Docket reports – as of 5/07/2012

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-00664-CMR

MALIBU MEDIA, LLC v. JOHN DOES 1-15     Date Filed: 02/08/2012
Assigned to: HONORABLE CYNTHIA M. RUFE     Jury Demand: Plaintiff
Demand: $150,000     Nature of Suit: 820 Copyright
Cause: 17:101 Copyright Infringement     Jurisdiction: Federal Question

### Plaintiff

**MALIBU MEDIA, LLC**     represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

### JOHN DOES 1-15

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2012 | 1 | COMPLAINT against JOHN DOES 1-15 ( Filing fee $ 350 receipt number 057684.), filed by MALIBU MEDIA, LLC.(tj, ) (Entered: 02/08/2012) |
| 02/08/2012 | | DEMAND for Trial by Jury by MALIBU MEDIA, LLC. (tj, ) (Entered: 02/08/2012) |
| 02/08/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, LLC.(tj, ) (Entered: 02/08/2012) |
| 02/08/2012 | 3 | Copy of Form to Register of Copyrights. (tj, ) (Entered: 02/09/2012) |
| 02/10/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference filed by MALIBU MEDIA, LLC.Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 02/10/2012) |

| 03/05/2012 | 5 | ORDER THAT UPON CONSIDERATION OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE 4 , IT IS ORDERED THAT THE MOTION IS HEREBY GRANTED, ETC. SIGNED BY HONORABLE CYNTHIA M. RUFE ON 3/5/12.3/6/12 ENTERED AND COPIES E-MAILED.(ti, ) (Entered: 03/06/2012) |
| 04/11/2012 | 6 | NOTICE of Voluntary Dismissal by MALIBU MEDIA, LLC As To Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Doe 1 Only(FIORE, CHRISTOPHER) (Entered: 04/11/2012) |

### United States District Court
### Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:12-cv-00665-CDJ

MALIBU MEDIA, LLC v. JOHN DOES 1-17
Assigned to: HONORABLE C. DARNELL JONES, II
Cause: 17:101 Copyright Infringement

Date Filed: 02/08/2012
Date Terminated: 05/02/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**MALIBU MEDIA, LLC**                    represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**JOHN DOES 1-17**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2012 | 1 | COMPLAINT against JOHN DOES 1-17 ( Filing fee $ 350 receipt number 057684.), filed by MALIBU MEDIA, LLC.(jwl, ) (Entered: 02/08/2012) |
| 02/08/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, |

| | | LLC.(jwl, ) (Entered: 02/08/2012) |
|---|---|---|
| 02/08/2012 | | DEMAND for Trial by Jury by MALIBU MEDIA, LLC. (jwl, ) (Entered: 02/08/2012) |
| 02/08/2012 | 3 | Copy of Form to Register of Copyrights. (jwl, ) (Entered: 02/09/2012) |
| 02/10/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by MALIBU MEDIA, LLC.Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 02/10/2012) |
| 04/26/2012 | 5 | ORDER THAT PLFF MAY SERVE EACH OF THE ISPS WITH A RULE 45 SUBPOENA COMMANDING EACH ISP TO PROVIDE PLFF WITH THE TRUE NAME, ADDRESS, TELEPHONE NUMBER, E-MAIL ADDRESS & MEDIA ACCESS CONTROL ADDRESS OF DEFT TO WHOM THE ISP ASSIGNED AN IP ADDRESS AS SET FORTH ON EXHIBIT A TO THE MOTION, ETC. SIGNED BY HONORABLE C. DARNELL JONES, II ON 4/26/12.4/27/12 ENTERED AND COPIES E-MAILED.(kw, ) (Entered: 04/27/2012) |
| 05/02/2012 | 6 | NOTICE of Voluntary Dismissal by MALIBU MEDIA, LLC As To Plaintiffs Notice of Voluntary Dismissal Without Prejudice of All John Doe Defendants(FIORE, CHRISTOPHER) (Entered: 05/02/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-00666-TJS

MALIBU MEDIA, LLC v. JOHN DOES 1-10
Assigned to: HONORABLE TIMOTHY J. SAVAGE
Cause: 17:101 Copyright Infringement

Date Filed: 02/08/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**MALIBU MEDIA, LLC**            represented by   **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOES 1-10**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2012 | 1 | COMPLAINT against JOHN DOES 1-10 ( Filing fee $ 350 receipt number 057684.), filed by MALIBU MEDIA, LLC.(jwl, ) (Entered: 02/08/2012) |
| 02/08/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, LLC.(jwl, ) (Entered: 02/08/2012) |
| 02/08/2012 | | DEMAND for Trial by Jury by MALIBU MEDIA, LLC. (jwl, ) (Entered: 02/08/2012) |
| 02/08/2012 | 3 | Copy of Form to Register of Copyrights. (jwl, ) (Entered: 02/09/2012) |
| 02/10/2012 | 4 | MOTION for Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference filed by MALIBU MEDIA, LLC., Order and Memorandum. (FIORE, CHRISTOPHER) Modified on 4/5/2012 (nd). (Entered: 02/10/2012) |
| 04/19/2012 | 5 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE IS GRANTED. SIGNED BY HONORABLE TIMOTHY J. SAVAGE ON 4/19/12. 4/20/12 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 04/20/2012) |

---

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-00667-MAM

MALIBU MEDIA, LLC v. JOHN DOES 1-11          Date Filed: 02/08/2012
Assigned to: HONORABLE MARY A. MCLAUGHLIN   Jury Demand: Plaintiff
Cause: 17:101 Copyright Infringement         Nature of Suit: 820 Copyright
                                             Jurisdiction: Federal Question

**Plaintiff**

**MALIBU MEDIA, LLC**          represented by **CHRISTOPHER P. FIORE**
                                               FIORE & BARBER LLC
                                               425 MAIN ST STE 200
                                               HARLEYSVILLE, PA 19438
                                               215-256-0205

4

Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOES 1-11**  represented by  **JOSEPH A. MALLEY , III**
LAW OFFICE OF JOSEPH A.
MALLEY, III, ESQUIRE, PC
15 EAST 2ND STREET
P.O. BOX 698
MEDIA, PA 19063
610-566-8010
Email: madami@comcast.net
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2012 | 1 | COMPLAINT against JOHN DOES 1-11 ( Filing fee $ 350 receipt number PPE057684.), filed by MALIBU MEDIA, LLC.(jmv, ) (jmv, ). (Entered: 02/08/2012) |
| 02/08/2012 |   | DEMAND for Trial by Jury by MALIBU MEDIA, LLC. (jmv, ) (Entered: 02/08/2012) |
| 02/08/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, LLC.(jmv, ) (Entered: 02/08/2012) |
| 02/08/2012 | 3 | Copy of Form to Register of Copyrights. (jmv, ) (Entered: 02/08/2012) |
| 02/10/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference filed by MALIBU MEDIA, LLC.Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 02/10/2012) |
| 02/15/2012 | 5 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO RULE 26 (f) CONFERENCE IS GRANTED IN PART AND DENIED IN PART; ETC.. SIGNED BY HONORABLE MARY A. MCLAUGHLIN ON 2/14/12.2/15/12 ENTERED AND E-MAILED.(jl, ) (Entered: 02/15/2012) |
| 03/29/2012 | 6 | MOTION to Quash filed by JOHN DOES 1-11..(MALLEY, JOSEPH) (Entered: 03/29/2012) |
| 03/29/2012 | 7 | NOTICE of Voluntary Dismissal by MALIBU MEDIA, LLC As To Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Doe 6 only(FIORE, CHRISTOPHER) (Entered: 03/29/2012) |

| 04/11/2012 | 8 | NOTICE of Voluntary Dismissal by MALIBU MEDIA, LLC As To Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Doc 7 Only(FIORE, CHRISTOPHER) (Entered: 04/11/2012) |
| 04/12/2012 | 9 | RESPONSE in Opposition re 6 MOTION to Quash *Memorandum in Opposition to John Doe 9's Petition/Motion to Quash Subpoena to Produce Documents, Information, or Objects, or to Permit Inspection or Premisis in a Civil Action [DKT #6]* filed by MALIBU MEDIA, LLC. (FIORE, CHRISTOPHER) (Entered: 04/12/2012) |
| 04/17/2012 | 10 | ORDER THAT JOHN DOE'S #9 MOTION TO QUASH SUBPEONA TO PRODUCE DOCUMENTS IS DENIED; ETC.. SIGNED BY HONORABLE MARY A. MCLAUGHLIN ON 4/16/12.4/17/12 ENTERED AND E-MAILED.(jl, ) (Entered: 04/17/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-00668-JCJ

MALIBU MEDIA, LLC v. JOHN DOES 1-22
Assigned to: HONORABLE J. CURTIS JOYNER
Cause: 17:101 Copyright Infringement

Date Filed: 02/08/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**MALIBU MEDIA, LLC**                    represented by   **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOES 1-22**                       represented by   **SCOTT A. PETRI**
BEGLEY CARLIN & MANDIO
680 MIDDLETOWN BLVD
LANGHORNE, PA 19047
215-750-0110
Email: spetri@begleycarlin.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2012 | 1 | COMPLAINT against JOHN DOES 1-22 ( Filing fee $ 350 receipt number PPE057684.), filed by MALIBU MEDIA, LLC.(jmv, ) (jmv, ). (Entered: 02/08/2012) |
| 02/08/2012 | | DEMAND for Trial by Jury by MALIBU MEDIA, LLC. (jmv, ) (Entered: 02/08/2012) |
| 02/08/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, LLC.(jmv, ) (Entered: 02/08/2012) |
| 02/08/2012 | 3 | Copy of Form to Register of Copyrights. (jmv, ) (Entered: 02/08/2012) |
| 02/10/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by MALIBU MEDIA, LLC.Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 02/10/2012) |
| 03/06/2012 | 5 | ORDER THAT PLFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) (DOC #4) IS GRANTED, ETC. ( SIGNED BY HONORABLE J. CURTIS JOYNER ON 3/6/12. ) 3/6/12 ENTERED AND COPIES E-MAILED.(gn, ) (Entered: 03/06/2012) |
| 04/16/2012 | 6 | Objections by JOHN DOES 1-22 *to Subpoena*. (Attachments: # 1 Exhibit)(PETRI, SCOTT) (Entered: 04/16/2012) |
| 04/24/2012 | 7 | NOTICE of Appearance by ASHANTI MONIQUE CRAWFORD on behalf of JOHN DOE 16 with Certificate of Service(CRAWFORD, ASHANTI) (Entered: 04/24/2012) |
| 04/24/2012 | 8 | NOTICE of Appearance by MICHAEL N. ONUFRAK on behalf of JOHN DOE 16 with Certificate of Service(ONUFRAK, MICHAEL) (Entered: 04/24/2012) |
| 04/30/2012 | 9 | MOTION to Quash *Plaintiff's Subpoena filed on Verizon* filed by JOHN DOE 16.Brief, Certificate of Counsel, and Certificate of Service.(CRAWFORD, ASHANTI) (Entered: 04/30/2012) |
| 04/30/2012 | 10 | RESPONSE in Opposition re 9 MOTION to Quash *Plaintiff's Subpoena filed on Verizon* filed by MALIBU MEDIA, LLC. (FIORE, CHRISTOPHER) (Entered: 04/30/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-02096-BMS

MALIBU MEDIA, LLC v. JOHN DOES 1-18
Assigned to: HONORABLE BERLE M. SCHILLER
Cause: 17:101 Copyright Infringement

Date Filed: 04/19/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**MALIBU MEDIA, LLC**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOES 1-18**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2012 | 1 | COMPLAINT against JOHN DOES 1-18 ( Filing fee $ 350 receipt number 061599.), filed by MALIBU MEDIA, LLC.(jwl, ) (Entered: 04/19/2012) |
| 04/19/2012 | | DEMAND for Trial by Jury by MALIBU MEDIA, LLC. (jwl, ) (Entered: 04/19/2012) |
| 04/19/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, LLC.(jwl, ) (Entered: 04/19/2012) |
| 04/19/2012 | 3 | Copy of Form to Register of Copyrights. (jwl, ) (Entered: 04/19/2012) |
| 04/24/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by MALIBU MEDIA, LLC.Order and Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 04/24/2012) |
| 04/25/2012 | 5 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO RULE 26(f) CONFERENCE IS GRANTED. SIGNED BY HONORABLE BERLE M. SCHILLER ON 4/24/12. 4/25/12 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: |

04/25/2012)

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-02095-LDD

MALIBU MEDIA, LLC v. JOHN DOES 1-18
Assigned to: HONORABLE LEGROME D. DAVIS
Cause: 17:101 Copyright Infringement

Date Filed: 04/19/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

## Plaintiff

**MALIBU MEDIA, LLC**                represented by   **CHRISTOPHER P. FIORE**
                                                      FIORE & BARBER LLC
                                                      425 MAIN ST STE 200
                                                      HARLEYSVILLE, PA 19438
                                                      215-256-0205
                                                      Email: cfiore@fiorebarber.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

V.

## Defendant

## JOHN DOES 1-18

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2012 | 1 | COMPLAINT against JOHN DOES 1-18 ( Filing fee $ 350 receipt number 061599.), filed by MALIBU MEDIA, LLC.(jwl, ) (Entered: 04/19/2012) |
| 04/19/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, LLC.(jwl, ) (Entered: 04/19/2012) |
| 04/19/2012 | | DEMAND for Trial by Jury by MALIBU MEDIA, LLC. (jwl, ) (Entered: 04/19/2012) |
| 04/19/2012 | 3 | Copy of Form to Register of Copyrights. (jwl, ) (Main Document 3 replaced on 4/19/2012) (jwl, ). (Entered: 04/19/2012) |
| 04/24/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26 (f) Conference filed by MALIBU MEDIA, LLC.Order and |

Memorandum.(FIORE, CHRISTOPHER) (Entered: 04/24/2012)

# United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:12-cv-02091-SD

MALIBU MEDIA, LLC v. JOHN DOES 1-16      Date Filed: 04/19/2012
Assigned to: HONORABLE STEWART DALZELL      Jury Demand: Plaintiff
Demand: $150,000      Nature of Suit: 820 Copyright
Cause: 17:101 Copyright Infringement      Jurisdiction: Federal Question

## Plaintiff

**MALIBU MEDIA, LLC**      represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

## JOHN DOES 1-16

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2012 | 1 | COMPLAINT against JOHN DOES 1-16 ( Filing fee $ 350 receipt number 061599.), filed by MALIBU MEDIA, LLC.(mima, ) (Entered: 04/19/2012) |
| 04/19/2012 |  | DEMAND for Trial by Jury by MALIBU MEDIA, LLC. (mima, ) (Entered: 04/19/2012) |
| 04/19/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, LLC.(mima, ) (Entered: 04/19/2012) |
| 04/19/2012 | 3 | Copy of Form to Register of Copyrights. (mima, ) (Entered: 04/19/2012) |
| 04/24/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by MALIBU MEDIA, LLC.Order and Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 04/24/2012) |

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-02092-JCJ

MALIBU MEDIA, LLC v. JOHN DOES 1-16
Assigned to: HONORABLE J. CURTIS JOYNER
Demand: $150,000
Cause: 17:101 Copyright Infringement

Date Filed: 04/19/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**MALIBU MEDIA, LLC**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOES 1-16**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2012 | 1 | COMPLAINT against JOHN DOES 1-16 ( Filing fee $ 350 receipt number 061599.), filed by MALIBU MEDIA, LLC.(mima, ) (Entered: 04/19/2012) |
| 04/19/2012 | | DEMAND for Trial by Jury by MALIBU MEDIA, LLC. (mima, ) (Entered: 04/19/2012) |
| 04/19/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, LLC.(mima, ) (Entered: 04/19/2012) |
| 04/19/2012 | 3 | Copy of Form to Register of Copyrights. (mima, ) (Entered: 04/19/2012) |
| 04/25/2012 | 4 | MOTION Motion for Leave to Servce Third Party Subpoenas Prior to a Rule 26(f) Conference filed by MALIBU MEDIA, LLC.Oder and Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 04/25/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-02090-BMS

MALIBU MEDIA, LLC v. JOHN DOES 1-15
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000
Cause: 17:101 Copyright Infringement

Date Filed: 04/19/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**MALIBU MEDIA, LLC**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOES 1-15**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2012 | 1 | COMPLAINT against JOHN DOES 1-15 ( Filing fee $ 350 receipt number 061599.), filed by MALIBU MEDIA, LLC.(ks, ) (Entered: 04/20/2012) |
| 04/19/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, LLC.(ks, ) (Entered: 04/20/2012) |
| 04/19/2012 | | DEMAND for Trial by Jury by MALIBU MEDIA, LLC. (ks, ) (Entered: 04/20/2012) |
| 04/19/2012 | 3 | Copy of Form to Register of Copyrights. (ks, ) (Entered: 04/20/2012) |
| 04/24/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by MALIBU MEDIA, LLC.Order and Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 04/24/2012) |
| 04/25/2012 | 5 | ORDER THAT PLAINTIFF MAY SERVE EACH OF THE ISPS WITH A RULE 45 SUBPOENA COMMANDING EACH ISP TO PROVIDE PLAINTIFF WITH THE TRUE NAME, ADDRESS, TELEPHONE NUMBER, E-MAIL ADDRESS AND MEDIA ACCESS COUNTROL |

("MAC") ADDRESS OF THE DEFENDANT TO WHOM THE ISP
ASSIGNED AN IP ADDRESS AS SET FORTH ON EXHIBIT A TO THE
MOTION. PLAINTIFF SHALL ATTACH TO ANY SUCH SUBPOENA A
COPY OF THIS ORDER. SIGNED BY HONORABLE BERLE M.
SCHILLER ON 4/24/12.4/25/12 ENTERED AND E-MAILED.[fdc]
(Entered: 04/25/2012)

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:12-cv-02077-RK

MALIBU MEDIA, LLC v. JOHN DOES 1-15
Assigned to: HONORABLE ROBERT F. KELLY
Cause: 17:101 Copyright Infringement

Date Filed: 04/19/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

## Plaintiff

**MALIBU MEDIA, LLC**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

## JOHN DOES 1-15

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2012 | 1 | COMPLAINT against JOHN DOES 1-15 ( Filing fee $ 350 receipt number PPE061599.), filed by MALIBU MEDIA, LLC.(jmv, ) (Entered: 04/20/2012) |
| 04/19/2012 | 2 | Copy of Form to Register of Copyrights. (jmv, ) (Entered: 04/20/2012) |
| 04/19/2012 | | DEMAND for Trial by Jury by MALIBU MEDIA, LLC. (jmv, ) (Entered: 04/20/2012) |

| 04/19/2012 | 3 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, LLC.(jmv, ) (Entered: 04/20/2012) |
| 04/24/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by MALIBU MEDIA, LLC.Order and Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 04/24/2012) |
| 04/25/2012 | 5 | ORDER THAT THE MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26 (f) CONFERENCE IS GRANTED; ETC.. SIGNED BY HONORABLE ROBERT F. KELLY ON 4/25/12. 4/25/12 ENTERED AND E-MAILED.(jl, ) (Entered: 04/25/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-02083-CDJ

MALIBU MEDIA, LLC v. JOHN DOES 1-22
Assigned to: HONORABLE C. DARNELL JONES, II
Demand: $150,000
Cause: 17:101 Copyright Infringement

Date Filed: 04/19/2012
Jury Demand: None
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

### Plaintiff

**MALIBU MEDIA, LLC**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant
### JOHN DOES 1-22

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2012 | 1 | COMPLAINT against JOHN DOES 1-22 ( Filing fee $ 350 receipt number 061599.), filed by MALIBU MEDIA, LLC.(tj, ) (Entered: 04/20/2012) |
| 04/19/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, |

| | | LLC.(tj, ) (Entered: 04/20/2012) |
|---|---|---|
| 04/19/2012 | 3 | Copy of Form to Register of Copyrights. (tj, ) (Entered: 04/20/2012) |
| 04/24/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by MALIBU MEDIA, LLC.Order and Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 04/24/2012) |
| 04/26/2012 | 5 | ORDER ON MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE AS OUTLINED HEREIN. SIGNED BY HONORABLE C. DARNELL JONES, II ON 4/26/2012;4/26/2012 ENTERED AND COPIES E-MAILED.(tomg, ) (Entered: 04/26/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-02093-EL

MALIBU MEDIA, LLC v. JOHN DOE 1-7          Date Filed: 04/19/2012
Assigned to: HONORABLE EDMUND V. LUDWIG    Jury Demand: None
Demand: $150,000                           Nature of Suit: 820 Copyright
Cause: 17:101 Copyright Infringement       Jurisdiction: Federal Question

**Plaintiff**

**MALIBU MEDIA, LLC**          represented by  **CHRISTOPHER P. FIORE**
                                               FIORE & BARBER LLC
                                               425 MAIN ST STE 200
                                               HARLEYSVILLE, PA 19438
                                               215-256-0205
                                               Email: cfiore@fiorebarber.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE 1-7**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2012 | 1 | COMPLAINT against JOHN DOE 1-7 ( Filing fee $ 350 receipt number 061599.), filed by MALIBU MEDIA, LLC.(tj, ) (Entered: 04/20/2012) |

| 04/19/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, LLC.(tj, ) (Entered: 04/20/2012) |
| 04/19/2012 | 3 | Copy of Form to Register of Copyrights. (tj, ) (Entered: 04/20/2012) |
| 04/24/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by MALIBU MEDIA, LLC.Order and Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 04/24/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-02078-MMB

MALIBU MEDIA, LLC v. JOHN DOES 1-16
Assigned to: HONORABLE MICHAEL M. BAYLSON
Cause: 17:101 Copyright Infringement

Date Filed: 04/19/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**MALIBU MEDIA, LLC**          represented by   **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOES 1-16**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/19/2012 | 1 | COMPLAINT against JOHN DOES 1-16 ( Filing fee $ 350 receipt number PPE061599.), filed by MALIBU MEDIA, LLC.(jmv, ) (Entered: 04/20/2012) |
| 04/19/2012 | | DEMAND for Trial by Jury by MALIBU MEDIA, LLC. (jmv, ) (Entered: 04/20/2012) |

16

| 04/19/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, LLC.(jmv, ) (Entered: 04/20/2012) |
| 04/19/2012 | 3 | Copy of Form to Register of Copyrights. (jmv, ) (Entered: 04/20/2012) |
| 04/24/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference filed by MALIBU MEDIA, LLC.Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 04/24/2012) |
| 04/27/2012 | 5 | NOTICE of Hearing: HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS SET FOR 5/14/2012 04:00 PM IN COURTROOM 3A BEFORE HONORABLE MICHAEL M. BAYLSON.(ltm, ) (Entered: 04/27/2012) |

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-02084-MMB

MALIBU MEDIA, LLC v. JOHN DOES 1-14          Date Filed: 04/19/2012
Assigned to: HONORABLE MICHAEL M. BAYLSON   Jury Demand: None
Demand: $150,000                             Nature of Suit: 820 Copyright
Cause: 17:101 Copyright Infringement         Jurisdiction: Federal Question

**Plaintiff**

**MALIBU MEDIA, LLC**                represented by **CHRISTOPHER P. FIORE**
                                                   FIORE & BARBER LLC
                                                   425 MAIN ST STE 200
                                                   HARLEYSVILLE, PA 19438
                                                   215-256-0205
                                                   Email: cfiore@fiorebarber.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOES 1-14**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/19/2012 | 1 | COMPLAINT against JOHN DOES 1-14 ( Filing fee $ 350 receipt number 061599.), filed by MALIBU MEDIA, LLC.(tj, ) (Entered: 04/20/2012) |

| 04/19/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, LLC.(tj, ) (Entered: 04/20/2012) |
| 04/19/2012 | 3 | Copy of Form to Register of Copyrights. (tj, ) (Entered: 04/20/2012) |
| 04/24/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by MALIBU MEDIA, LLC.Order and Memrandum.(FIORE, CHRISTOPHER) (Entered: 04/24/2012) |
| 04/27/2012 | 5 | NOTICE of Hearing:HEARING REGARDING PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS SET FOR 5/14/2012 04:00 PM IN COURTROOM 3A BEFORE HONORABLE MICHAEL M. BAYLSON.(ltm, ) (Entered: 04/27/2012 |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-02094-ER

MALIBU MEDIA, LLC v. JOHN DOES 1-25          Date Filed: 04/19/2012
Assigned to: HONORABLE EDUARDO C. ROBRENO   Jury Demand: None
Demand: $150,000                             Nature of Suit: 820 Copyright
Cause: 17:101 Copyright Infringement         Jurisdiction: Federal Question

### Plaintiff

**MALIBU MEDIA, LLC**          represented by **CHRISTOPHER P. FIORE**
                                               FIORE & BARBER LLC
                                               425 MAIN ST STE 200
                                               HARLEYSVILLE, PA 19438
                                               215-256-0205
                                               Email: cfiore@fiorebarber.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

V.

### Defendant
### JOHN DOES 1-25

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/19/2012 | 1 | COMPLAINT against JOHN DOES 1-25 ( Filing fee $ 350 receipt number 061599.), filed by MALIBU MEDIA, LLC.(tj, ) (Entered: 04/20/2012) |

| 04/19/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, LLC.(tj, ) (Entered: 04/20/2012) |
|---|---|---|
| 04/19/2012 | 3 | Copy of Form to Register of Copyrights. (tj, ) (Entered: 04/20/2012) |
| 04/24/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to Rule 26(f) Conference filed by MALIBU MEDIA, LLC.Order and Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 04/24/2012) |
| 05/01/2012 | 5 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE 4 IS GRANTED AND PLAINTIFF MAY SERVE SUBPOENAS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45 ON THE INTERNET SERVICE PROVIDERS LISTED IN EXHIBIT A TO THE COMPLAINT. IT IS FURTHER ORDERED THAT PLAINTIFF SHALL ATTACH A COPY OF THIS ORDER WITH ANY SUBPOENA SERVED. IT IS FURTHER ORDERED THAT PLAINTIFF SHALL NOT USE ANY INFORMATION OBTAINED BY ANY SUBPOENAS ISSUED PURSUANT TO THIS ORDER EXCEPT TO PROTECT AND ENFORCE ITS RIGHTS WITH RESPECT TO THE CLAIMS SET FORTH IN THE COMPLAINT. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/30/12. 5/1/12 ENTERED AND COPIES E-MAILED.(ti, ) (Entered: 05/02/2012) |

## United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:12-cv-02088-MMB

MALIBU MEDIA, LLC v. JOHN DOES 1-22
Assigned to: HONORABLE MICHAEL M. BAYLSON
Cause: 17:101 Copyright Infringement

Date Filed: 04/19/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**MALIBU MEDIA, LLC**          represented by   **CHRISTOPHER P. FIORE**
                                                FIORE & BARBER LLC
                                                425 MAIN ST STE 200
                                                HARLEYSVILLE, PA 19438
                                                215-256-0205
                                                Email: cfiore@fiorebarber.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOES 1-22**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2012 | 1 | COMPLAINT against JOHN DOES 1-22 ( Filing fee $ 350 receipt number PPE061599.), filed by MALIBU MEDIA, LLC.(jmv, ) (Entered: 04/20/2012) |
| 04/19/2012 | | DEMAND for Trial by Jury by MALIBU MEDIA, LLC. (jmv, ) (Entered: 04/20/2012) |
| 04/19/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by MALIBU MEDIA, LLC.(jmv, ) (Entered: 04/20/2012) |
| 04/19/2012 | 3 | Copy of Form to Register of Copyrights. (jmv, ) (Entered: 04/20/2012) |
| 04/24/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by MALIBU MEDIA, LLC.Order and Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 04/24/2012) |
| 04/27/2012 | 5 | NOTICE of Hearing: HEARING REGARDING PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA SET FOR 5/14/2012 04:00 PM IN COURTROOM 3A BEFORE HONORABLE MICHAEL M. BAYLSON.(ltm, ) (Entered: 04/27/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-07249-JHS

RAW FILMS, LTD. v. JOHN DOES 1-17
Assigned to: HONORABLE JOEL H. SLOMSKY
Cause: 17:101 Copyright Infringement

Date Filed: 11/21/2011
Date Terminated: 03/15/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**RAW FILMS, LTD.**                 represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200

HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*ATTORNEY TO BE NOTICED*

## V.

### Defendant

### JOHN DOES 1-17

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2011 | 1 | COMPLAINT against JOHN DOES 1-17 ( Filing fee $ 350 receipt number 053554.), filed by RAW FILMS, LTD..(rt) (Entered: 11/21/2011) |
| 11/21/2011 |  | DEMAND for Trial by Jury by RAW FILMS, LTD.. (rt) (Entered: 11/21/2011) |
| 11/21/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by RAW FILMS, LTD..(rt) (Entered: 11/21/2011) |
| 12/21/2011 | 3 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by RAW FILMS, LTD..order and memorandum.(FIORE, CHRISTOPHER) (Entered: 12/21/2011) |
| 12/22/2011 | 4 | ORDER THAT PLAINTIFF ESTABLISHED THAT "GOOD CAUSE" EXISTS FOR ITS TO SERVE THIRD PARTY SUBPOENAS ON THE INTERNET SERVICE PROVIDERS LISTED ON EXHIBIT A TO THE MOTION. PLAINTIFF MAY SERVER EACH OF THE ISPs WITH A RULE 45 SUBPOENA COMMANDING EACH ISP TO PROVIDE PLAINTIFF WITH THE TRUE NAME, ADDRESS, TELEPHONE NUMBER, E-MAIL ADDRESS AND MEDIA ACCESS CONTROL ADDRESS OF THE DEFENDANT TO WHOM THE ISP ASSIGNED AN IP ADDRESS AS SET FORTH ON EX.A TO THE MOTION. ETC.. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 12/22/2011.12/23/2011 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 12/23/2011) |
| 02/17/2012 | 5 | NOTICE of Voluntary Dismissal by RAW FILMS, LTD. As To Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Doe 2 Only(FIORE, CHRISTOPHER) (Entered: 02/17/2012) |
| 02/21/2012 | 6 | ORDER THAT THIS ACTION IS DISMISSED WITH PREJUDICE AS TO DEFENDANT JOHN DOE 2 ONLY. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 2/21/2012. 2/21/2012 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 02/21/2012) |

| 03/05/2012 | 7 | NOTICE of Voluntary Dismissal by RAW FILMS, LTD. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice of Does 9 and 10 Only(FIORE, CHRISTOPHER) (Entered: 03/05/2012) |
|---|---|---|
| 03/06/2012 | 8 | ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE AS TO DEFENDANTS JOHN DOES 9 AND 10 ONLY. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 3/6/2012. 3/6/2012 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 03/06/2012) |
| 03/15/2012 | 9 | NOTICE of Voluntary Dismissal by RAW FILMS, LTD. As To Plaintiff's Notice of Voluntary Dismissal Without Prejudice of All Remaining John Doe Defendants(FIORE, CHRISTOPHER) (Entered: 03/15/2012) |
| 03/16/2012 | 10 | ORDER THAT THIS MATTER IS DISMISSED WITHOUT PREJUDICE AS TO ALL REMAINING JOHN DOE DEFENDANTS. ALL PENDING MOTIONS ARE DENIED AS MOOT. THE CLERK SHALL CLOSE THIS CASE. SIGNED BY HONORABLE JOEL H. SLOMSKY ON 3/16/2012. 3/16/2012 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 03/16/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-07354-PD

RAW FILMS, LTD. v. JOHN DOES 1-5                 Date Filed: 11/29/2011
Assigned to: HONORABLE PAUL S. DIAMOND          Date Terminated: 03/20/2012
Demand: $150,000                                 Jury Demand: Plaintiff
Cause: 17:101 Copyright Infringement             Nature of Suit: 820 Copyright
                                                 Jurisdiction: Federal Question

**Plaintiff**

**RAW FILMS, LTD.**                    represented by **CHRISTOPHER P. FIORE**
                                                       FIORE & BARBER LLC
                                                       425 MAIN ST STE 200
                                                       HARLEYSVILLE, PA 19438
                                                       215-256-0205
                                                       Email: cfiore@fiorebarber.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

22

**JOHN DOES 1-5**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2011 | 1 | COMPLAINT against JOHN DOES 1-5 ( Filing fee $ 350 receipt number 053845.), filed by RAW FILMS, LTD..(tj, ) (Entered: 11/29/2011) |
| 11/29/2011 | | DEMAND for Trial by Jury by RAW FILMS, LTD.. (tj, ) (Entered: 11/29/2011) |
| 11/29/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by RAW FILMS, LTD..(tj, ) (Entered: 11/29/2011) |
| 12/01/2011 | 3 | MOTION Motion for Leave to Serve Third Party Subpoena Prior to a Rule (26)f Conference filed by RAW FILMS, LTD..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 12/01/2011) |
| 12/21/2011 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by RAW FILMS, LTD..Order Memorandum.(FIORE, CHRISTOPHER) (Entered: 12/21/2011) |
| 03/20/2012 | 5 | NOTICE of Voluntary Dismissal by RAW FILMS, LTD. As To Plaintiff's Notice of Voluntary Dismissal Without Prejudice of All John Doe Defendants(FIORE, CHRISTOPHER) (Entered: 03/20/2012) |

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:11-cv-07248-MAM**

RAW FILMS, LTD. v. JOHN DOES 1-15
Assigned to: HONORABLE MARY A. MCLAUGHLIN
Cause: 17:101 Copyright Infringement

Date Filed: 11/21/2011
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**RAW FILMS, LTD.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOES 1-15**

V.

**Movant**

**JOHN DOE XX**                          represented by **JOHN DOE XX**
                                                         NO MAIL ADDRESS PROVIDED
                                                         PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2011 | 1 | COMPLAINT against RAW FILMS, LTD. ( Filing fee $ 350 receipt number PPE053554.), filed by RAW FILMS, LTD..(jmv, ) (Entered: 11/21/2011) |
| 11/21/2011 | | DEMAND for Trial by Jury by RAW FILMS, LTD.. (jmv, ) (Entered: 11/21/2011) |
| 11/21/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by RAW FILMS, LTD..(jmv, ) (Entered: 11/21/2011) |
| 12/21/2011 | 3 | MOTION Motion for Leave to Servce Third Party Subpoenas Prior to a Rule 26(f) Conference filed by RAW FILMS, LTD..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 12/21/2011) |
| 12/28/2011 | 4 | ORDER THAT PLAINTIFFS MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERNECE IS GRANTED IN PART AND DENIED IN PART. IT IS GRANTED INSOFAR AS THE PLAINTIFF MAY SERVE THIRD PARTY SUBPOENAS BEFORE THE RULE 26(f) CONFERENCE. IT IS DENIED INSOFAR AS THE PLAINTIFF SEEKS TO HAVE THE COURT DECIDE THE APPROPRIATENESS OF THE SUBPOENAS AT THIS TIME. SIGNED BY HONORABLE MARY A. MCLAUGHLIN ON 12/27/2011. 12/28/2011 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 12/28/2011) |
| 02/10/2012 | 5 | MOTION TO QUASH OR MODIFY SUBPOENA, FILED BY JOHN DOE, CERTIFICATE OF SERVICE.(gn, ) (Entered: 02/10/2012) |
| 02/24/2012 | 6 | Memorandum of Law in Opposition re 5 MOTION to Modify MOTION to Quash filed by RAW FILMS, LTD., Certificate of Service. (FIORE, CHRISTOPHER) Modified on 2/27/2012 (nd, ). (Entered: 02/24/2012) |

| 02/28/2012 | 7 | OMNIBUS MOTION TO (1) SEVER DEFTS FOR IMPROPER JOINDER, AND/OR (2) TO QUASH SUBPOENA AND/OR (3) ISSUE A PROTECTIVE ORDER AND INCORPORATED MEMORANDUM OF LAW, FILED BY JOHN DOE XX, CERTIFICATE OF SERVICE. (Attachments: # 1 EXHIBITS)(gn, ) (Entered: 02/29/2012) |
|---|---|---|
| 03/13/2012 | 8 | RESPONSE in Opposition re 7 MOTION to Sever MOTION to Quash MOTION for Protective Order filed by RAW FILMS, LTD.. (FIORE, CHRISTOPHER) (Entered: 03/13/2012) |
| 03/20/2012 | 9 | MOTION for Extension of Time to File *to Effectuate Service of Summons and Complaint on Each Doe Defendant* filed by RAW FILMS, LTD... (Attachments: # 1 Text of Proposed Order)(FIORE, CHRISTOPHER) (Entered: 03/20/2012) |
| 03/21/2012 | 10 | ORDER THAT PLFF'S MOTION FOR EXTENSION OF TIME (DOC #9) IS GRANTED. PLFF SHALL HAVE UNTIL (20) DAYS AFTER THE COURT'S RULING ON DEFTS' PENDING MOTIONS TO QUASH (DOCS. #5 AND 7) TO EFFECTUATE SERVICE ON THE JOHN DOE DEFTS. ( SIGNED BY HONORABLE MARY A. MCLAUGHLIN ON 3/21/212. ) 3/22/12 ENTERED AND COPIES E-MAILED.(gn, ) Modified on 3/22/2012 (gn, ). (Entered: 03/22/2012) |
| 03/23/2012 | 11 | RESPONSE in Opposition to plff's motion for extension of time within which it has to serve John Doe defts with a summons and complaint, filed by JOHN DOE XX, Certificate of Service. (gn, ) (Entered: 03/23/2012) |
| 03/26/2012 | 12 | MEMORANDUM. ( SIGNED BY HONORABLE MARY A. MCLAUGHLIN ON 3/23/12. ) 3/27/12 ENTERED AND COPIES E-MAILED.(gn, ) (Entered: 03/27/2012) |
| 03/26/2012 | 13 | ORDER THAT DOE DEFT'S MOTION TO QUASH OR MODIFY SUBPOENA (DOC #5) AND JOHN DOE XX'S OMNIBUS MOTION TO SEVER, TO QUASH SUBPOENS AND ISSUE A PROTECTIVE ORDER ARE DENIED. ( SIGNED BY HONORABLE MARY A. MCLAUGHLIN ON 3/23/12. ) 3/27/12 ENTERED AND COPIES E-MAILED.(gn, ) (Entered: 03/27/2012) |
| 03/29/2012 | 14 | NOTICE of Voluntary Dismissal by RAW FILMS, LTD. As To Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1,2,3,4,5,6,7,9,11,13,14 and 15 Only(FIORE, CHRISTOPHER) (Entered: 03/29/2012) |
| 04/16/2012 | 15 | Second MOTION for Extension of Time to File *to Effectuate Service of Summons and Complaint on Each Doe Defendant* filed by RAW FILMS, LTD... (Attachments: # 1 Text of Proposed Order)(FIORE, CHRISTOPHER) (Entered: 04/16/2012) |
| 04/25/2012 | 16 | MOTION TO RECONSIDER DENIAL OF MOTION (1) TO SEVER |

| | | |
|---|---|---|
| | | DEFTS FOR IMPROPER JOINDER, AND/OR (2) TO QUASH SUBPOENA AND/OR (3) ISSUE A PROTECTIVE ORDER, FILED BY MOVANT JOHN DOE XX, CERTIFICATE OF SERVICE.(gn, ) (Entered: 04/25/2012) |
| 05/07/2012 | 17 | ORDER THAT PLFF'S SECOND MOTION FOR EXTENSION OF TIME (DOC #15) IS GRANTED. THE PLFF SHALL HAVE UNTIL 5/21/12 TO SERVE JOHN DOES 8, 10, AND 12. ( SIGNED BY HONORABLE MARY A. MCLAUGHLIN ON 5/7/12. ) 5/8/12 ENTERED AND COPIES E-MAILED.(gn, ) (Entered: 05/08/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-05059-WY

PATRICK COLLINS, INC. v. JOHN DOES 1-51
Assigned to: HONORABLE WILLIAM H. YOHN, JR
Cause: 17:101 Copyright Infringement

Date Filed: 08/08/2011
Date Terminated: 12/06/2011
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

### Plaintiff

PATRICK COLLINS, INC.                represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**JOHN DOES 1-51**

### Defendant

**JOHN DOE 48**                represented by **CAROLYN L. GAINES**
*IP ADDRESS 96.245.206.188*        TWO PENN CENTER
*TERMINATED: 12/02/2011*        STE 200
PHILADELPHIA, PA 19102
215-747-7381
Email: cgaines2210@gmail.com

*TERMINATED: 12/02/2011*

**CARON P. GRAFF**
AKBARI & GRAFF
410 OLD YORK RD
JENKINTOWN, PA 19046
215-572-6868
Fax: 215-572-8473
Email: cgraff@grafflegal.com
*TERMINATED: 10/07/2011*

V.

**Movant**

**ANDREW J. SMYTH**                          represented by **ANDREW J. SMYTH**
5-14 ASPEN WAY
DOYLESTOWN, PA 18901
215-622-6514
Email: ajsmyth@gmail.com
PRO SE

**Movant**

**JOHN DOE #50**                             represented by **JOHN DOE #50**
*TERMINATED: 10/04/2011*                     NO MAIL ADDRESS PROVIDED
PRO SE

**Movant**

**JOHN DOE 17**                              represented by **CAROLYN L. GAINES**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**JOHN DOE 51**                              represented by **EDWIN M. MATZKIN**
EDWIN M. MATZKIN,
ATTORNEY AT LAW
349 NORTH YORK ROAD
P.O. BOX 1066
WILLOW GROVE, PA 19090-1066
215-657-9640
Email: ematzkin@verizon.net
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

27

| 08/08/2011 | 1 | COMPLAINT against JOHN DOES 1-51 ( Filing fee $ 350 receipt number 047369.), filed by PATRICK COLLINS, INC..(rt) (Entered: 08/08/2011) |
|---|---|---|
| 08/08/2011 | | DEMAND for Trial by Jury by PATRICK COLLINS, INC.. (rt) (Entered: 08/08/2011) |
| 08/08/2011 | 2 | Copy of Form to Register of Copyrights (rt) (Entered: 08/09/2011) |
| 08/10/2011 | 3 | NOTICE by PATRICK COLLINS, INC. *of Filing Rule 7.1 Disclosure Statement* (FIORE, CHRISTOPHER) (Entered: 08/10/2011) |
| 08/10/2011 | 4 | First MOTION for Leave to File *to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference* filed by PATRICK COLLINS, INC..Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 08/10/2011) |
| 08/10/2011 | | Disclosure Statement Form pursuant to FRCP 7.1 by PATRICK COLLINS, INC.. (SEE PAPER #3 FOR ATTACHMENT) (nd, ) (Entered: 08/12/2011) |
| 08/11/2011 | 5 | EXHIBIT *B* by PATRICK COLLINS, INC... (FIORE, CHRISTOPHER) (Entered: 08/11/2011) |
| 08/15/2011 | 6 | ORDER THAT PLAINTIFFS MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE AS OUTLINED HEREIN. SIGNED BY HONORABLE WILLIAM H. YOHN, JR ON 8/15/2011. 8/15/2011 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 08/15/2011) |
| 09/16/2011 | 7 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To With Prejudice of Doe 30 Only(FIORE, CHRISTOPHER) (Entered: 09/16/2011) |
| 09/19/2011 | 8 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To With Prejudice of Doe 1 Only(FIORE, CHRISTOPHER) (Entered: 09/19/2011) |
| 09/20/2011 | 9 | MOTION for Protective Order filed by JOHN DOE 48.Brief.(GRAFF, CARON) Modified on 9/28/2011 (nd, ). (Entered: 09/20/2011) |
| 09/20/2011 | 10 | CERTIFICATE OF SERVICE by JOHN DOES 48 re 9 MOTION for Protective Order (GRAFF, CARON) Modified on 9/28/2011 (nd, ). (Entered: 09/20/2011) |
| 09/28/2011 | 11 | First MOTION to Quash *Subpoena for Doe 22* filed by ANDREW J. SMYTH..(SMYTH, ANDREW) (Entered: 09/28/2011) |
| 09/28/2011 | 12 | Memorandum of Law re 11 First MOTION to Quash *Subpoena for Doe 22* by ANDREW J. SMYTH. (SMYTH, ANDREW) (Entered: 09/28/2011) |
| 09/30/2011 | 13 | MOTION TO QUASH OR MODIFY SUBPOENA, filed by JOHN DOE #50.CERTIFICATE OF SERVICE.(sg, ) (Entered: 09/30/2011) |

| 10/03/2011 | 14 | MOTION to Dismiss *John Doe 17* AND/OR Quash Subpoena filed by JOHN DOE 17, Memorandum. (Attachments: # 1 Text of Proposed Order, # 2 Supplement Memorandum of Law) (GAINES, CAROLYN) Modified on 10/4/2011 (nd). (Entered: 10/03/2011) |
| 10/04/2011 | 15 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To Notice of Voluntary Dismissal Without Prejudice of Does 22 and 50 Only(FIORE, CHRISTOPHER) (Entered: 10/04/2011) |
| 10/04/2011 | 16 | RESPONSE in Opposition re 9 MOTION for Protective Order *Memorandum in Oppositino to Motino for Protective Order Filed By John Doe 48 (Docket 9)* filed by PATRICK COLLINS, INC.. (Attachments: # 1 Affidavit Certificate of Service)(FIORE, CHRISTOPHER) (Entered: 10/04/2011) |
| 10/05/2011 | 17 | ORDER THAT THE MOTION TO QUASH OR MODIFY SUBPOENA OF DOE #50 AND THE MOTION OF DEFENDANT DOE 22 ARE DISMISSED AS MOOT. SIGNED BY HONORABLE WILLIAM H. YOHN, JR ON 10/4/2011. 10/5/2011 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 10/05/2011) |
| 10/05/2011 | 18 | ORDER THAT THE MOTION FOR PROTECTIVE ORDER TO VACATE SUBPOENA WITH REGARD TO JOHN DOE 48 IS DENIED. SIGNED BY HONORABLE WILLIAM H. YOHN, JR ON 10/5/2011.10/5/2011 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 10/05/2011) |
| 10/07/2011 | 19 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To With Prejudice of Doe 9 Only(FIORE, CHRISTOPHER) (Entered: 10/07/2011) |
| 10/07/2011 | 20 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To With Prejudice of Doe 10 and 46 Only(FIORE, CHRISTOPHER) (Entered: 10/07/2011) |
| 10/07/2011 | 21 | NOTICE of Withdrawal of Appearance of CARON P. GRAFF and Entry of Appearance of CAROLYN L. GAINES on behalf of JOHN DOE 48(GAINES, CAROLYN) Modified on 10/12/2011 (nd, ). (Entered: 10/07/2011) |
| 10/10/2011 | 22 | MOTION to Dismiss filed by JOHN DOE 48.Memorandum. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Memorandum of Law)(GAINES, CAROLYN) (Entered: 10/10/2011) |
| 10/17/2011 | 23 | NOTICE by PATRICK COLLINS, INC. *Notice of Filing Declaration of Christopher P. Fiore* (FIORE, CHRISTOPHER) (Entered: 10/17/2011) |
| 10/17/2011 | 24 | RESPONSE in Opposition re 13 MOTION to Quash, 11 First MOTION to Quash *Subpoena for Doe 22*, 14 MOTION to Dismiss *John Doe 17* |

| | | |
|---|---|---|
| | | *Declaration In Opposition to Motion to Quash or Modify Subpoena* filed by PATRICK COLLINS, INC.. (FIORE, CHRISTOPHER) (Entered: 10/17/2011) |
| 10/17/2011 | 25 | First MOTION Motion for the Entry of an Order requiring Movants to Identify Themselves filed by PATRICK COLLINS, INC..Proposed Order and Certificate of Service.(FIORE, CHRISTOPHER) (Entered: 10/17/2011) |
| 10/17/2011 | 26 | Memorandum In Support and In Opposition *In Support of Joinder and in Opposition to Motion to Sever* by PATRICK COLLINS, INC.. (FIORE, CHRISTOPHER) (Entered: 10/17/2011) |
| 10/17/2011 | 27 | Memorandum In Opposition re 14 MOTION to Dismiss *John Doe 17 Plaintiff's Memorandum Explaining that Copyright Violations are not Protected by the First Amendment* filed by PATRICK COLLINS, INC.. (FIORE, CHRISTOPHER) (Entered: 10/17/2011) |
| 10/17/2011 | 28 | RESPONSE in Opposition re 14 MOTION to Dismiss *John Doe 17 Memorandum in Opposition To Defendant John Doe 17 [DKT #14] Motion to Dismiss and/or Quash Third Party Subpoena* filed by PATRICK COLLINS, INC.. (FIORE, CHRISTOPHER) (Entered: 10/17/2011) |
| 10/17/2011 | 29 | RESPONSE in Opposition re 14 MOTION to Dismiss *John Doe 17 Plaintiff's Memorandum Explaining Why Discovery is Proper Even When A Subscriber Claims He or She was not There at the TIme of a Recorded Infringement* filed by PATRICK COLLINS, INC.. (FIORE, CHRISTOPHER) (Entered: 10/17/2011) |
| 10/18/2011 | 30 | AMENDED DOCUMENT by PATRICK COLLINS, INC.. Amendment to 28 Response in Opposition to Motion *Amended Memorandum in Opposition to Defendant John Doe 17's [DKT #14] Motin to Dismiss and/or Quash Third Party Subpoena.* (FIORE, CHRISTOPHER) (Entered: 10/18/2011) |
| 10/18/2011 | 31 | ORDER THAT DEFENDANT JOHN DOE 17'S MOTION TO DISMISS AND/OR QUASH THIRD PARTY SUBPOENA IS DENIED. SIGNED BY HONORABLE WILLIAM H. YOHN, JR ON 10/18/2011.10/18/2011 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 10/18/2011) |
| 10/20/2011 | 32 | MOTION to Dismiss filed by JOHN DOE 51.memorandum.(MATZKIN, EDWIN) (Entered: 10/20/2011) |
| 10/24/2011 | 33 | *Plaintiff's Memorandum in Opposition to John Doe 48's Motion to Dismiss and Quash* re 22 MOTION to Dismiss filed by PATRICK COLLINS, INC.. (FIORE, CHRISTOPHER) Modified on 10/25/2011 (nd). (Entered: 10/24/2011) |
| 10/26/2011 | 34 | ORDER THAT DEFENDANT JOHN DOE 48'S MOTION TO DISMISS IS DENIED AS PREMATURE PRIOR TO DISCOVERY. SIGNED BY |

| | | HONORABLE WILLIAM H. YOHN, JR ON 10/26/2011.10/26/2011 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 10/26/2011) |
|---|---|---|
| 10/31/2011 | 35 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Does 15, 21, 25, 44 and 45 Only(FIORE, CHRISTOPHER) (Entered: 10/31/2011) |
| 10/31/2011 | 36 | Memorandum in Opposition re 25 First MOTION Motion for the Entry of an Order requiring Movants to Identify Themselves filed by JOHN DOE 17. (GAINES, CAROLYN) (Entered: 10/31/2011) |
| 10/31/2011 | 37 | Memorandum in Opposition re 25 First MOTION Motion for the Entry of an Order requiring Movants to Identify Themselves filed by JOHN DOE 48. (GAINES, CAROLYN) (Entered: 10/31/2011) |
| 11/03/2011 | 38 | *Plaintiff's Memorandum in Opposition to John Doe 51's Motion to Dismiss and/or Quash Third Party Subpoena* re 32 MOTION to Dismiss filed by PATRICK COLLINS, INC., Certificate of service. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(FIORE, CHRISTOPHER) Modified on 11/4/2011 (nd, ). (Entered: 11/03/2011) |
| 11/07/2011 | 39 | ORDERED THAT DEFENDANT JOHN DOE 51'S MOTION TO DISMISS AND/OR QUASH THIRD PARTY SUBPOENA IS DENIED. SIGNED BY HONORABLE WILLIAM H. YOHN, JR ON 11/4/2011.11/7/2011 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 11/07/2011) |
| 11/08/2011 | 40 | ORDER THAT PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER REQUIRING MOVANTS TO IDENTIFY THEMSELVES IS DENIED. SIGNED BY HONORABLE WILLIAM H. YOHN, JR ON 11/7/2011.11/8/2011 ENTERED AND COPIES E-MAILED.(md) (Entered: 11/08/2011) |
| 11/10/2011 | 41 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To Plantiff's Notice of Voluntary Dismissal With Prejudice of Doe 35 Only(FIORE, CHRISTOPHER) (Entered: 11/10/2011) |
| 11/18/2011 | 42 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To Notice of Settlement and Voluntary Dismissal With Prejudice of Doe 47 Only(FIORE, CHRISTOPHER) (Entered: 11/18/2011) |
| 12/01/2011 | 43 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To Notice of Settlement and Voluntary Dismissal With Prejudice of Does 5, 16 and 48 Only(FIORE, CHRISTOPHER) (Entered: 12/01/2011) |
| 12/06/2011 | 44 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To Notice of Settlement and Voluntary Dismissal Without Prejudice all Remaining Doe Defendants without prejudice(FIORE, CHRISTOPHER) |

(Entered: 12/06/2011)

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-05172-TJS

PATRICK COLLINS, INC. v. JOHN DOES 32
Assigned to: HONORABLE TIMOTHY J. SAVAGE
Demand: $150,000
Cause: 17:101 Copyright Infringement

Date Filed: 08/15/2011
Date Terminated: 04/25/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

### Plaintiff

**PATRICK COLLINS, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**JOHN DOES 1-35**
*TERMINATED: 12/29/2011*

V.

### Movant

**JOHN DOE**
*IP ADDRESS 24.127.140.16*
*TERMINATED: 12/29/2011*

represented by **JOHN DOE**
NO MAIL ADDRESS PROVIDED
PRO SE

### Movant

**JOHN DOE**
*IP ADDRESS 68.84.76.152*
*TERMINATED: 12/29/2011*

represented by **JOHN DOE**
PO BOX 3508
PHILADELPHIA, PA 19148
PRO SE

### Movant

32

**JOHN DOE 33**
*TERMINATED: 11/07/2011*

represented by **ALFREDO M. SERGIO**
SEMANOFF ORMSBY
GREENBERG & TORCHIA LLC
2617 HUNTINGDON PIKE
HUNTINGDON VALLEY, PA
19006
215-887-0200
Email: asergio@sogtlaw.com
*TERMINATED: 11/07/2011*
*LEAD ATTORNEY*

**Movant**

**JOHN DOE 32**
*TERMINATED: 02/28/2012*

represented by **KRISTINE F. HUGHEY**
SPEARE & HUGHEY
22 W. SECOND ST.
MEDIA, PA 19063
610-566-8000
Email: speareandhughey@msn.com
*TERMINATED: 02/28/2012*

**Movant**

**JOHN DOE 10**
*TERMINATED: 12/29/2011*

represented by **JOHN DOE 10**
NO MAIL ADRESS PROVIDED
PRO SE

**Movant**

**COMCAST CORPORATION**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2011 | 1 | COMPLAINT against JOHN DOES 1-35 ( Filing fee $ 350 receipt number 048056.), filed by PATRICK COLLINS, INC..(mima, ) (Entered: 08/15/2011) |
| 08/15/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by PATRICK COLLINS, INC..(mima, ) (Entered: 08/15/2011) |
| 08/15/2011 | | DEMAND for Trial by Jury by PATRICK COLLINS, INC.. (mima, ) (Entered: 08/15/2011) |
| 08/15/2011 | 3 | Copy of Form to Register of Copyrights. (mima, ) (Entered: 08/15/2011) |
| 08/16/2011 | 4 | First MOTION for Leave to File *to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference* filed by PATRICK COLLINS, INC..Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 08/16/2011) |
| 08/17/2011 | 5 | ORDER THAT THE MOTION FOR LEAVE TO SERVE THIRD PARTY |

| | | |
|---|---|---|
| | | SUBPOENAS (DOC. NO.4) IS GRANTED, ETC. SIGNED BY HONORABLE TIMOTHY J. SAVAGE ON 8/16/2011.8/17/2011 ENTERED AND COPIES E-MAILED.(kk, ) Modified on 10/4/2011 (afm, ). (VACATED PER ORDER #13) (Entered: 08/17/2011) |
| 09/15/2011 | 6 | MOTION TO QUASH SUBPOENA DUCES TECUM filed by JOHN DOE..(kk, ) (Entered: 09/15/2011) |
| 09/16/2011 | 7 | ORDER THAT THE MOTION TO QUASH SUBPOENA DUCES TECUM (DOC. NO.6) IS DENIED. SIGNED BY HONORABLE TIMOTHY J. SAVAGE ON 9/15/2011.9/16/2011 ENTERED AND COPIES E-MAILED.(kk, ) Modified on 10/4/2011 (afm, ).(VACATED PER ORDER #13) (Entered: 09/16/2011) |
| 09/28/2011 | 8 | MOTION TO QUASH SUBPOENA filed by JOHN DOE..(kk, ) (Entered: 09/28/2011) |
| 09/29/2011 | 9 | ORDER THAT THE MOTION TO QUASH SUBPOENA (DOC. NO.8) IS DENIED. SIGNED BY HONORABLE TIMOTHY J. SAVAGE ON 9/29/2011.9/29/2011 ENTERED AND COPIES MAILED TO MOVANT AND E-MAILED.(kk, ) Modified on 10/4/2011 (afm, ). (VACATED PER ORDER #13) (Entered: 09/29/2011) |
| 09/29/2011 | 10 | MOTION for Extension of Time to File Response/Reply *to Subpoena and to Stay Disclosure of Information* filed by JOHN DOES 33, Memorandum of Law in Support and Certificate of Service. (SERGIO, ALFREDO) Modified on 9/30/2011 (nd). (Entered: 09/29/2011) |
| 09/30/2011 | 11 | MOTION TO QUASH SUBPOENA filed by JOHN DOE 32.CERTIFICATE OF SERVICE.(kk, ) Modified on 10/3/2011 (kk, ). (Entered: 09/30/2011) |
| 09/30/2011 | 12 | MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT JOHN DOE NO.10'S OMNIBUS MOTION TO SEVER DEFENDANTS FOR IMPROPER JOINDER, EMERGENCY STAY THE PROCEEDING BASED ON RESOLUTION OF MISJOINDER ISSUE, TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER filed by JOHN DOE 10.CERTIFICATE OF SERVICE.(kk, ) (Entered: 09/30/2011) |
| 10/03/2011 | 13 | ORDER THAT THE ORDER GRANTING THE MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE (DOC. NO.5) IS VACATED; THE MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE (DOC. NO.10) IS GRANTED; THE ORDERS DENYING MOTIONS TO QUASH SUBPOENA DUCES TECUM, DATED 9/15/2011 (DOC. NO.7) AND 9/29/2011 (DOC. NO.9) ARE VACATED; THE SUBPOENAS ISSUED PURSUANT TO THE ORDER OF 8/17/2011 DIRECTED TO |

| | | COMCAST CABLE, RCN CORPORATION AND VERIZON INTERNET SERVICES ARE QUASHED, ETC. SIGNED BY HONORABLE TIMOTHY J. SAVAGE ON 10/3/2011. 10/3/2011 ENTERED AND COPIES MAILED TO PRO SE AND COUNSEL, E-MAILED.(kk, ) (Entered: 10/03/2011) |
|---|---|---|
| 10/03/2011 | 14 | Minute Entry for proceedings held before HONORABLE TIMOTHY J. SAVAGE: Status Conference held on 10/3/2011. (kk, ) (Entered: 10/04/2011) |
| 10/04/2011 | 15 | First MOTION for Extension of Time to File Response/Reply filed by PATRICK COLLINS, INC..Certificate of Service.(FIORE, CHRISTOPHER) (Entered: 10/04/2011) |
| 10/06/2011 | 16 | ORDER THAT THE MOTION FOR AN ENLARGEMENT OF TIME(DOC. NO.15) IS GRANTED; THE PLAINTIFF SHALL RESPOND TO THE MOTIONS TO QUASH FILED BY JOHN DOE DEFENDANTS 1, 11, AND 33 NO LATER THAN 10/18/2011. SIGNED BY HONORABLE TIMOTHY J. SAVAGE ON 10/5/2011.10/6/2011 ENTERED AND COPIES MAILED TO PRO SES AND COUNSEL, E-MAILED.(kk, ) (Entered: 10/06/2011) |
| 10/07/2011 | 17 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To With Prejudice of Does 18 and 25 Only(FIORE, CHRISTOPHER) (Entered: 10/07/2011) |
| 10/13/2011 | 18 | MOTION Motion for the Entry of an Order Requing Movants to Identify Themselves filed by PATRICK COLLINS, INC..Propsed Order and Certificate of Service.(FIORE, CHRISTOPHER) (Entered: 10/13/2011) |
| 10/13/2011 | 19 | Memorandum re 8 MOTION to Quash, 6 MOTION to Quash, 11 MOTION to Quash *Plaintiff's Memorandum Explaining Why Discovery is Proper Even When a Subscriber Claims He or She was not There at the Time of a Recorded Infringment* filed by PATRICK COLLINS, INC. Certificate of Service.(FIORE, CHRISTOPHER) Modified on 10/14/2011 (ahf, ). (Entered: 10/13/2011) |
| 10/13/2011 | 20 | Memorandum re 8 MOTION to Quash, 6 MOTION to Quash, 11 MOTION to Quash *Plaintiff's Memorandum Explaining That Copyright Violations Are Not Protected By The First Amendment* filed by PATRICK COLLINS, INC. Certificate of Service.(FIORE, CHRISTOPHER) Modified on 10/14/2011 (ahf, ). (Entered: 10/13/2011) |
| 10/13/2011 | 21 | NOTICE by PATRICK COLLINS, INC. *of Filing Declaration of Christopher P. Fiore*. Certificate of Service. (FIORE, CHRISTOPHER) Modified on 10/14/2011 (ahf, ). (Entered: 10/13/2011) |
| 10/13/2011 | 22 | RESPONSE in Opposition re 8 MOTION to Quash, 6 MOTION to Quash, 11 MOTION to Quash *Declaration In Opposition To Motion to Quash or* |

|  |  | *Modify Subpoena* filed by PATRICK COLLINS, INC. Certificate of Service. (FIORE, CHRISTOPHER) Modified on 10/14/2011 (ahf, ). (Entered: 10/13/2011) |
|---|---|---|
| 10/13/2011 | 23 | RESPONSE in Opposition re 12 MOTION to Quash *Plaintiff's Memorandum in Support of Joinder and in Opposition to Motion to Sever* filed by PATRICK COLLINS, INC. Certificate of Service. (FIORE, CHRISTOPHER) Modified on 10/14/2011 (ahf, ). (Entered: 10/13/2011) |
| 10/14/2011 | 24 | RESPONSE in Opposition re 12 MOTION to Quash *In Opposition to John Doe 10's (DKT #12) Omnibus Motion* filed by PATRICK COLLINS, INC.. (FIORE, CHRISTOPHER) (Entered: 10/14/2011) |
| 10/14/2011 | 25 | RESPONSE in Opposition re 11 MOTION to Quash *In Opposition to John Doe 32's (DKT #11) Motion to Quash Subpoena* filed by PATRICK COLLINS, INC.. (FIORE, CHRISTOPHER) (Entered: 10/14/2011) |
| 10/14/2011 |  | Mail Returned as Undeliverable as to the Order dated 9/29/2011. Mail sent to JOHN DOE, IP ADDRESS 64.84.76.152 (kk, ) (Entered: 10/17/2011) |
| 10/14/2011 |  | Mail Returned as Undeliverable as to the Order dated 10/3/2011. Mail sent to JOHN DOE, IP ADDRESS 64.84.76.152 (kk, ) (Entered: 10/17/2011) |
| 10/17/2011 | 26 | MOTION for Extension of Time to File Response/Reply *to Subpoena and to Stay Disclosure of Information* filed by JOHN DOE 33.Memorandum and Certificate of Service.(SERGIO, ALFREDO) (Entered: 10/17/2011) |
| 10/18/2011 | 27 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To with Prejudice of Doe 34 Only(FIORE, CHRISTOPHER) (Entered: 10/18/2011) |
| 10/18/2011 | 28 | RESPONSE in Opposition re 8 MOTION to Quash *Response to John Doe 11's [DKT #8] Motion to Quash Subpoena* filed by PATRICK COLLINS, INC., Certificate of Service. (FIORE, CHRISTOPHER) Modified on 10/19/2011 (nd, ). (Entered: 10/18/2011) |
| 10/18/2011 | 29 | RESPONSE in Opposition re 6 MOTION to Quash *Response to John Doe 1's [DKT #6] Motion to Quash Subpoena Duces Tecum* filed by PATRICK COLLINS, INC., Certificate of Service. (FIORE, CHRISTOPHER) Modified on 10/19/2011 (nd, ). (Entered: 10/18/2011) |
| 10/19/2011 | 30 | ORDER THAT THE DEFENDANT JOHN DOE 33'S MOTION FOR EXTENSION OF TIME TORESPOND TO SUBPOENA AND TO STAY DISCLOSURE AND INFORMATION (DOC. NO.26) IS GRANTED. SIGNED BY HONORABLE TIMOTHY J. SAVAGE ON 10/19/2011.10/19/2011 ENTERED AND COPIES MAILED TO PRO SE AND COUNSEL, E-MAILED.(kk, ) Modified on 10/20/2011 (kk, ). (Entered: 10/19/2011) |
| 10/20/2011 |  | Mail Returned as Undeliverable as to the Order dated 10/6/2011. Mail sent |

| | | to JOHN DOE, IP ADDRESS 68.84.76.152 (kk, ) (Entered: 10/20/2011) |
|---|---|---|
| 11/07/2011 | 31 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To Notice of Voluntary Dismissal With Prejudice of Doe 33 Only(FIORE, CHRISTOPHER) (Entered: 11/07/2011) |
| 11/14/2011 | 32 | COMCAST CORPORATION RESPONSE TO PLAINTIFF'S SUBPOENA. (FILED UNDER SEAL) (kk, ) (Entered: 11/15/2011) |
| 12/13/2011 | 33 | NOTICE by PATRICK COLLINS, INC. *of Inability to Complay with Rule Fed.R.Civ.P.4(m)* (FIORE, CHRISTOPHER) (Entered: 12/13/2011) |
| 12/14/2011 | 34 | ORDER THAT NO LATER THAN 12/20/2011, THE PLAINTIFF SHALL FILE A STATEMENT IDENTIFYING ALL ACTIONS SIMILAR TO THIS ACTION THAT IT HAS FILED IN ANY UNITED STATES DISTRICT COURT IN PENNSYLVANIA. SIGNED BY HONORABLE TIMOTHY J. SAVAGE ON 12/14/2011. 12/14/2011 ENTERED AND COPIES MAILED TO PRO SE AND UNREPS, E-MAILED.(kk, ) (Entered: 12/14/2011) |
| 12/20/2011 | 35 | NOTICE by PATRICK COLLINS, INC. *Plaintiff's Notice Identifying All Actions Similar to this Action that it has Filed in United States District Court in Pennsylvania* (FIORE, CHRISTOPHER) (Entered: 12/20/2011) |
| 12/29/2011 | 36 | ORDER THAT THE PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER REQUIRING MOVANT TO IDENTIFY THEMSELVES (DOC. NO.18) IS DENIED; ALL DEFENDANTS EXCEPT JOHN DOE 32 ARE SEVERED FROM THIS ACTION; ALL PENDING MOTIONS IN THIS ACTION ARE DENIED AS MOOT, ETC. SIGNED BY HONORABLE TIMOTHY J. SAVAGE ON 12/29/2011.12/30/2011 ENTERED AND COPIES MAILED TO PRO SE, E-MAILED.(kk, ) (Entered: 12/30/2011) |
| 01/30/2012 | 37 | ORDER THAT UPON CONSIDERATION OF THE ORDER OF 12/29/2011 (DOC. NO.36) SEVERING ALL DEFENDANTS OTHER THAN JOHN DOE 32, IT IS ORDERED THAT THE CAPTION IS AMENDED TO READ AS OUTLINED HEREIN. SIGNED BY HONORABLE TIMOTHY J. SAVAGE ON 1/30/2012. 1/30/2012 ENTERED AND COPIES E-MAILED.(kk, ) (Entered: 01/30/2012) |
| 01/31/2012 | 38 | ORDER THAT A PRETRIAL CONFERENCE SHALL BE HELD ON 2/29/2012 08:30 AM IN ROOM 9614 BEFORE HONORABLE TIMOTHY J. SAVAGE, ETC. SIGNED BY HONORABLE TIMOTHY J. SAVAGE ON 1/31/2012. 1/32/2012 ENTERED AND COPIES E-MAILED.(kk, ) (Entered: 01/31/2012) |
| 02/14/2012 | 39 | Initial 26(a) Disclosure filed by PATRICK COLLINS, INC., Certificate of service.(FIORE, CHRISTOPHER) Modified on 2/15/2012 (nd). (Entered: 02/14/2012) |

| 02/15/2012 | 40 | MOTION to Dismiss filed by JOHN DOE 32.Certificate of Service.(HUGHEY, KRISTINE) (Entered: 02/15/2012) |
| 02/16/2012 | 41 | Disclosure with Certificate of Service by JOHN DOE 32.(HUGHEY, KRISTINE) (Entered: 02/16/2012) |
| 02/24/2012 | 42 | Report Of *Rule 26(f) Meeting* by PATRICK COLLINS, INC.. (FIORE, CHRISTOPHER) (Entered: 02/24/2012) |
| 02/28/2012 | 43 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 32(FIORE, CHRISTOPHER) (Entered: 02/28/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-05173-BMS

PATRICK COLLINS, INC. v. JOHN DOES 1-21       Date Filed: 08/15/2011
Assigned to: HONORABLE BERLE M. SCHILLER      Jury Demand: Plaintiff
Demand: $150,000                              Nature of Suit: 820 Copyright
Cause: 17:101 Copyright Infringement          Jurisdiction: Federal Question

### Plaintiff

**PATRICK COLLINS, INC.**                represented by **CHRISTOPHER P. FIORE**
                                                        FIORE & BARBER LLC
                                                        425 MAIN ST STE 200
                                                        HARLEYSVILLE, PA 19438
                                                        215-256-0205
                                                        Email: cfiore@fiorebarber.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*


V.

### Defendant
### JOHN DOES 1-21


V.

### Movant
**JOHN DOE**                             represented by **JOHN DOE**
**(JOEDOE2K11@YAHOO.COM)**                               **(JOEDOE2K11@YAHOO.COM)**

NO ADDRESS PROVIDED
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2011 | 1 | COMPLAINT against JOHN DOES 1-21 ( Filing fee $ 350 receipt number 048058.), filed by PATRICK COLLINS, INC..(tj, ) (Entered: 08/15/2011) |
| 08/15/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by PATRICK COLLINS, INC.(tj, ) (Entered: 08/15/2011) |
| 08/15/2011 | 3 | Copy of Form to Register of Copyrights. (tj, ) (Entered: 08/15/2011) |
| 08/15/2011 | | DEMAND for Trial by Jury by PATRICK COLLINS, INC.. (tj, ) (Entered: 08/15/2011) |
| 08/16/2011 | 4 | First MOTION for Leave to File *to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference* filed by PATRICK COLLINS, INC..Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 08/16/2011) |
| 08/17/2011 | 5 | ORDER ON MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 8/17/2011.8/17/2011 ENTERED AND COPIES E-MAILED.(tomg, ) (Entered: 08/17/2011) |
| 09/27/2011 | 6 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To With Prejudice of Doe 17 Only(FIORE, CHRISTOPHER) (Entered: 09/27/2011) |
| 10/04/2011 | 7 | MOTION TO: (1) FILE MOTION ANONYMOUSLY (2) SEVER DEFTS FOR IMPROPER JOINDER (3) TO STAY THE PROCEEDINGS BASED ON MISJOINDER (4) TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, (5) FOR PROTECTIVE ORDER filed by JOHN DOE (JOEDOE2K11@YAHOO.COM) with CERTIFICATE OF SERVICE.(tomg, ) (Entered: 10/04/2011) |
| 10/10/2011 | 8 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To With Prejudice of Doe 20 Only(FIORE, CHRISTOPHER) (Entered: 10/10/2011) |
| 10/18/2011 | 9 | RESPONSE in Opposition re 7 MOTION *Response in Opposition to Putative John Doe's [DKT #7] Motion to (1) File Motion Anonymously, (2) Sever Defendants for Improper Joinder, (3) To Stay the Proceeding Based on Misjoinder, (4) to Quash Subpoena or in the alternative, (5) for Protective Order* filed by PATRICK COLLINS, INC.. (FIORE, CHRISTOPHER) (Entered: 10/18/2011) |
| 10/18/2011 | 10 | NOTICE by PATRICK COLLINS, INC. *Notice of Filing Declaration of Christopher P. Fiore* (FIORE, CHRISTOPHER) (Entered: 10/18/2011) |

| 10/18/2011 | 11 | Declaration *Opposition to Motion to Quash* by PATRICK COLLINS, INC.. (FIORE, CHRISTOPHER) (Entered: 10/18/2011) |
| 10/18/2011 | 12 | MOTION Motion for the Entry of an Order Requiring Movants to Identify Themselves filed by PATRICK COLLINS, INC..Propsed Order & Certificate of Service.(FIORE, CHRISTOPHER) (Entered: 10/18/2011) |
| 10/18/2011 | 13 | Memorandum In Support of and In Opposition *in Support of Joinder and in Opposition to Motions to Sever* by PATRICK COLLINS, INC.. (FIORE, CHRISTOPHER) (Entered: 10/18/2011) |
| 10/18/2011 | 14 | RESPONSE in Opposition re 7 MOTION *Plaintiff's Memrandum Explaining Why Discovery is Proper Even When a Subscriber Claims He or She Was Not There at the Time of a Recorded Infringement* filed by PATRICK COLLINS, INC.. (FIORE, CHRISTOPHER) (Entered: 10/18/2011) |
| 10/18/2011 | 15 | RESPONSE in Opposition re 7 MOTION *Plaintiff's Memorandum Explaining That Copyright Violations are not Protected by the First Amendment* filed by PATRICK COLLINS, INC.. (FIORE, CHRISTOPHER) (Entered: 10/18/2011) |
| 10/21/2011 | 16 | ORDER THAT ALL MOVANTS MUST IDENTIFY THEMSELVES BY NAME AND ADDRESS WHEN FILING A PLEADING.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 10/21/2011.10/21/2011 ENTERED AND COPIES E-MAILED.(tomg, ) (Entered: 10/21/2011) |
| 11/07/2011 | 17 | ORDER THAT DEFENDANT JOHN DOE'S MOTION TO FILE MOTION ANONYMOUSLY, SEVER DEFENDANTS FOR IMPROPER JOINDER, STAY THE PROCEEDING BASED ON MISJOINDER, QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER (DOCUMENT NO. 7) IS DENIED. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/7/11.11/8/11 ENTERED AND COPIES E-MAILED.(ky, ) (Entered: 11/08/2011) |
| 12/13/2011 | 18 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Does 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19 And 21 Only(FIORE, CHRISTOPHER) (Entered: 12/13/2011) |

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:11-cv-07252-MSG**

PATRICK COLLINS, INC. v. JOHN DOES 1-18    Date Filed: 11/21/2011
Assigned to: HONORABLE MITCHELL S.    Jury Demand: Plaintiff
GOLDBERG    Nature of Suit: 820 Copyright
Demand: $150,000    Jurisdiction: Federal Question
Cause: 17:101 Copyright Infringement

## Plaintiff

**PATRICK COLLINS, INC.**    represented by  **CHRISTOPHER P. FIORE**
    FIORE & BARBER LLC
    425 MAIN ST STE 200
    HARLEYSVILLE, PA 19438
    215-256-0205
    Email: cfiore@fiorebarber.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

V.

## Defendant

**JOHN DOES 1-18**

## Defendant

**JOHN DOE #13**    represented by  **JOHN J. JACKO , III**
    FELLHEIMER & EICHEN LLP
    TWO LIBERTY PLACE
    50 SOUTH 16TH STREET, 34TH
    FLOOR
    PHILADELPHIA, PA 19102
    215-253-6634
    Fax: 215-751-1744
    Email: john@fellheimer.net
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2011 | 1 | COMPLAINT against JOHN DOES 1-18 ( Filing fee $ 350 receipt number 053554.), filed by PATRICK COLLINS, INC..(mima, ) (Entered: 11/21/2011) |
| 11/21/2011 | | DEMAND for Trial by Jury by PATRICK COLLINS, INC.. (mima, ) (Entered: 11/21/2011) |
| 11/21/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by PATRICK |

|  |  | COLLINS, INC..(mima, ) (Entered: 11/21/2011) |
|---|---|---|
| 11/21/2011 | 3 | Copy of Form to Register of Copyrights. (mima, ) (Entered: 11/21/2011) |
| 12/21/2011 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by PATRICK COLLINS, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 12/21/2011) |
| 01/24/2012 | 5 | ORDER THAT THE PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE (DOC. NO.4) IS GRANTED. SIGNED BY HONORABLE MITCHELL S. GOLDBERG ON 1/24/2012.1/25/2012 ENTERED AND COPIES E-MAILED.(kk, ) (Entered: 01/25/2012) |
| 03/08/2012 | 6 | MOTION to Sever FOR IMPROPOER JOINDER AND TO VACATE THE ORDER GRANTING LEAVE TO SERVE THIRD-PARTY SUBPOENAS *and Quash Subpoena* filed by JOHN DOES 13 .Defendant John Doe 13's Motion to Sever and to Quash Subpoena, MEMORANDUM AND CERTIFICATE OF SERVICE. (Attachments: # 1 Memo of Law, # 2 Exhibit Ex. A, # 3 Exhibit Ex. B, # 4 Exhibit Ex. C, # 5 Exhibit Ex. D, # 6 Exhibit Ex. E, # 7 Exhibit Ex. F, # 8 Exhibit Ex. G., # 9 Exhibit Ex. H, # 10 Exhibit Ex. I, # 11 Exhibit Ex. J, # 12 Text of Proposed Order Proposed Order)(JACKO, JOHN) Modified on 3/13/2012 (afm, ). (Entered: 03/08/2012) |
| 03/20/2012 | 7 | MOTION for Extension of Time to File *to Effectuate Service of Summons and Complaint on Each Doe Defendant* filed by PATRICK COLLINS, INC... (Attachments: # 1 Text of Proposed Order)(FIORE, CHRISTOPHER) (Entered: 03/20/2012) |
| 03/23/2012 | 8 | RESPONSE in Opposition re 6 MOTION to Sever *and Quash Subpoena* filed by PATRICK COLLINS, INC.. (Attachments: # 1 Exhibit A)(FIORE, CHRISTOPHER) (Entered: 03/23/2012) |
| 03/29/2012 | 9 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Doe 5 Only(FIORE, CHRISTOPHER) (Entered: 03/29/2012) |
| 03/30/2012 | 10 | NOTICE by PATRICK COLLINS, INC. *of Filing Supplemental Authority in Support of Joinder* (FIORE, CHRISTOPHER) (Entered: 03/30/2012) |
| 05/04/2012 | 11 | ORDER THAT PLAINTIFF'S "MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANTS WITH SUMMONS AND COMPLAINT" (DOC. NO. 7) IS GRANTED. PLAINTIFF SHALL HAVE UNTIL 5/4/2012 TO EFFECTUATE SERVICE. SIGNED BY HONORABLE MITCHELL S. GOLDBERG ON 5/2/2012. 5/4/2012 ENTERED AND COPIES E-MAILED. (cms) (Entered: 05/04/2012) |

| 05/07/2012 | 12 | Second MOTION for Extension of Time Within Which Plaintiff has to Serve John Doe Defendants with a Summons and Complaint filed by PATRICK COLLINS, INC... (Attachments: # 1 Text of Proposed Order)(FIORE, CHRISTOPHER) (Entered: 05/07/2012) |
| 05/07/2012 | 13 | ORDER THAT THE DEFENDANT JOHN DOE 13'S MOTION TO SEVER DEFENDANTS FOR IMPROPER JOINDER AND TO VACATE THE ORDER GRANTING LEAVE TO SERVE THIRD-PARTY SUBPOENAS AND TO QUASH THE SUBPOENA (DOC. NO.6) IS DENIED. SIGNED BY HONORABLE MITCHELL S. GOLDBERG ON 5/7/2012.5/8/2012 ENTERED AND COPIES E-MAILED.(kk, ) (Entered: 05/08/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-07247-LDD

PATRICK COLLINS, INC. v. JOHN DOES 1-26
Assigned to: HONORABLE LEGROME D. DAVIS
Cause: 17:101 Copyright Infringement

Date Filed: 11/21/2011
Date Terminated: 01/13/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

### Plaintiff

**PATRICK COLLINS, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant
### JOHN DOES 1-26

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2011 | 1 | COMPLAINT against JOHN DOES 1-26 ( Filing fee $ 350 receipt number |

|  |  | PPE053554.), filed by PATRICK COLLINS, INC..(jmv, ) (Entered: 11/21/2011) |
|---|---|---|
| 11/21/2011 |  | DEMAND for Trial by Jury by PATRICK COLLINS, INC.. (jmv, ) (Entered: 11/21/2011) |
| 11/21/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by PATRICK COLLINS, INC.(jmv, ) (Entered: 11/21/2011) |
| 11/21/2011 | 3 | Copy of Form to Register of Copyrights. (jmv, ) (Entered: 11/21/2011) |
| 12/21/2011 | 4 | MOTION Motion to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by PATRICK COLLINS, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 12/21/2011) |
| 12/28/2011 | 5 | *Plaintiff's Explanation for Failure to Serve John Doe Defendants* re 4 MOTION Motion to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by PATRICK COLLINS, INC.. (FIORE, CHRISTOPHER) Modified on 12/29/2011 (nd, ). (Entered: 12/28/2011) |
| 12/30/2011 | 6 | MEMORANDUM AND ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26 (f) CONFERENCE IS DENIED; ETC.. SIGNED BY HONORABLE LEGROME D. DAVIS ON 12/30/11. 12/30/11 ENTERED AND E-MAILED.(jl, ) (Entered: 12/30/2011) |
| 01/13/2012 | 7 | NOTICE of Voluntary Dismissal by PATRICK COLLINS, INC. As To Plaintiff's Notice of Voluntary Dismissal Without Prejudice of All John Doe Defendants(FIORE, CHRISTOPHER) (Entered: 01/13/2012) |
| 01/18/2012 | 8 | ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO LOCAL RULE 41.1(b). SIGNED BY HONORABLE LEGROME D. DAVIS ON 1/18/2012. 1/18/2012 ENTERED AND COPIES E-MAILED. (miah,) (Entered: 01/18/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-02089-AB

PATRICK COLLINS, INC. v. JOHN DOES 1-8  
Assigned to: HONORABLE ANITA B. BRODY  
Cause: 17:101 Copyright Infringement

Date Filed: 04/19/2012  
Jury Demand: None  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

## Plaintiff

**PATRICK COLLINS, INC.**            represented by **CHRISTOPHER P. FIORE**
                                                    FIORE & BARBER LLC
                                                    425 MAIN ST STE 200
                                                    HARLEYSVILLE, PA 19438
                                                    215-256-0205
                                                    Email: cfiore@fiorebarber.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOES 1-8**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2012 | 1 | COMPLAINT against JOHN DOES 1-8 ( Filing fee $ 350 receipt number 061599.), filed by PATRICK COLLINS, INC..(ks, ) . (Entered: 04/20/2012) |
| 04/19/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by PATRICK COLLINS, INC..(ks, ) (Entered: 04/20/2012) |
| 04/19/2012 | 3 | Copy of Form to Register of Copyrights. (ks, ) (Entered: 04/20/2012) |
| 04/24/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to Rule 26(f) Conference filed by PATRICK COLLINS, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 04/24/2012) |
| 04/24/2012 | 5 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by PATRICK COLLINS, INC..Order and Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 04/24/2012) |
| 05/02/2012 | 6 | ORDER ON MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE. SIGNED BY HONORABLE ANITA B. BRODY ON 4/30/2012.5/3/2012 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 05/03/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:12-cv-02079-PD

PATRICK COLLINS, INC. v. JOHN DOES 1-11            Date Filed: 04/19/2012
Assigned to: HONORABLE PAUL S. DIAMOND            Jury Demand: None

Demand: $150,000
Cause: 17:101 Copyright Infringement

Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**PATRICK COLLINS, INC.**                represented by **CHRISTOPHER P. FIORE**
                                         FIORE & BARBER LLC
                                         425 MAIN ST STE 200
                                         HARLEYSVILLE, PA 19438
                                         215-256-0205
                                         Email: cfiore@fiorebarber.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOES 1-11**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2012 | 1 | COMPLAINT against JOHN DOES 1-11 ( Filing fee $ 350 receipt number 061599.), filed by PATRICK COLLINS, INC..(ks, ) (Entered: 04/20/2012) |
| 04/19/2012 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by PATRICK COLLINS, INC..(ks, ) (Entered: 04/20/2012) |
| 04/19/2012 | 3 | Copy of Form to Register of Copyrights. (ks, ) (Entered: 04/20/2012) |
| 04/24/2012 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by PATRICK COLLINS, INC..Order and Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 04/24/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-07251-RK

THIRD DEGREE FILMS v. JOHN DOES 1-39
Assigned to: HONORABLE ROBERT F. KELLY
Demand: $150,000
Cause: 17:101 Copyright Infringement

Date Filed: 11/21/2011
Date Terminated: 03/20/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**THIRD DEGREE FILMS**                 represented by **CHRISTOPHER P. FIORE**
                                       FIORE & BARBER LLC
                                       425 MAIN ST STE 200
                                       HARLEYSVILLE, PA 19438
                                       215-256-0205
                                       Email: cfiore@fiorebarber.com
                                       *LEAD ATTORNEY*
                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOES 1-39**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2011 | 1 | COMPLAINT against JOHN DOES 1-39 ( Filing fee $ 350 receipt number 053554.), filed by THIRD DEGREE FILMS.(mima, ) (Entered: 11/21/2011) |
| 11/21/2011 |  | DEMAND for Trial by Jury by THIRD DEGREE FILMS. (mima, ) (Entered: 11/21/2011) |
| 11/21/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by THIRD DEGREE FILMS.(mima, ) (Entered: 11/21/2011) |
| 11/21/2011 | 3 | Copy of Form to Register of Copyrights. (mima, ) (Entered: 11/21/2011) |
| 12/21/2011 | 4 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by THIRD DEGREE FILMS.Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 12/21/2011) |
| 12/21/2011 | 5 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by THIRD DEGREE FILMS.Order Memorandum.(FIORE, CHRISTOPHER) (DUPLICATE FILING OF DOCUMENT #4) Modified on 12/22/2011 (nd). (Entered: 12/21/2011) |
| 01/19/2012 | 6 | ORDER ON MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS TO A RULE 26(f) CONFERENCE AS OUTLINED HEREIN.. SIGNED BY HONORABLE ROBERT F. KELLY ON 1/19/12. 1/19/12 ENTERED AND COPIES EMAILED.(rf, ) (Entered: 01/19/2012) |
| 03/20/2012 | 7 | NOTICE of Voluntary Dismissal by THIRD DEGREE FILMS As To Plaintiff's Notice of Voluntary Dismissal Without Prejudice of All John Does Defendants(FIORE, CHRISTOPHER) (Entered: 03/20/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-05058-RK

K-BEECH, INC. v. JOHN DOES 1-36
Assigned to: HONORABLE ROBERT F. KELLY
related Case: 2:11-cv-07095-RK
Cause: 17:101 Copyright Infringement

Date Filed: 08/08/2011
Date Terminated: 12/06/2011
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**                    represented by **CHRISTOPHER P. FIORE**
                                     FIORE & BARBER LLC
                                     425 MAIN ST STE 200
                                     HARLEYSVILLE, PA 19438
                                     215-256-0205
                                     Email: cfiore@fiorebarber.com
                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOES 1-36**
*TERMINATED: 10/21/2011*

**Defendant**

**JOHN DOE 1**

V.

**Movant**

**JOHN DOE 18**                      represented by **JOHN DOE 18**
*TERMINATED: 10/04/2011*                             NO MAIL ADDRESS PROVIDED
                                                     PRO SE

                                                     **DAVID S. DESSEN**
                                                     DESSEN MOSES & ROSSITTO
                                                     600 EASTON ROAD
                                                     WILLOW GROVE, PA 19090
                                                     215-658-1400
                                                     Email: ddessen@dms-lawyer.com
                                                     *TERMINATED: 10/04/2011*
                                                     *LEAD ATTORNEY*

**Movant**

**JOHN DOE (SEE PAPER #12)**
*TERMINATED. 10/21/2011*

represented by **JOHN DOE (SEE PAPER #12)**
NO MAIL ADDRESS PROVIDED
PRO SE

**Movant**

**JOHN DOE, 14**
*TERMINATED: 10/21/2011*

represented by **ARNOLD R. SILVERSTEIN**
1700 SANSOM STREET
SUITE 400
PHILA, PA 19103
215-569-3909
Email: arnold.silverstein@verizon.net
*TERMINATED: 10/21/2011*

**Movant**

**JOHN DOE (SEE DOC. #15)**
*TERMINATED: 10/21/2011*

represented by **JOHN DOE (SEE DOC. #15)**
NO ADDRESS GIVEN
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2011 | 1 | COMPLAINT against JOHN DOES 1-36 ( Filing fee $ 350 receipt number 047638.), filed by K-BEECH, INC..(rt) (Entered: 08/08/2011) |
| 08/08/2011 |  | DEMAND for Trial by Jury by K-BEECH, INC.. (rt) (Entered: 08/08/2011) |
| 08/08/2011 | 2 | Copy of Form to Register of Copyrights. (rt) (Entered: 08/09/2011) |
| 08/10/2011 | 3 | NOTICE by K-BEECH, INC. *of Filing Rule 7.1 Disclosure Statement* (FIORE, CHRISTOPHER) (Entered: 08/10/2011) |
| 08/10/2011 | 4 | First MOTION for Leave to File *to Serve Third Party Subpoenas Prior to A Rule 26(f) Conference* filed by K-BEECH, INC..Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 08/10/2011) |
| 08/10/2011 |  | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC.. (SEE PAPER #3 FOR ATTACHMENT) (nd, ) (Entered: 08/12/2011) |
| 08/12/2011 | 5 | ORDER THAT PLFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS (DOC #4) WITH COURT APPROVAL. ( SIGNED BY HONORABLE ROBERT F. KELLY ON 8/12/11. ) 8/15/11 ENTERED AND COPIES E-MAILED.(gn, ) (Entered: 08/15/2011) |
| 09/19/2011 | 6 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To With Prejudice of Doe 21 Only(FIORE, CHRISTOPHER) (Entered: 09/19/2011) |

49

| 09/27/2011 | 7 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To With Prejudice of Doe 24 Only(FIORE, CHRISTOPHER) (Entered: 09/27/2011) |
|---|---|---|
| 09/28/2011 | 8 | NOTICE of Appearance by DAVID S. DESSEN on behalf of JOHN DOE 18 with Certificate of Service(DESSEN, DAVID) (Entered: 09/28/2011) |
| 09/28/2011 | 9 | MOTION to Sever filed by JOHN DOE 18.Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(DESSEN, DAVID) (Entered: 09/28/2011) |
| 09/28/2011 | 10 | Amended MOTION to Sever *to include previously omitted Memorandum of Law* filed by JOHN DOE 18.Memorandum of Law and Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(DESSEN, DAVID) (Entered: 09/28/2011) |
| 09/28/2011 | 11 | MOTION to Quash *Subpoena* filed by JOHN DOE 18.Memorandum of Law and Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B)(DESSEN, DAVID) (Entered: 09/28/2011) |
| 09/30/2011 | 12 | MOTION to Quash filed by JOHN DOE (SEE PAPER #12).CERTIFICATE OF SERVICE..(kk, ) Modified on 10/24/2011 (td, ). (Entered: 09/30/2011) |
| 10/03/2011 | 13 | First MOTION to Quash *Subpoena By Plaintiff K-Beech, Inc. upon Non-Party Comcast* filed by JOHN DOE 14, Brief. (Attachments: # 1 Exhibit Exhibit A)(SILVERSTEIN, ARNOLD) Modified on 10/4/2011 (nd). (Entered: 10/03/2011) |
| 10/04/2011 | 14 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Notice of Voluntary Dismissal Without Prejudice of Doe 18 Only(FIORE, CHRISTOPHER) (Entered: 10/04/2011) |
| 10/04/2011 | 15 | MOTION TO QUASH OR MODIFY SUBPOENA AND MOTION TO DISMISS, FILED BY MOVANT JOHN DOE (SEE DOC. #15), CERTIFICATE OF SERVICE.(gn, ) (Entered: 10/05/2011) |
| 10/07/2011 | 16 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To With Prejudice of Doe 22 Only(FIORE, CHRISTOPHER) (Entered: 10/07/2011) |
| 10/07/2011 | 17 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To With Prejudice of Docs 17 and 32 Only(FIORE, CHRISTOPHER) (Entered: 10/07/2011) |
| 10/13/2011 | 18 | First MOTION Motion for the Entry of an Order Requireing Movants to Identify Themselves filed by K-BEECH, INC..Proposed Order and Certificate of Service.(FIORE, CHRISTOPHER) (Entered: 10/13/2011) |
| 10/13/2011 | 19 | Memorandum In Support of re 11 MOTION to Quash *Subpoena*, 12 |

| | | MOTION to Quash, 13 First MOTION to Quash *Subpoena By Plaintiff K-Beech, Inc. upon Non-Party Comcast*, 15 MOTION to Dismiss MOTION to Modify MOTION to Quash *Plaitiff's Memorandum Explaining Why Discovery is Proper Even When a Subscriber Claims He or She was not There at the Time of a Recorded Infringement* filed by K-BEECH, INC. Certificate of Service.(FIORE, CHRISTOPHER) Modified on 10/14/2011 (ahf, ). (Entered: 10/13/2011) |
|---|---|---|
| 10/13/2011 | 20 | Memorandum re 11 MOTION to Quash *Subpoena*, 12 MOTION to Quash, 13 First MOTION to Quash *Subpoena By Plaintiff K-Beech, Inc. upon Non-Party Comcast*, 15 MOTION to Dismiss MOTION to Modify MOTION to Quash *Memo Explaining That Copyright Violations Are Not Protected By The First Amendment* filed by K-BEECH, INC. Certificate of Service. (FIORE, CHRISTOPHER) Modified on 10/14/2011 (ahf, ). (Entered: 10/13/2011) |
| 10/13/2011 | 21 | NOTICE by K-BEECH, INC. of FIling Declaration of Christopher P. Certificate of Service. (FIORE, CHRISTOPHER) Modified on 10/14/2011 (ahf, ). (Entered: 10/13/2011) |
| 10/13/2011 | 22 | RESPONSE in Opposition re 11 MOTION to Quash *Subpoena*, 12 MOTION to Quash, 13 First MOTION to Quash *Subpoena By Plaintiff K-Beech, Inc. upon Non-Party Comcast*, 15 MOTION to Dismiss MOTION to Modify MOTION to Quash *Declaration In Opposition to Motion to Quash or Modify Subpoena* filed by K-BEECH, INC. Certificate of Service. (FIORE, CHRISTOPHER) Modified on 10/14/2011 (ahf, ). (Entered: 10/13/2011) |
| 10/13/2011 | 23 | RESPONSE in Opposition re 10 Amended MOTION to Sever *to include previously omitted Memorandum of Law Plaintiff's Memoramdum In Support of Joinder and in Opposition to Motions to Sever* filed by K-BEECH, INC. Certificate of Service. (FIORE, CHRISTOPHER) Modified on 10/14/2011 (ahf, ). (Entered: 10/13/2011) |
| 10/14/2011 | 24 | RESPONSE in Opposition re 12 MOTION to Quash *Response in Opposition to Putative John Doe's (DKT #12) Motion to Quash or Modify Subpoena* filed by K-BEECH, INC.. (FIORE, CHRISTOPHER) (Entered: 10/14/2011) |
| 10/17/2011 | 25 | Memorandum in Opposition re 13 First MOTION to Quash *Subpoena By Plaintiff K-Beech, Inc. upon Non-Party Comcast Memorandum in Opposition to Defendant.Doe.#14's [DKT #13] to Quash Subpoena Upon Non-Party Comcast* filed by K-BEECH, INC., Certificate of service. (FIORE, CHRISTOPHER) Modified on 10/18/2011 (nd). (Entered: 10/17/2011) |
| 10/18/2011 | 26 | RESPONSE in Opposition re 15 MOTION to Dismiss MOTION to Modify MOTION to Quash *Memorandum in Opposition to Putative John Doe's* |

| | | *[DKT #15] Motion to Quash or Modify Subpoena and Motion to Dismiss* filed by K-BEECH, INC.. (FIORE, CHRISTOPHER) (Entered: 10/18/2011) |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 10/18/2011 | 27 | RESPONSE in Opposition re 15 MOTION to Dismiss MOTION to Modify MOTION to Quash *Response to Putative John Doe's [DKT #15] Motion to Quash or Modify Subpoena and Motion to Dismiss* filed by K-BEECH, INC.. (FIORE, CHRISTOPHER) (Entered: 10/18/2011) |
| 10/19/2011 | 28 | ADDENDUM TO MOTION TO QUASH OR MODIFY SUBPOENA AND MOTION TO DISMISS,FILED BY JOHN DOE (SEE DOC. #15), CERTIFICATE OF SERVICE..(gn, ) (Entered: 10/19/2011) |
| 10/21/2011 | 29 | ORDER THAT DEFTS' MOTION TO SEVER (DOC #9), AMENDED MOTION TO SEVER (DOC #10) AND MOTION TO QUASH SUBPOENA (DOC #11) ARE DENIED AS MOOT. ( SIGNED BY HONORABLE ROBERT F. KELLY ON 10/21/11. ) 10/21/11 ENTERED AND COPIES E-MAILED.(gn, ) (Entered: 10/21/2011) |
| 10/21/2011 | 30 | ORDER THAT ALL DEFTS EXCEPT JOHN DOE 1 ARE SEVERED FROM THIS ACTION & DISMISSED WITHOUT PREJUDICE. THE MOTION (DOC #12) IS GRANTED. ALL OHTER PENDING MOTIONS TO QUASH IN THIS CASE (DOC #12, 13 AND 15) ARE DENIED AS MOOT. K-BEECH'S MOTION FOR AN ENTRY OF AN ORDER REQUIRING MOVANTS TO IDENTIFY THEMSELVES (DOC #18) IS DENIED AS MOOT. K-BEECH SHALL SERVE A COPY OF THIS ORDER ON EVERY DEFT FOR WHOM IT HAS OBTAINED AN ADDRESS, ETC. K-BEECH SHALL HAVE UNTIL 11/4/11 TO FILE AN AMENDED COMPLAINT AGAINST DEFT JOHN DOE 1, IF IT WISHES TO PROCEED WITH ITS CLAIMS AGAINST THIS DEFT. ( SIGNED BY HONORABLE ROBERT F. KELLY ON 10/21/11. )10/21/11 ENTERED AND COPIES E-MAILED(gn, ) (Entered: 10/21/2011) |
| 11/04/2011 | 31 | Declaration *of Compliance by Christopher P. Fiore* by K-BEECH, INC.. (FIORE, CHRISTOPHER) (Entered: 11/04/2011) |
| 12/06/2011 | 32 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Notice of Voluntary Dismissal of Doe #1 Without Prejudice(FIORE, CHRISTOPHER) (Entered: 12/06/2011) |

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:11-cv-07095-RK**

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE ROBERT F. KELLY
related Case: 2:11-cv-05058-RK
Cause: 17:101 Copyright Infringement

Date Filed: 11/14/2011
Date Terminated: 03/13/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

## Plaintiff

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

## JOHN DOE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 053144.), filed by K-BEECH, INC.. (Attachments: # 1 Civil Cover Sheet)(jwl, ) (Entered: 11/15/2011) |
| 11/14/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(jwl, ) (Entered: 11/15/2011) |
| 11/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (jwl, ) (Entered: 11/15/2011) |
| 03/13/2012 | 3 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 03/13/2012) |

## United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:11-cv-05060-BMS

53

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
other Case: 2:11-cv-06428-BMS
related Cases: 2:11-cv-06435-BMS
     2:11-cv-06431-BMS
     5:11-cv-06432-BMS
     5:11-cv-06437-BMS
     2:11-cv-06430-BMS
     2:11-cv-06427-BMS
     2:11-cv-06429-BMS
     2:11-cv-07089-BMS
     2:11-cv-07090-BMS
     2:11-cv-06619-BMS
     2:11-cv-06620-BMS
     2:11-cv-06670-BMS
     2:11-cv-07080-BMS
     2:11-cv-06623-BMS
     2:11-cv-06624-BMS
     2:11-cv-06621-BMS
     2:11-cv-06425-BMS
     2:11-cv-06622-BMS
     2:11-cv-06434-BMS
     5:11-cv-06433-BMS
     2:11-cv-06426-BMS
     2:11-cv-07085-BMS
     2:11-cv-07081-BMS
     2:11-cv-07082-BMS
     2:11-cv-07086-BMS
     2:11-cv-07088-BMS
     2:11-cv-07077-BMS
     2:11-cv-07087-BMS
     2:11-cv-07079-BMS
     2:11-cv-07083-BMS
     2:11-cv-07084-BMS
     2:11-cv-07078-BMS
     2:11-cv-06436-BMS
     2:11-cv-06625-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 08/08/2011
Date Terminated: 12/06/2011
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**        represented by **CHRISTOPHER P. FIORE**
                   FIORE & BARBER LLC

425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOES 1-78**
*TERMINATED: 10/03/2011*

**Defendant**

**JOHN DOE 1**
*TERMINATED: 10/17/2011*

**Defendant**

**JOHN DOE**

V.

**Movant**

| | |
|---|---|
| **JOHN DOE**<br>**(PAJOHNDOE178@YAHOO.COM)**<br>*TERMINATED: 10/03/2011* | represented by **JOHN DOE**<br>**(PAJOHNDOE178@YAHOO.COM)**<br>NO MAIL ADDRESS PROVIDED<br>PRO SE |

**Movant**

| | |
|---|---|
| **JOHN DOE 20**<br>*TERMINATED: 10/03/2011* | represented by **JOHN DOE 20**<br>NO MAIL ADDRESS PROVIDED<br>PRO SE |

**Movant**

| | |
|---|---|
| **JOHN DOE 7**<br>*JD0101JD@gmail.com*<br>*TERMINATED: 10/03/2011* | represented by **JOHN DOE 7**<br>PRO SE |

**Movant**

| | |
|---|---|
| **JOHN DOE 39**<br>*TERMINATED: 10/03/2011* | represented by **JOHN DOE 39**<br>NO MAIL ADDRESS PROVIDED<br>PRO SE |

**Movant**

**JOHN DOE (SEE PAPER NO. 7)**          represented by **JOHN DOE (SEE PAPER NO. 7)**

*TERMINATED: 10/03/2011*                          NO MAIL ADDRESS PROVIDED
                                                  PRO SE

**Movant**

**JOHN DOE (IP ADDRESS**           represented by **JOHN DOE (IP ADDRESS**
**98.114.99.6)**                                  **98.114.99.6)**
*TERMINATED: 10/03/2011*                          PRO SE

**Movant**

**JOHN DOE #48**                   represented by **JOHN DOE #48**
*TERMINATED: 10/17/2011*                          MAILING ADDRESS NOT
                                                  PROVIDED
                                                  PRO SE

**Movant**

**JOHN DOE (SEE PAPER NO. 18)**    represented by **JOHN DOE (SEE PAPER NO. 18)**
*TERMINATED: 10/17/2011*                          MAILING ADDRESS NOT
                                                  PROVIDED
                                                  PRO SE

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 08/08/2011 | 1 | COMPLAINT against JOHN DOES 1-78 ( Filing fee $ 350 receipt number 047640.), filed by K-BEECH, INC..(rt) (Entered: 08/09/2011) |
| 08/08/2011 |   | DEMAND for Trial by Jury by K-BEECH, INC.. (rt) (Entered: 08/09/2011) |
| 08/08/2011 | 2 | Copy of Form to Register of Copyrights (rt) (Entered: 08/09/2011) |
| 08/10/2011 | 3 | NOTICE by K-BEECH, INC. *of filing Rule 7.1 Disclosure Statement* (FIORE, CHRISTOPHER) (Entered: 08/10/2011) |
| 08/10/2011 | 4 | First MOTION for Leave to File *to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference* filed by K-BEECH, INC..Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 08/10/2011) |
| 08/11/2011 | 5 | ORDER. RE: MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS PRIOR TO A RULE 26(F) CONFERENCE. SIGNED BY HONORABLE BERLE M. SCHILLER ON 8/11/11.8/11/11 ENTERED AND COPIES E-MAILED.(fdc) (Entered: 08/11/2011) |
| 09/09/2011 | 6 | JOHN DOE(PAJOHNDOE178@YAHOO.COM) MOTION TO QUASH OR MODIFY SUBPOENA, CERTIFICATE OF SERVICE.(fdc) Modified on 9/30/2011 (td, ). (Entered: 09/09/2011) |
| 09/23/2011 | 7 | JOHN DOE (SEE PAPER NO. 7) MOTION TO QUASH OR MODIFY |

| | | SUBPOENA AND TO DISMISS, CERTIFICATE OF SERVICE. (fdc) Modified on 10/3/2011 (td, ). (Entered: 09/23/2011) |
|---|---|---|
| 09/23/2011 | 8 | JOHN DOE 20'S MOTION TO QUASH OR MODIFY SUBPOENA, CERTIFICATE OF SERVICE.(fdc) (Entered: 09/23/2011) |
| 09/27/2011 | 9 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To With Prejudice of Doc 46 Only(FIORE, CHRISTOPHER) (Entered: 09/27/2011) |
| 09/28/2011 | 10 | JOHN DOE #7'S MOTION TO QUASH OR VACATE THE SUBPOENA, CERTIFICATE OF SERVICE. (fdc) (Entered: 09/28/2011) |
| 09/30/2011 | 11 | JOHN DOE 39'S MOTION TO QUASH, MODIFY, OR VACATE THE SUBPOENA, CERTIFICATE OF SERVICE.(fdc) (Entered: 09/30/2011) |
| 10/03/2011 | 12 | MOTION TO DISMISS AND, IN THE ALTERNATIVE, TO ISSUE A PROTECTIVE ORDER AND MOTION FOR LEAVE TO PROCEED ANONYMOUSLY, FILED BY Dismiss JOHN DOE (IP ADDRESS 98.114.99.6), CERTIFICATE OF SERVICE.(fdc) (Entered: 10/03/2011) |
| 10/03/2011 | 13 | ORDER THAT ALL DEFENDANTS EXCEPT JOHN DOE 1 ARE SEVERED FROM THIS ACTION AND DISMISSED WITHOUT PREJUDICE. THE MOTION (DOC. #6) IS GRANTED. ALL SUBPOENAS SEEKING DISCOVERY REGARDING ALL DEFENDANTS EXCEPT JOHN DOE 1 ARE QUASHED. THE OTHER PENDING MOTIONS TO QUASH IN THIS CASE ARE DENIED AS MOOT. BY 10/14/11, PLAINTIFF SHALL SERVE A COPY OF THIS ORDER ON EVERY DEFENDANT FOR WHOM IT HAS OBTAINED AN ADDRESS AND THE INTERNET SERVICE PROVIDERS ON WHOM THIRD-PARTY SUBPOENAS HAVE BEEN SERVED. BY 10/28/11, PLAINTIFF'S COUNSEL SHALL FILE A DECLARATION ATTESTING THAT PLAINTIFF HAS COMPLIED WITH THIS PROVISION. PLAINTIFF SHALL HAVE UNTIL 10/14/11 TO FILE AN AMENDED COMPLAINT AGAINST JOHN DOE 1, IF IT WISHES TO PROCEED WITH ITS CLAIM AGAINST THIS DEFENDANT. SIGNED BY HONORABLE BERLE M. SCHILLER ON 10/3/11. 10/4/11 ENTERED AND COPIES MAILED TO PRO SE PARTIES, E-MAILED.(fdc) (Entered: 10/04/2011) |
| 10/03/2011 | | Set/Reset Scheduling Order Deadlines: AMENDED PLEADINGS DUE BY 10/14/2011. (fdc, ) (Entered: 10/04/2011) |
| 10/04/2011 | 14 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Notice of Voluntary Dismissal Without Prejudice of Does 1, 20 and 30 Only(FIORE, CHRISTOPHER) (Entered: 10/04/2011) |
| 10/05/2011 | 15 | NOTICE by K-BEECH, INC. *of Plaintiff's Intention to Sue Each of the 77 Severed Defendants Individually* (FIORE, CHRISTOPHER) (Entered: 10/05/2011) |

| 10/05/2011 | 16 | ORDER THAT JOHN DOE'S MOTION TO DISMISS AND, IN THE ALTERNATIVE, TO ISSUE A PROTECTIVE ORDER AND MOTION FOR LEAVE TO PROCEED ANONYMOUSLY IS DENIED AS MOOT BECAUSE, BY PRIOR ORDER OF THIS COURT, THE MOVANT HAS BEEN SEVERED FROM THIS ACTION AND THE SUBPOENA SEEKING HIS NAME AND CONTACT INFORMATION HAS BEEN QUASHED. SIGNED BY HONORABLE BERLE M. SCHILLER ON 10/5/11. 10/5/11 ENTERED AND COPIES E-MAILED.(fdc) (Entered: 10/05/2011) |
|---|---|---|
| 10/07/2011 | 17 | JOHN DOE #48'S MOTION TO QUASH, MODIFY OR VACATE SUBPOENA, CERTIFICATE OF SERVICE.(fdc) (Entered: 10/07/2011) |
| 10/07/2011 | 19 | ORDER THAT JOHN DOE 48'S MOTION TO QUASH, MODIFY OR VACATE SUBPOENA IS DENIED AS MOOT BECAUSE, BY PRIOR ORDER OF THIS COURT, THE MOVANT HAS BEEN SERVERED FROM THIS ACTION AND SUBPOENA SEEKING HIS NAME AND CONTACT INFORMATION HAS BEEN QUASHED. SIGNED BY HONORABLE BERLE M. SCHILLER ON 10/7/2011.10/11/2011 ENTERED AND COPIES E-MAILED.(lbs, ) (Entered: 10/11/2011) |
| 10/08/2011 | 18 | MOTION TO QUASH OR MODIFY SUBPOENA together with Certificate of Service filed by JOHN DOE (SEE PAPER NO. 18).(ti, ) (Entered: 10/11/2011) |
| 10/13/2011 | 20 | ORDER THAT JOHN DOE'S MOTION TO QUASH OR MODIFY THE SUBPOENA (DOCUMENT NO.18)IS DENIED AS MOOT BECAUSE, BY PRIOR ORDER OF THIS COURT, THE MOVANT HAS BEEN SEVERED FROM THIS ACTION AND THE SUBPOENA SEEKING HIS NAME AND CONTACT INFORMATION HAS BEEN QUASHED. SIGNED BY HONORABLE BERLE M. SCHILLER ON 10/12/11. 10/13/11 ENTERED AND COPIES E-MAILED.(fdc) (Entered: 10/13/2011) |
| 10/14/2011 | | Mail Returned as Undeliverable. Mail sent to John Doe (IP Address 98.114.99.6). (fdc) (Entered: 10/14/2011) |
| 10/17/2011 | 21 | AMENDED COMPLAINT against JOHN DOE, filed by K-BEECH, INC., jury demand.(fdc) (Entered: 10/17/2011) |
| 10/17/2011 | 22 | RULE TO SHOW CAUSE ORDER. PLAINTIFF K-BEECH, INC. SHALL SHOW CAUSE WHY THIS CASE IS RELATED TO THE FOLLOWING CASES: K-BEECH, INC. V. PERIDIER, 11-CV-6435; K-BEECH, INC. V. LAW, 11-CV-6431; K-BEECH, INC. V. DOE, 11-CV-6427; K-BEECH, INC. V. VANDERHORST, 11-CV-6432; K-BEECH, INC. V. STASTNY, 11-CV-6437; K-BEECH, INC. V. FITZPATRICK, 11-CV-6429; K-BEECH, INC. V. FOSTER, 11-CV-6430; K-BEECH, INC. V. BLAZKO, 11-CV-6436; K-BEECH, INC. V. DOE, 11-CV-6426; |

| | | |
|---|---|---|
| | | K-BEECH, INC. V. FRANCESCHINI, 11-CV-6434; K-BEECH, INC. V. DOE, 11-CV-6425; AND K-BEECH, INC. V. GRISAFI, 11-CV-6433. PLAINTIFF SHALL FURTHER SHOW CAUSE WHY THE COURT SHOULD NOT APPOINT A MEDIATOR, PAID FOR BY PLAINTIFF, FOR CONFERENCE AND SETTLEMENT OF THE AFOREMENTIONED CASES PRIOR TO TRIAL. COUNSEL SHALL FILE APPROPRIATE PAPERS NO LATER THAN 10/28/11. SIGNED BY HONORABLE BERLE M. SCHILLER ON 10/17/11. 10/17/11 ENTERED AND COPIES E-MAILED.(fdc) (Entered: 10/17/2011) |
| 10/28/2011 | 23 | Response *to Show Cause Order* by K-BEECH, INC.. (Attachments: # 1 Exhibit A) (FIORE, CHRISTOPHER) (Entered: 10/28/2011) |
| 10/28/2011 | 24 | Declaration re 13 Order on Motion to Quash,, Order on Motion to Modify, Order on Motion to Dismiss,,,, Order on Motion to Vacate,,,,,,,,,,,,,,,,,,,,,,,,,,,,, *Declaration of Compliance* by K-BEECH, INC.. (FIORE, CHRISTOPHER) (Entered: 10/28/2011) |
| 12/06/2011 | 25 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Notice of Voluntary Dismissal Without Prejudice of Doe #1(FIORE, CHRISTOPHER) (Entered: 12/06/2011) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06428-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
other Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/14/2011
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

## Plaintiff

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 051339.), filed by K-BEECH, INC.. (Attachments: # 1 Civil Cover Sheet)(jwl, ) (Entered: 10/14/2011) |
| 10/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (jwl, ) (Entered: 10/14/2011) |
| 01/27/2012 | 2 | MOTION Motino for Leave to Servce Third Party Subpoenas Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 01/27/2012) |
| 01/27/2012 | 3 | NOTICE by K-BEECH, INC. *Notice of Fiuling Rule 7.1 Disclosure Statement* (FIORE, CHRISTOPHER) (Entered: 01/27/2012) |
| 01/27/2012 | | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECII, INC.. (SEE PAPER #3 FOR ATTACHMENT) (nd, ) (Entered: 01/30/2012) |
| 01/30/2012 | 4 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE (DOC. #2) IS GRANTED AS OUTLINED HEREIN. SIGNED BY HONORABLE BERLE M. SCHILLER ON 1/30/2012;1/30/2012 ENTERED AND COPIES E-MAILED.(tomg, ) (Entered: 01/30/2012) |
| 02/29/2012 | 5 | MOTION TO QUASH OR MODIFY SUBPOENA AND MOTION TO DISMISS, FILED BY PLFF JOHN DOE, CERTIFICATE OF SERVICE.(gn, ) (Additional attachment(s) added on 3/1/2012: # 1 motion) (gn, ). (Entered: 02/29/2012) |
| 03/01/2012 | 6 | ORDER THAT DEFT JOHN DOE'S MOTION TO QUASH OR TO MODIFY SUBPOENA AND MOTION TO DISMISS (DOC #5) IS DENIED. ( SIGNED BY HONORABLE BERLE M. SCHILLER ON 3/1/12. ) 3/1/12 ENTERED AND COPIES E-MAILED.(gn, ) (Entered: 03/01/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06435-BMS

K-BEECH, INC. v. PERIDIER                            Date Filed: 10/14/2011

Assigned to: HONORABLE BERLE M. SCHILLER
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Terminated: 02/13/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

## Plaintiff

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant
## CARL PERIDIER

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2011 | 1 | COMPLAINT against CARL PERIDIER ( Filing fee $ 350 receipt number 051327.), filed by K-BEECH, INC.. (Attachments: # 1 Civil Cover Sheet)(jwl, ) (Entered: 10/14/2011) |
| 10/14/2011 | | Summons Issued as to CARL PERIDIER. One Forwarded To: Counsel on 10/14/11 (jwl, ) (Entered: 10/14/2011) |
| 10/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (jwl, ) (Entered: 10/14/2011) |
| 02/13/2012 | 2 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 02/13/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06431-BMS

K-BEECH, INC. v. LAW
Assigned to: HONORABLE BERLE M. SCHILLER

Date Filed: 10/14/2011
Date Terminated: 01/19/2012

Demand: $150,000
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

### Plaintiff

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

### DEREK LAW

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2011 | 1 | COMPLAINT against DEREK LAW ( Filing fee $ 350 receipt number 051333.), filed by K-BEECH, INC..(mima, ) (Entered: 10/14/2011) |
| 10/14/2011 | | Summons Issued as to DEREK LAW. One Forwarded To: Counsel on October 14, 2011 (mima, ) (Entered: 10/14/2011) |
| 10/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (mima, ) (Entered: 10/14/2011) |
| 01/19/2012 | 2 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiffs Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 01/19/2012) |

## United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:11-cv-06432-BMS

K-BEECH, INC. v. VANDERHORST
Assigned to: HONORABLE BERLE M. SCHILLER

Date Filed: 10/14/2011
Jury Demand: Plaintiff

Demand: $150,000
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PATRICK COLLINS, INC.**

represented by **CHRISTOPHER P. FIORE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CESAR VANDERHORST**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2011 | 1 | COMPLAINT against CESAR VANDERHORST ( Filing fee $ 350 receipt number 051331.), filed by K-BEECH, INC..(mima, ) (Entered: 10/14/2011) |
| 10/14/2011 | | Summons Issued as to CESAR VANDERHORST. One Forwarded To: Counsel on October 14, 2011 (mima, ) (Entered: 10/14/2011) |
| 10/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (mima, ) (Entered: 10/14/2011) |
| 02/13/2012 | 2 | MOTION Plaintiff's Motion for Extension of Time to Serve Defendant With a Summons and Complaint filed by K-BEECH, INC..Order and Certificate of Service.(FIORE, CHRISTOPHER) (Entered: 02/13/2012) |
| 02/14/2012 | 3 | AMENDED COMPLAINT against CESAR VANDERHORST, filed by K-BEECH, INC., PATRICK COLLINS, INC.EXHIBITS, JURY TRIAL DEMANDED(kk, ) (Entered: 02/14/2012) |
| 02/14/2012 | | 1Summons Issued as to CESAR VANDERHORST. Forwarded To: PLAINTIFF COUNSEL on 2/14/2012 (kk, ) (Entered: 02/14/2012) |

| | | |
|---|---|---|
| 02/15/2012 | 4 | ORDER THAT THE PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT IS GRANTED. PLAINTIFF SHALL HAVE UP TO AND INCLUDING 2/20/2012, TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT. SIGNED BY HONORABLE BERLE M. SCHILLER ON 2/13/2012.2/15/2012 ENTERED AND COPIES MAILED TO UNREP, E-MAILED.(kk, ) (Entered: 02/15/2012) |

## United States District Court
## Eastern District of Pennsylvania (Allentown)
## CIVIL DOCKET FOR CASE #: 5:11-cv-06437-BMS

K-BEECH, INC. v. STASTNY
Assigned to: HONORABLE BERLE M. SCHILLER
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/14/2011
Date Terminated: 01/19/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

## Plaintiff

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant
## SCOTT STASTNY

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2011 | 1 | COMPLAINT against SCOTT STASTNY ( Filing fee $ 350 receipt number 051324.), filed by K-BEECH, INC..(rt) (Entered: 10/14/2011) |
| 10/14/2011 | | Summons Issued as to SCOTT STASTNY. One Forwarded To: Counsel on October 14, 2011 (rt) (Entered: 10/14/2011) |

| 10/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (rt) (Entered: 10/14/2011) |
| 01/19/2012 | 2 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 01/19/2012) |
| 01/19/2012 | 3 | AFFIDAVIT *of Service* by K-BEECH, INC.. (FIORE, CHRISTOPHER) (Entered: 01/19/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06430-BMS

K-BEECH, INC. v. FOSTER
Assigned to: HONORABLE BERLE M. SCHILLER
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/14/2011
Date Terminated: 11/18/2011
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**                  represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**ROBERT FOSTER**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 10/14/2011 | 1 | COMPLAINT against ROBERT FOSTER ( Filing fee $ 350 receipt number 051335.), filed by K-BEECH, INC..(rt) (Entered: 10/14/2011) |
| 10/14/2011 | | Summons Issued as to ROBERT FOSTER. One Forwarded To: Counsel on October 14, 2011 (rt) (Entered: 10/14/2011) |

| 10/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (rt) (Entered: 10/14/2011) |
| 11/18/2011 | 2 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Notice of Settlement and Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 11/18/2011) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06427-BMS

K-BEECH, INC. v. DOE
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/14/2011
Date Terminated: 04/10/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**                    represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 051341.), filed by K-BEECH, INC..(mima, ) (Entered: 10/14/2011) |
| 10/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (mima, ) (Entered: 10/14/2011) |
| 12/21/2011 | 2 | MOTION Motion For Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 12/21/2011) |

| 12/22/2011 | 3 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPEONA PRIOR TO A RULE 26 (f) CONFERENCE IS GRANTED; ETC.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 12/22/11.12/22/11 ENTERED AND E-MAILED.(jl, ) (Entered: 12/22/2011) |
| 02/13/2012 | 4 | MOTION Plaintiff's Motion for Extension of Time to Serve Doe Defendants with a Summons and Complaint filed by K-BEECH, INC..Order and Certificate of Service.(FIORE, CHRISTOPHER) (Entered: 02/13/2012) |
| 02/15/2012 | 5 | ORDER THAT PLAINTIFF SHALL HAVE UNTIL 3/14/12 TO SERVE DEFENDANT WITH SUMMONS AND COMPLAINT; ETC.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 2/13/12. 2/15/12 ENTERED AND E-MAILED.(jl, ) (Entered: 02/15/2012) |
| 04/10/2012 | 6 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 04/10/2012) |
| 04/11/2012 | 7 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 04/11/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06429-BMS

K-BEECH, INC. v. FITZPATRICK
Assigned to: HONORABLE BERLE M. SCHILLER
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/14/2011
Date Terminated: 11/10/2011
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

67

V.

**Defendant**

**LOUIS FITZPATRICK**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2011 | 1 | COMPLAINT against LOUIS FITZPATRICK ( Filing fee $ 350 receipt number 051337.), filed by K-BEECH, INC..(rt) (Entered: 10/14/2011) |
| 10/14/2011 | | Summons Issued as to LOUIS FITZPATRICK. One Forwarded To: Counsel on October 14, 2011 (rt) (Entered: 10/14/2011) |
| 10/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (rt) (Entered: 10/14/2011) |
| 11/10/2011 | 2 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 11/10/2011) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-07089-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 11/14/2011
Date Terminated: 03/13/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**                represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 053144.), filed by K-BEECH, INC..(rt) (Entered: 11/15/2011) |
| 11/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (rt) (Entered: 11/15/2011) |
| 11/14/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(rt) (Entered: 11/15/2011) |
| 11/16/2011 | 3 | MOTION Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/16/2011) |
| 11/17/2011 | 4 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE (DOC. NO. 3) IS GRANTED AS OUTLINED HEREIN. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/16/2011. 11/17/2011 ENTERED AND COPIES E-MAILED. (ems) (Entered: 11/17/2011) |
| 03/13/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 03/13/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-07090-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 11/14/2011
Date Terminated: 03/14/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

### Plaintiff

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 053144.), filed by K-BEECH, INC..(rt) (Entered: 11/15/2011) |
| 11/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (rt) (Entered: 11/15/2011) |
| 11/14/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(rt) (Entered: 11/15/2011) |
| 11/16/2011 | 3 | MOTION Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/16/2011) |
| 11/17/2011 | 4 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(F) IS GRANTED. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/16/11.11/17/11 ENTERED AND COPIES E-MAILED.(fdc) (Entered: 11/17/2011) |
| 03/14/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 03/14/2012) |

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06619-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/24/2011
Date Terminated: 02/21/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438

215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 051905.), filed by K-BEECH, INC..(rt) (Entered: 10/24/2011) |
| 10/24/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (rt) (Entered: 10/24/2011) |
| 10/24/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(rt) (Entered: 10/24/2011) |
| 11/17/2011 | 3 | MOTION Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/17/2011) |
| 11/17/2011 | 4 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE (DOC. NO. 3) IS GRANTED AS OUTLINED HEREIN. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/17/2011. 11/18/2011 ENTERED AND COPIES E-MAILED. (ems) (Entered: 11/18/2011) |
| 02/21/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 02/21/2012) |

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:11-cv-06620-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/24/2011
Date Terminated: 03/23/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 051905.), filed by K-BEECH, INC..(rt) (Entered: 10/24/2011) |
| 10/24/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (rt) (Entered: 10/24/2011) |
| 10/24/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(rt) (Entered: 10/24/2011) |
| 11/17/2011 | 3 | MOTION for Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference filed by K-BEECH, INC., Order and Memorandum. (FIORE, CHRISTOPHER) Modified on 11/17/2011 (nd). (Main Document 3 replaced on 11/18/2011) (nd, ). (Entered: 11/17/2011) |
| 11/17/2011 | 4 | ORDER GRANTING MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA. FURTHER OUTLINES OF ORDER DISCUSSED WITHIN. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/17/2011. 11/18/2011 ENTERED AND COPIES E-MAILED. NO MAILING SENT TO DEFENDANT - ADDRESS NOT LISTED.(stwe, ) (Entered: 11/18/2011) |
| 02/21/2012 | 5 | MOTION Plaintiff's Motion to Enlarge the Time Within Which it Has to Serve Doe Defendant With Summons and Complaint filed by K-BEECH, INC..Certified of Service and Order.(FIORE, CHRISTOPHER) (Entered: 02/21/2012) |
| 02/22/2012 | 6 | ORDER THAT PLAINTIFF'S MOTION TO ENLARGE THE TIME WITHIN WHICH IT HAS TO SERVE DOE DEFENDANT WITH SUMMONS AND COMPLAINT IS GRANTED. PLAINTIFF SHALL HAVE UNTIL 3/22/12 TO EFFECTUATE SERVICE OF THE |

| | | |
|---|---|---|
| | | SUMMONS AND COMPLAINT UPON THE DOE DEFENDANT. SIGNED BY HONORABLE BERLE M. SCHILLER ON 2/22/12. 2/22/12 ENTERED AND E-MAILED.(fdc) (Entered: 02/22/2012) |
| 03/23/2012 | 7 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal Without Prejudice(FIORE, CHRISTOPHER) (Entered: 03/23/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06670-BMS

K-BEECH, INC. v. DOE
Assigned to: HONORABLE BERLE M. SCHILLER
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/25/2011
Date Terminated: 02/21/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

## Plaintiff

K-BEECH, INC.

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*ATTORNEY TO BE NOTICED*

V.

## Defendant
## JOHN DOE

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 052068.), filed by K-BEECH, INC..(rt) (Entered: 10/27/2011) |
| 10/25/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (rt) (Entered: 10/27/2011) |
| 10/25/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(rt) (Entered: 10/27/2011) |

| 11/11/2011 | 3 | MOTION Plaintiff's Motion for Leave to Serve Third Party Subpoena filed by K-BEECH, INC..Order and Memorandum of Law In Support of.(FIORE, CHRISTOPHER) (Entered: 11/11/2011) |
| 11/15/2011 | 4 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(F) CONFERENCE IS GRANTED. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/15/11.11/16/11 ENTERED AND COPIES E-MAILED.(ldc) (Entered: 11/16/2011) |
| 02/21/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 02/21/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-07080-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 11/14/2011
Date Terminated: 03/13/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**                          represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number |

| | | 053144.), filed by K-BEECH, INC..(rt) (Entered: 11/15/2011) |
|---|---|---|
| 11/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (rt) (Entered: 11/15/2011) |
| 11/14/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(rt) (Entered: 11/15/2011) |
| 11/16/2011 | 3 | MOTION Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/16/2011) |
| 11/17/2011 | 4 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(F) IS GRANTED. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/16/11.11/17/11 ENTERED AND COPIES E-MAILED.(fdc) (Entered: 11/17/2011) |
| 03/13/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiffs Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 03/13/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06623-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/24/2011
Date Terminated: 02/21/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**                       represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 051905.), filed by K-BEECH, INC..(tj, ) (Entered: 10/24/2011) |
| 10/24/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC.(tj, ) (Entered: 10/24/2011) |
| 10/24/2011 | | DEMAND for Trial by Jury by K-BEECH, INC. (tj, ) (Entered: 10/24/2011) |
| 11/11/2011 | 3 | First MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order.(FIORE, CHRISTOPHER) (Entered: 11/11/2011) |
| 11/11/2011 | 4 | Memorandum In Support re 3 First MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by K-BEECH, INC.. (FIORE, CHRISTOPHER) (Entered: 11/11/2011) |
| 11/15/2011 | 5 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE (DOC. #3) IS GRANTED AS OUTLINED HEREIN.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/15/2011.11/16/2011 ENTERED AND COPIES E-MAILED(tomg, ) (Entered: 11/16/2011) |
| 02/21/2012 | 6 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 02/21/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06624-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/24/2011
Date Terminated: 02/21/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**                    represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438

215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 051905.), filed by K-BEECH, INC.(tj, ) (Entered: 10/24/2011) |
| 10/24/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC.(tj, ) (Entered: 10/24/2011) |
| 10/24/2011 | | DEMAND for Trial by Jury by K-BEECH, INC. (tj, ) (Entered: 10/24/2011) |
| 11/11/2011 | 3 | MOTION Motion for Leave to Serve Third Party Subpoena filed by K-BEECH, INC..Order and Memorandum of Law.(FIORE, CHRISTOPHER) (Entered: 11/11/2011) |
| 11/15/2011 | 4 | ORDER THAT UPON CONSIDERATION OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE, IT IS HEREBY ORDERED THAT THE MOTION 3 , IS GRANTED, ETC. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/15/11.11/16/11 ENTERED AND COPIES E-MAILED.(ti, ) (Entered: 11/16/2011) |
| 02/21/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 02/21/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06621-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000
related Case: 5:11-cv-05060-BMS

Date Filed: 10/24/2011
Date Terminated: 02/21/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright

Cause: 17:101 Copyright Infringement          Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**                    represented by **CHRISTOPHER P. FIORE**
                                     FIORE & BARBER LLC
                                     425 MAIN ST STE 200
                                     HARLEYSVILLE, PA 19438
                                     215-256-0205
                                     Email: cfiore@fiorebarber.com
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 051905.), filed by K-BEECH, INC..(mima, ) (Entered: 10/24/2011) |
| 10/24/2011 |  | DEMAND for Trial by Jury by K-BEECH, INC.. (mima, ) (Entered: 10/24/2011) |
| 10/24/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(mima, ) (Entered: 10/24/2011) |
| 11/11/2011 | 3 | MOTION Motion for Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference *and Memorandum of Law in Support of Plaintiff's Motion for Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference* filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/11/2011) |
| 11/15/2011 | 4 | ORDER THAT PLAINTIFFS MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE (DOC. 3) IS GRANTED AS OUTLINED HEREIN.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/15/11. 11/16/11 ENTERED AND COPIES EMAILED.(rf, ) (Entered: 11/16/2011) |
| 02/21/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 02/21/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06425-BMS

K-BEECH, INC. v. DOE
Assigned to: HONORABLE BERLE M. SCHILLER

related Case: 5:11-cv-05060-BMS

Cause: 17:101 Copyright Infringement

Date Filed: 10/14/2011
Date Terminated: 02/13/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 051344.), filed by K-BEECH, INC.. (Attachments: # 1 Civil Cover Sheet)(jwl, ) (Entered: 10/14/2011) |
| 10/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (jwl, ) (Entered: 10/14/2011) |
| 12/21/2011 | 2 | MOTION Motion For leave to Servce Third Party Subpoenas Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, |

| Date Filed | # | Docket Text |
|---|---|---|
| | | CHRISTOPHER) (Entered: 12/21/2011) |
| 12/22/2011 | 3 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE IS GRANTED. SIGNED BY HONORABLE BERLE M. SCHILLER ON 12/22/11. 12/22/11 ENTERED AND COPIES E-MAILED.(ky, ) (Entered: 12/22/2011) |
| 02/13/2012 | 4 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 02/13/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06622-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/24/2011
Date Terminated: 02/21/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|

| 10/24/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 051905.), filed by K-BEECH, INC..(mima, ) (Entered: 10/24/2011) |
| 10/24/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (mima, ) (Entered: 10/24/2011) |
| 10/24/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(mima, ) (Entered: 10/24/2011) |
| 11/18/2011 | 3 | MOTION Motion for Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/18/2011) |
| 11/18/2011 | 4 | ORDER THA THE PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE (DOC. NO.3) IS GRANTED AS OUTLINED HEREIN. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/18/2011.11/18/2011 ENTERED AND COPIES E-MAILED.(kk, ) (Entered: 11/18/2011) |
| 02/21/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal Without Prejudice(FIORE, CHRISTOPHER) (Entered: 02/21/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06434-BMS

K-BEECH, INC. v. FRANCESCHINI
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/14/2011
Date Terminated: 02/13/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**                                    represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PAUL FRANCESCHINI**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2011 | 1 | COMPLAINT against PAUL FRANCESCHINI ( Filing fee $ 350 receipt number 051328.), filed by K-BEECH, INC.(tj, ) (Entered: 10/14/2011) |
| 10/14/2011 | | Summons Issued as to PAUL FRANCESCHINI. Forwarded To: Counsel on 10/14/11 (tj, ) (Entered: 10/14/2011) |
| 10/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (tj, ) (Entered: 10/14/2011) |
| 02/13/2012 | 2 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal with Prejudice(FIORE, CHRISTOPHER) (Entered: 02/13/2012) |

**United States District Court**
**Eastern District of Pennsylvania (Allentown)**
**CIVIL DOCKET FOR CASE #: 5:11-cv-06433-BMS**

K-BEECH, INC. v. GRISAFI
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/14/2011
Date Terminated: 01/19/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**          represented by   **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

82

**JOSEPH GRISAFI**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2011 | 1 | COMPLAINT against JOSEPH GRISAFI ( Filing fee $ 350 receipt number 051330.), filed by K-BEECH, INC.(tj, ) (Entered: 10/14/2011) |
| 10/14/2011 | | Summons Issued as to JOSEPH GRISAFI. Forwarded To: Counsel on 10/14/11 (tj, ) (Entered: 10/14/2011) |
| 10/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (tj, ) (Entered: 10/14/2011) |
| 01/19/2012 | 2 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 01/19/2012) |

---

### United States District Court
### Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:11-cv-06426-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/14/2011
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**                    represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

JOHN DOE

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 051342.), filed by K-BEECH, INC.. (Attachments: # 1 Civil Cover Sheet)(jwl, ) (Entered: 10/14/2011) |
| 10/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (jwl, ) (Entered: 10/14/2011) |
| 01/27/2012 | 2 | MOTION Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 01/27/2012) |
| 01/27/2012 | 3 | NOTICE by K-BEECH, INC. *Notice of Filing Rule 7.1 Disclosure Statement* (FIORE, CHRISTOPHER) (Entered: 01/27/2012) |
| 01/27/2012 | | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC.. (SEE PAPER #3 FOR ATTACHMENT) (nd, ) (Entered: 01/30/2012) |
| 01/30/2012 | 4 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE IS GRANTED. SIGNED BY HONORABLE BERLE M. SCHILLER ON 1/30/12. 1/31/12 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 01/31/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-07085-BMS

K-BEECH, INC. v. DOE
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 11/14/2011
Date Terminated: 03/13/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**                    represented by **CHRISTOPHER P. FIORE**
                                     FIORE & BARBER LLC
                                     425 MAIN ST STE 200
                                     HARLEYSVILLE, PA 19438

215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 053144.), filed by K-BEECH, INC.. (Attachments: # 1 Civil Cover Sheet)(jwl, ) (Entered: 11/14/2011) |
| 11/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (jwl, ) (Entered: 11/14/2011) |
| 11/14/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(jwl, ) (Entered: 11/14/2011) |
| 11/16/2011 | 3 | MOTION Motion for Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/16/2011) |
| 11/17/2011 | 4 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA IS HEREBY GRANTED AS OUTLINED HEREIN. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/16/2011.11/17/2011 ENTERED AND COPIES E-MAILED.(kp, ) (Entered: 11/17/2011) |
| 03/13/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 03/13/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-07081-BMS

K-BEECH, INC. v. JOHN DOE                Date Filed: 11/14/2011
Assigned to: HONORABLE BERLE M. SCHILLER     Date Terminated: 03/14/2012
Demand: $150,000                      Jury Demand: Plaintiff

85

related Case: <u>5:11-cv-05060-BMS</u>
Cause: 17:101 Copyright Infringement

Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 053144.), filed by K-BEECH, INC..(mima, ) (Entered: 11/14/2011) |
| 11/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (mima, ) (Entered: 11/14/2011) |
| 11/14/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(mima, ) (Entered: 11/14/2011) |
| 11/16/2011 | 3 | MOTION Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/16/2011) |
| 11/17/2011 | 4 | ORDER THAT PLAINTIFFS MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE (DOC. 3) IS GRANTED AS OUTLINED HEREIN.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/16/11. 11/17/11 ENTERED AND COPIES EMAILED.(rf, ) (Entered: 11/17/2011) |
| 03/14/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiffs Notice of Volunta5ry Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 03/14/2012) |

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:11-cv-07082-BMS**

K-BEECH, INC. v. JOHN DOE      Date Filed: 11/14/2011
Assigned to: HONORABLE BERLE M. SCHILLER      Date Terminated: 03/13/2012
Demand: $150,000      Jury Demand: Plaintiff
related Case: 5:11-cv-05060-BMS      Nature of Suit: 820 Copyright
Cause: 17:101 Copyright Infringement      Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**      represented by **CHRISTOPHER P. FIORE**
     FIORE & BARBER LLC
     425 MAIN ST STE 200
     HARLEYSVILLE, PA 19438
     215-256-0205
     Email: cfiore@fiorebarber.com
     *LEAD ATTORNEY*
     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 053144.), filed by K-BEECH, INC.,.(mima, ) (Entered: 11/14/2011) |
| 11/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.,. (mima, ) (Entered: 11/14/2011) |
| 11/14/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC.,.(mima, ) (Entered: 11/14/2011) |
| 11/16/2011 | 3 | MOTION Motion for Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/16/2011) |
| 11/17/2011 | 4 | ORDER THAT THE MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE (DOC. NO.3) IS GRANTED AS OUTLINED HEREIN. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/16/2011.11/17/2011 ENTERED AND |

| | | COPIES E-MAILED(kk, ) (Entered: 11/17/2011) | |
|---|---|---|---|
| 03/13/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 03/13/2012) | |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-07086-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 11/14/2011
Date Terminated: 03/13/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

### Plaintiff

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant
### JOHN DOE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 053144.), filed by K-BEECH, INC.. (Attachments: # 1 Civil Cover Sheet)(jwl, ) (Entered: 11/15/2011) |
| 11/14/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(jwl, |

| | | ) (Entered: 11/15/2011) |
|---|---|---|
| 11/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (jwl, ) (Entered: 11/15/2011) |
| 11/16/2011 | 3 | MOTION Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/16/2011) |
| 11/17/2011 | 4 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE IS GRANTED. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/16/11. 11/18/11 ENTERED AND COPIES E-MAILED.(mbh, ) (Entered: 11/18/2011) |
| 03/13/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 03/13/2012) |

---

### United States District Court
### Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:11-cv-07088-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 11/14/2011
Date Terminated: 03/13/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**                           represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 053144.), filed by K-BEECH, INC..(mima, ) (Entered: 11/15/2011) |
| 11/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (mima, ) (Entered: 11/15/2011) |
| 11/14/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(mima, ) (Entered: 11/15/2011) |
| 11/16/2011 | 3 | MOTION Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/16/2011) |
| 11/17/2011 | 4 | ORDER THAT PLFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA (DOC #3) IS GRANTED, ETC. ( SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/16/11.)11/17/11 ENTERED AND COPIES E-MAILED.(gn, ) (Entered: 11/17/2011) |
| 03/13/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal Without Prejudice(FIORE, CHRISTOPHER) (Entered: 03/13/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-07077-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 11/14/2011
Date Terminated: 02/13/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

### Plaintiff

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant
## JOHN DOE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 053144.), filed by K-BEECH, INC.. (Attachments: # 1 Civil Cover Sheet)(jwl, ) (Additional attachment(s) added on 12/19/2011: # 2 Designation Form) (jcab, ). (Entered: 11/15/2011) |
| 11/14/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(jwl, ) (Entered: 11/15/2011) |
| 11/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (jwl, ) (Entered: 11/15/2011) |
| 11/16/2011 | 3 | MOTION Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/16/2011) |
| 11/17/2011 | 4 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26 (f) CONFERENCE IS GRANTED; ETC.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/16/11.11/17/11 ENTERED AND E-MAILED.(jl, ) (Entered: 11/17/2011) |
| 02/13/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 02/13/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-07087-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 11/14/2011
Date Terminated: 03/14/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

## Plaintiff

**K-BEECH, INC.**                    represented by   **CHRISTOPHER P. FIORE**
                                                       FIORE & BARBER LLC
                                                       425 MAIN ST STE 200
                                                       HARLEYSVILLE, PA 19438
                                                       215-256-0205
                                                       Email: cfiore@fiorebarber.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 053144.), filed by K-BEECH, INC..(mima, ) (Entered: 11/15/2011) |
| 11/14/2011 |  | DEMAND for Trial by Jury by K-BEECH, INC.. (mima, ) (Entered: 11/15/2011) |
| 11/14/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(mima, ) (Entered: 11/15/2011) |
| 11/16/2011 | 3 | MOTION Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/16/2011) |
| 11/17/2011 | 4 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPEONA PRIOR TO A RULE 26 (f) CONFERENCE IS GRANTED; ETC.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/16/11.11/17/11 ENTERED AND E-MAILED.(jl, ) (Entered: 11/17/2011) |
| 03/14/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 03/14/2012) |

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:11-cv-07079-BMS**

K-BEECH, INC. v. JOHN DOE                         Date Filed: 11/14/2011
Assigned to: HONORABLE BERLE M. SCHILLER          Date Terminated: 03/14/2012
Demand: $150,000                                  Jury Demand: Plaintiff
related Case: 5:11-cv-05060-BMS                    Nature of Suit: 820 Copyright
Cause: 17:101 Copyright Infringement               Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**                    represented by  **CHRISTOPHER P. FIORE**
                                                     FIORE & BARBER LLC
                                                     425 MAIN ST STE 200
                                                     HARLEYSVILLE, PA 19438
                                                     215-256-0205
                                                     Email: cfiore@fiorebarber.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**JOHN DOE**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 053144.), filed by K-BEECH, INC..(mima, ) (Entered: 11/15/2011) |
| 11/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (mima, ) (Entered: 11/15/2011) |
| 11/14/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(mima, ) (Entered: 11/15/2011) |
| 11/16/2011 | 3 | MOTION Leave to Serve Third Party Subpoena Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/16/2011) |
| 11/17/2011 | 4 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE (DOC. NO. 3) IS GRANTED AS OUTLINED HEREIN. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/16/2011. 11/17/2011 ENTERED AND COPIES E-MAILED. (ems) (Entered: 11/17/2011) |
| 03/14/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 03/14/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-07083-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 11/14/2011
Date Terminated: 03/13/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**K-BEECH, INC.**                represented by **CHRISTOPHER P. FIORE**
                                 FIORE & BARBER LLC
                                 425 MAIN ST STE 200
                                 HARLEYSVILLE, PA 19438
                                 215-256-0205
                                 Email: cfiore@fiorebarber.com
                                 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JOHN DOE**

V.

**Movant**

**JOHN DOE**                     represented by **JOHN DOE**
**(PAJOHNDOE178@YAHOO.COM)**                     **(PAJOHNDOE178@YAHOO.COM)**
                                 NO MAILING ADDRESS
                                 PROVIDED
                                 PRO SE

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 11/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 053144,), filed by K-BEECH, INC.(tj, ) (Entered: 11/15/2011) |
| 11/14/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC.(tj, ) (Entered: 11/15/2011) |
| 11/14/2011 |   | DEMAND for Trial by Jury by K-BEECH, INC. (tj, ) (Entered: 11/15/2011) |

| 11/16/2011 | 3 | MOTION Leave to Serve Third Party Subpornas Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/16/2011) |
| 11/17/2011 | 4 | ORDER THAT PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE (DOC. #3) IS GRANTED AS OUTLINED HEREIN.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/16/2011.11/17/2011 ENTERED AND COPIES E-MAILED.(tomg, ) (Entered: 11/17/2011) |
| 12/19/2011 | 5 | MOTION to Quash or Modify Subpoena filed by JOHN DOE (PAJOHNDOE178@YAHOO.COM), with Certificate of Service..(tomg, ) (Entered: 12/19/2011) |
| 01/04/2012 | 6 | Memorandum of Law in Opposition re 5 MOTION to Quash *Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Quash or Modify Subpoena* filed by K-BEECH, INC. Certificate of Service. (FIORE, CHRISTOPHER) Modified on 1/5/2012 (lisad, ). (Entered: 01/04/2012) |
| 01/11/2012 | 7 | ORDER THAT THE DEFT JOHN DOE'S MOTION TO QUASH OR MODIFY SUBPOENA (DOC. #5) IS DENIED.. SIGNED BY HONORABLE BERLE M. SCHILLER ON 1/10/2012.1/11/2012 ENTERED AND COPIES E-MAILED.(tomg, ) (Entered: 01/11/2012) |
| 01/17/2012 | 8 | MOTION TO RE-ARGUE DEFT'S PREVIOUS MOTION TO QUASH OR MODIFY SUBPOENA filed by JOHN DOE (PAJOHNDOE178@YAHOO.COM) with CERTIFICATE OF SERVICE..(tomg, ) (Entered: 01/17/2012) |
| 01/30/2012 | 9 | MEMORANDUM AND/OR OPINION RE: MOTION TO RE-ARGUE (DOC. #8). SIGNED BY HONORABLE BERLE M. SCHILLER ON 1/30/2012; 1/30/2012 ENTERED AND COPIES E-MAILED.(tomg, ) (Entered: 01/30/2012) |
| 01/30/2012 | 10 | MEMORANDUM AND/OR OPINION ORDER THAT DEFT JOHN DOE'S MOTION TO RE-ARGUE DEFT'S PREVIOUS MOTION TO QUASH OR MODIFY SUBPOENA (DOC. #8) IS DENIED. SIGNED BY HONORABLE BERLE M. SCHILLER ON 1/30/2012; 1/30/2012 ENTERED AND COPIES E-MAILED.(tomg, ) (Entered: 01/30/2012) |
| 03/13/2012 | 11 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 03/13/2012) |

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:11-cv-07084-BMS**

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 11/14/2011
Date Terminated: 04/11/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

## Plaintiff

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*ATTORNEY TO BE NOTICED*

V.

## Defendant

## JOHN DOE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 053144.), filed by K-BEECH, INC.(tj, ) (Entered: 11/15/2011) |
| 11/14/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC.(tj, ) (Entered: 11/15/2011) |
| 11/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC. (tj, ) (Entered: 11/15/2011) |
| 04/11/2012 | 3 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 04/11/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-07078-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
Demand: $150,000

Date Filed: 11/14/2011
Date Terminated: 03/13/2012
Jury Demand: Plaintiff

related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

## Plaintiff

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*ATTORNEY TO BE NOTICED*

V.

## Defendant

## JOHN DOE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 053144.), filed by K-BEECH, INC..(tj, ) (Entered: 11/15/2011) |
| 11/14/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC.(tj, ) (Entered: 11/15/2011) |
| 11/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC. (tj, ) (Entered: 11/15/2011) |
| 11/16/2011 | 3 | MOTION Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/16/2011) |
| 11/17/2011 | 4 | ORDER THAT PLFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENA (DOC #3) IS GRANTED, ETC. ( SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/16/11.)11/17/11 ENTERED AND COPIES E-MAILED.(gn, ) (Entered: 11/17/2011) |
| 03/13/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 03/13/2012) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06436-BMS

K-BEECH, INC. v. BLAZKO
Assigned to: HONORABLE BERLE M. SCHILLER
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/14/2011
Date Terminated: 12/01/2011
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

### Plaintiff

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant
### HANNA BLAZKO

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2011 | 1 | COMPLAINT against HANNA BLAZKO ( Filing fee $ 350 receipt number 051325.), filed by K-BEECH, INC.. (Attachments: # 1 Civil Cover Sheet)(jwl, ) (Entered: 10/14/2011) |
| 10/14/2011 | | Summons Issued as to HANNA BLAZKO. One Forwarded To: Counsel on 10/14/11 (jwl, ) (Entered: 10/14/2011) |
| 10/14/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (jwl, ) (Entered: 10/14/2011) |
| 12/01/2011 | 2 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Notice of Settlement and Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 12/01/2011) |

## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11-cv-06625-BMS

K-BEECH, INC. v. JOHN DOE
Assigned to: HONORABLE BERLE M. SCHILLER
related Case: 5:11-cv-05060-BMS
Cause: 17:101 Copyright Infringement

Date Filed: 10/24/2011
Date Terminated: 02/21/2012
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

### Plaintiff

**K-BEECH, INC.**

represented by **CHRISTOPHER P. FIORE**
FIORE & BARBER LLC
425 MAIN ST STE 200
HARLEYSVILLE, PA 19438
215-256-0205
Email: cfiore@fiorebarber.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

### JOHN DOE

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2011 | 1 | COMPLAINT against JOHN DOE ( Filing fee $ 350 receipt number 051905.), filed by K-BEECH, INC.. (Attachments: # 1 Civil Cover Sheet)(jwl, ) (Entered: 10/24/2011) |
| 10/24/2011 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 by K-BEECH, INC..(jwl, ) (Entered: 10/24/2011) |
| 10/24/2011 | | DEMAND for Trial by Jury by K-BEECH, INC.. (jwl, ) (Entered: 10/24/2011) |
| 11/11/2011 | 3 | MOTION Motion for Leave to Serve Third Party Subpoena *Prior to a Rule 26(f) Conference* filed by K-BEECH, INC..Order and Memorandum.(FIORE, CHRISTOPHER) (Entered: 11/11/2011) |
| 11/15/2011 | 4 | ORDER granting 3 Motion FOR LEAVE TO SERVE THIRD PARTY SUBPEONA AS OUTLINED IN THE ORDER. SIGNED BY HONORABLE BERLE M. SCHILLER ON 11/15/2011. 11/16/2011 |

| | | ENTERED AND COPIES E-MAILED.(uh, ) (Entered: 11/16/2011) |
|---|---|---|
| 02/21/2012 | 5 | NOTICE of Voluntary Dismissal by K-BEECH, INC. As To Plaintiff's Notice of Voluntary Dismissal With Prejudice(FIORE, CHRISTOPHER) (Entered: 02/21/2012) |

USDS SDN
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DIGITAL SINS, INC.,

Plaintiff,

-against-

11 Civ. 8170 (CM)

JOHN DOES 1-245,

Defendants.

------------------------------------------------------------x

## MEMORANDUM DECISION AND ORDER SEVERING JOHN DOES 2-245 FROM JOHN DOE 1 AND DISMISSING THE CASES AGAINST JOHN DOES 2-245 PENDING THE PAYMENT OF THE REQUISITE FILING FEE; AND SETTING FORTH RULES FOR THE CONDUCT OF FURTHER LITIGATION BY THIS PLAINTIFF AND PLAINTIFF'S LAW FIRM IN CONNECTION WITH THE ALLEGED INFRINGEMENT OF "MY LITTLE PANTIES 2"BY THESE JOHN DOE DEFENDANTS

McMahon, J.:

Presently before the Court is a motion by John Doe 148 for dismissal or severance of his case from this matter, as well as a motion to quash a subpoena served on various internet service providers seeking information about, *inter alia*, John Doe 148, and for a protective order. (ECF No. 11.) John Doe 149, another putative defendant in this case, has filed a similar motion. (ECF No. 15.) The present motion addresses these items.

Because these 245 separate cases do not meet the requirements for permissive joinder under Fed. R. Civ. P. 20(a)(2) — and because the Court has seen fit to exercise her discretion under Fed. R. Civ. P. 20(b), 21, and 42(b) — John Doe 148's and 149's motions to sever the claims against them is granted. For the reasons discussed below, the case is also dismissed, *sua sponte*, as against John Does 2-245 without prejudice to plaintiff's bringing those claims in separate lawsuits against each John Doe defendant, upon payment of the appropriate filing fee. I am also explaining the procedures plaintiff must follow in order to reinstitute actions against the severed defendants. And I set June 1, 2012 as the absolute deadline for plaintiff to file proof of service on John Doe 1.[1] If plaintiff fails to file proof of service by that date, this action will be dismissed against John Doe 1 as well.

---

[1]   Plaintiff's "Application Pursuant to Rule 4(m) for Enlargement of Time to Serve Defendants as Well as Status Report" (ECF No. 17) is denied.

1

## BACKGROUND

Plaintiff alleges that each of 245 different John Doe defendants has uploaded and downloaded a pornographic film entitled "My Little Panties 2," the rights to which are controlled by plaintiff. What the John Does allegedly have in common, aside from their presumed interest in hardcore pornography,[2] is that they all allegedly used a peer-to peer client sharing protocol known as BitTorrent to obtain the film as part of something called a "swarm." My colleague in the Eastern District of Virginia, The Hon. John A. Gibney, Jr., described this as follows:

> The BitTorrent software at issue allows a person to visit a private website and download a file containing the desired digital media onto a program that is already installed on the user's computer. Once the file is loaded, the BitTorrent program connects to hundreds or thousands of different users that possess and share copies of the particular media contained in the file. BitTorrent coordinates the copying of the media using the digital copies of those other users. As the original user (or "peer") downloads his or her copy, it immediately becomes available to other users who may be looking to obtain the file. The collection of users who simultaneously "share" a particular file is known as a "swarm."

*K-Beech, Inc. v. John Does 1-85*, No. 3:11cv468, 2011 U.S. Dist. LEXIS 124581, at *2-3 (E.D.V.A. Oct. 5, 2011).

The plaintiff alleges that all of the defendants, as part of a single "swarm," are properly joined together in a single action under Fed. R. Civ. P. 20(a)(2), which permits — but does not require — joinder when a plaintiff's right to relief "is asserted against [the defendants] jointly, severally, or in the alternative with respect to or arising out of the *same transaction, occurrence, or series of occurrences*." (Emphasis added).

## DISCUSSION

### I. Joinder is Improper in This Action

There is no need for this Court to write another lengthy opinion discussing why plaintiff's theory is wrong. Rather, I adopt and expressly incorporate into this memorandum order the reasoning of Judge Gibney in *K-Beech*; Magistrate Judge Spero of the Northern District of California in *Hard Drive Productions, Inc. v. Does 1-188*, No. C-11-01566, 809 F. Supp. 2d 1150 (N.D. Cal. August 23, 2011); several other courts in the Northern District of California, including *Diabolic Video Productions, Inc. v. Does 1-2099*, 10 Civ. 5865, 2011 U.S. Dist. LEXIS 58351, at *10-11 (N.D. Cal. May 31, 2011); and most especially the comprehensive Report and Recommendation of The Hon. Gary R. Brown, U.S.M.J., that was filed just last week in our sister court, the Eastern District of New York, in *In re BitTorrent Adult Film Copyright Infringement Cases*, No. 11-cv-3995, 2012 U.S. Dist. LEXIS 61447 (E.D.N.Y. May 1, 2012).

---

[2]     As John Doe 148 absolutely denies ever having downloaded the movie, it is highly questionable whether the John Does have that in common, either.

All of the courts on which this Court relies, and whose reasoning I find persuasive, have concluded that where, as here, the plaintiff does no more than assert that the defendants "merely commit[ed] the same type of violation in the same way," it does not satisfy the test for permissive joinder in a single lawsuit pursuant to Rule 20. In this Circuit, the fact that a large number of people use the same method to violate the law does not authorize them to be joined as defendants in a single lawsuit. *See Nassau Cnty. Assoc. of Ins. Agents, Inc. v. Aetna Life & Casualty*, 497 F. 2d 1151, 1154 (2d Cir. 1974). For the reasons set forth by Magistrate Judge Brown, there is no basis from the allegations of the complaint to conclude that any of the defendants was acting other than independently when he/she chose to access the BitTorrent protocol. "The bare fact that Doe clicked on a command to participate in the BitTorrent Protocol does not mean that they [sic] were part of the downloading by unknown hundreds or thousands of individuals across the country or across the world." *Hard Drive Prods.*, 809 F. Supp. 2d at 1163. Nothing in the complaint negates the inference that the downloads by the various defendants were discrete and separate acts that took place at different times; indeed, the complaint alleges that separate defendants shared access to a file containing a pornographic film in separate and isolated incidents over the course of 59 days. In other words, what we have here is 245 separate and discrete transactions in which 245 individuals used the same method to access a file via the Internet — no concerted action whatever, and no series of related occurrences — at least, not related in any way except the method that was allegedly used to violate the law.

Because joinder was impermissible in this action, I grant the motions of John Does 148 and 149 to sever their claims from those of the other defendants.

Furthermore, like many of the other judges who have confronted this situation, I exercise my discretion under Fed. R. Civ. P. 20(b), 21, and 42(b) to sever plaintiff's claims against all defendants except John Doe 1. *See, e.g., Hard Drive Productions*, 809 F. Supp. 2d at 1164-65; *In re Bittorrent Adult Film Copyright Infringement Cases*, 2012 U.S. Dist. LEXIS 61447, at *34-37.

There are no litigation economies to be gained from trying what are in essence 245 different cases together, because each of the John Does is likely to have some individual defense to assert. Each defendant's situation, which is unique to him or her, will have to be proved separately and independently. As my colleague Judge Newcomer of the Eastern District of Pennsylvania held when assessing a similar strategy arising out of illegally downloaded music files in *BMG Music v. Does 1-203*, Civ. A. 04-650, 2004 WL 953888, at *1 (E.D. Pa. Apr. 2, 2004):

> []Subscriber John Doe 1 could be an innocent parent whose internet access was abused by her minor child, while John Doe 2 might share a computer with a roommate who infringed Plaintiffs' works. John Does 3 through 203 could be thieves, just as Plaintiffs believe, inexcusably pilfering Plaintiffs' property and depriving them, and their artists, of the royalties they are rightly owed . . . Wholesale litigation of these claims is inappropriate, at least with respect to a vast majority (if not all) of Defendants.

3

I already have two motions from two John Doe defendants. One of those defendants has raised the issue of *in personam* jurisdiction, which will be discussed more fully below, and which presents issues unique to him (and different from any other individual defendant who might also assert that the Court lacks jurisdiction over his person). I can expect the various defendants to raise issues relating to the sharing of computers, accessing IP addresses through unsecured wireless networks, personal predilections, and even the location of defendants at the time they are alleged to have accessed the file containing plaintiff's movie. Trying 245 separate cases in which each of 245 different defendants would assert his own separate defenses under a single umbrella is unmanageable. Indeed, it is no accident that plaintiff has not sought to bring this lawsuit as a class action, or to have a class of defendants certified —the Rule 23 requirements for certification could not possibly be met. *See, e.g., Wal-Mart Stores, Inc. v. Dukes*, 131 S. Ct. 2541 (2011).

The only economy that litigating these cases as a single action would achieve is an economy to plaintiff · the economy of not having to pay a separate filing fee for each action brought. However, the desire to avoid paying statutorily mandated filing fees affords no basis for joinder. In these BitTorrent cases, where numerous courts have already chronicled abusive litigation practices — again, I refer to the reader to Magistrate Judge Brown's Report and Recommendation — forcing plaintiff to bring separate actions against separate infringers, and to pay a filing fee for each action, is the single best way to forestall further abuse. This is particularly important because the nature of the alleged copyright infringement — the downloading of an admittedly pornographic movie — has the potential for forcing coercive settlements, due to the potential for embarrassing the defendants, who face the possibility that plaintiff's thus-far-unsubstantiated and perhaps erroneous allegation will be made public.

Indeed, litigation abuse has been a hallmark of the litigation in this court over the purported downloading of My Little Panties Two. There are presently three separate My Little Panties swarm cases pending before three different judges of this court — presumably on the theory that each lawsuit sues only defendants who were involved in a particular, identifiable swarm. The lawsuits could have been filed as related cases under Rule 13(c)(i) of the Local Rules for the Division of Business among District Judges of the Southern District of New York,[3] but were not. This leads to the untenable result that the three different judges have reached different conclusions about the propriety of joining multiple members of the same swarm in a single case; my esteemed colleagues, Judges Forrest and Nathan, have decided to allow these actions to go forward on a theory that permissive joinder was proper. I most respectfully disagree with their conclusion.

The actions against the severed defendants are hereby dismissed without prejudice. They are dismissed because plaintiff has not paid the filing fee that is statutorily required to bring these 244 separate lawsuits. The plaintiff may restore its action against any one, or all, of the 244 severed defendants by filing an individualized complaint against that defendant in conformity with the rules set down below (see page 7-8, *infra*.) and by paying the requisite filing fee.

---

[3]     *See also* Local Civil Rule 1.6(a).

4

## II.    *In Personam* Jurisdiction

John Doe 148 moved in the alternative to dismiss the claims against him on the ground that the Court lacks jurisdiction over his person. While mooted by my decision to sever and dismiss John Doe 148 from this action, the motion brought to the Court's attention that plaintiff has not made a *prima facie* showing that this Court has jurisdiction over the person of the defendants.

In moving to dismiss on for lack of personal jurisdiction, John Doe 148 did not file an affidavit identifying himself or the place in which he lives (although his attorney, who is from Georgia, does imply that John Doe 148 lives "across the country" from New York). Instead, he relies on the fact that plaintiff must establish that the Court has personal jurisdiction over him and the other defendants, arguing that the mere fact that he may have been part of the same "swarm" is insufficient to demonstrate in personam jurisdiction over any particular member of the "swarm."

To its opposition to John Doe 148's motion, plaintiff attached three IP locator reports, each indicating that John Doe 148 is located in New York, New York. (Opp'n to John Doe 148's Mot. To Dismiss or Sever the Matter, Quash, and for a Protective Order ("Opp'n") at 4, Exs. 1-3 (ECF No. 13).) While such publicly available IP locators are not 100% accurate, they have been accepted as making out a *prima facie* case of personal jurisdiction. *See, e.g.*, *John Wiley & Sons, Inc. v. Does Nos. 1-27*, No. 11 CIV. 7627 WHP, 2012 WL 364048, at *1 (S.D.N.Y. Feb. 3, 2012); *Digital Sin, Inc. v. Does 1-176*, --- F.R.D. ----, 2012 WL 263491, at *1 (S.D.N.Y. 2012) ("Publicly available 'reverse IP' checks confirmed that all of these addresses very likely belong to individuals located in New York."); *DigiProtect USA Corp. v. Does*, No. 10 CIV. 8760 PAC, 2011 WL 4444666, at *3-4 (S.D.N.Y. Sept. 26, 2011) ("A showing that the internet account associated with an IP address that allegedly engaged in infringing activity is located in New York State is sufficient to establish *prima facie* personal jurisdiction over the alleged infringer."); *Nu Image, Inc. v. Does 1-23,322*, 799 F. Supp. 2d 34, 40-41 (D.D.C. 2011). John Doe 148 could have overcome that showing by averring that he was a citizen and resident of some state other than New York — even New Jersey or Connecticut, portions of which are located within the geographic area that is covered by the geolocation data. As noted, he did not elect to do so. I cannot, therefore, grant his motion to dismiss on the ground that personal jurisdiction is lacking, although I deny it without prejudice. Should he be sued again, John Doe 148 will have to make a showing about where he actually resides in order to defeat plaintiff's *prima facie* pre-discovery showing of personal jurisdiction based on the geolocation data.

However, plaintiff did not plead any facts tending to show that any of the other defendants is amenable to jurisdiction in New York. The geolocation data submitted by plaintiff in opposition to John Doe 148's motion only raises a *prima facie* case for jurisdiction over that single individual. This raises the question of whether I should *sua sponte* dismiss the complaint against John Doe 1, on the ground that plaintiff has failed to plead facts from which a reasonable trier of fact could conclude that this Court has personal jurisdiction over him, or that venue is properly laid in this district.

Jurisdiction over the person of John Doe 1 is certainly open to question. The fact that different defendants are part of the same "swarm" has been rejected by several courts as a basis for asserting personal jurisdiction over them in a particular court — including in this courthouse, where my colleague, The Hon. Thomas P. Griesa, dismissed an action as against out-of-state defendants in a file-sharing case. *Digiprotect USA Corp. v. Does 1-266*, 10 CIV. 8759 TPG, 2011 WL 1466073 (S.D.N.Y. Apr. 13, 2011); *see also DigiProtect*, 2011 WL 4444666.

Plaintiff insists that it has demonstrated *in personam* jurisdiction, and solved the problem identified by Judge Griesa in *Digiprotect*, by bringing this action only against John Doe defendants whose IP addresses can be traced to the area in and around New York City. Indeed, plaintiff's counsel specifically asserts that he "undertook efforts to ensure that all listed John Does are New York residents, as explained in . . . the technology declaration of Jon Nicolini." (Opp'n at 1.) But the "technology declaration" filed by Mr. Nicolini to support this assertion does not establish that any John Doe defendant is subject to the jurisdiction of this Court. Neither does Mr. Nicolini's carefully worded declaration establish that a case against any particular John Doe who is amenable to jurisdiction in this state (either generally or transactionally) could be properly venued in the Southern District of New York (as opposed to, say, the Eastern District of New York). Mr. Nicolini is careful to say, "We could determine that the Doe Defendants in this case *are likely within or near the geographic location of the court.*" (Nicolini Decl. ¶ 23 (emphasis added).)

Plaintiff's attorney is located in Fairfax, Virginia, which is part of a multi-state metropolitan area encompassing three separate jurisdictions — Virginia, Maryland, and the District of Columbia — so he should know that there are places in the United States where locations "within or near the geographic location" of a courthouse are not necessarily in the same district, or even the same state, as that courthouse. New York City is just such a place. It, like the Washington DC area where plaintiff's attorney works, is a multi-state and multi-district metropolitan area. And indeed, the area that qualifies as "within or near the geographic location of the Court," (Compl. ¶ 4), includes portions of the States of New Jersey and Connecticut — as well as areas of New York that are located in Brooklyn, Queens and on Long Island, all of which lie in the Eastern District of New York. The former fact gives rise to concerns about personal jurisdiction; the latter, to venue questions.

Plaintiff did not bother to attach IP locator reports — or even assert that he ran IP locator reports — for all defendants, even though doing so appears to be quite easy. (*See* Compl. at 13 ("I checked the locations through the IP locators at http://www.ip-address.org and/or http://www.arin.net and/or http://www.ipligence.com.").) To the contrary, Plaintiff's counsel avers that he only "personally conducted *a random batch test* of the purported locations of the IP addresses" of the John Does. (*Id.* (emphasis added).) Plaintiff's counsel was not so hasty in a subsequently filed action in this court arising out of the same copyright and video at issue in this case. *See* Compl. at 13, *Digital Sin, Inc. v. Does 1-176*, No. 12-cv-126-AJN (S.D.N.Y. Jan. 6, 2012) (ECF No. 1) (Nathan, J.) ("I checked the locations through the IP locators at http://www.ip-address.org and/or http://www.arin.net and/or http://www.ipligence.com. *During my search, I did not find any IP addresses that were outside the geographic area of the Court.*") (emphasis added); *see id.* Ex. D (declaring that all defendants are believed to be residents of New York). This oversight is troubling.

6

But while plaintiff has not pleaded facts tending to show that this Court has personal jurisdiction over remaining defendant John Doe 1 — or that venue over him lies in the Southern District of New York — both personal jurisdiction and venue are waivable defenses. I cannot presume that John Doe 1 will choose to assert either or both of them. Therefore, I cannot dismiss the complaint *sua sponte* against John Doe 1 on jurisdictional or venue grounds at this time.

However, should plaintiff successfully serve John Doe 1 by the date set by this Court for accomplishing service, I will entertain a motion to dismiss on either or both grounds from John Doe 1, should he have grounds to assert them. And if plaintiff decides to sue these John Doe defendants again in the Southern District of New York, he would be well advised to obviate a motion to dismiss under Rules 12(b)(2) and (b)(3) by including in his pleading some indication that jurisdiction attached to the particular John Doe being sued and that venue is properly laid in this district.

## III.    Going Forward

Because I have severed and dismissed the claims against the defendants, I hereby *sua sponte* quash any subpoena that may be outstanding to any internet service provider seeking information about the identity of any John Doe defendant other than John Doe 1. Plaintiff is directed to send a copy of this order within 24 hours of its issuance to any and every internet service provider who has been served with a subpoena for any information concerning any other John Doe defendant.

Should plaintiff choose to re-file actions against any of the severed defendants (which actions must be referred to this Court under the rules of this court as related to a prior pending action seeking the same relief against the same party, *see* Rule 4(b) of the Local Rules for the Division of Business among District Judges of the Southern District of New York), any effort to take discovery prior to service must follow the sensible protocol adopted by Magistrate Judge Brown in *In re BitTorrent Adult Film Copyright Infringement Cases:*

(1)    Subpoenas may not issue seeking the telephone numbers or email addresses of the individuals who are assigned a particular IP address. Within seven days of service of each subpoena, the ISP shall reasonably attempt to identify the John Doe sued, and provide that John Doe (not plaintiff) with a copy of the subpoena and a copy of this order (which plaintiff must attach to the subpoena). If an ISP is unable to determine, to a reasonable degree of technical certainty, the identity of the user of a particular IP address, it shall notify plaintiff's counsel in writing, so that a record can be kept for review by the Court.

(2)    An ISP may move to quash or otherwise object to any subpoena within 21 days. Similarly, each potential defendant shall have 21 days from receipt of the subpoena from the ISP to move to quash or otherwise object to the subpoena.

(3)    Absent motions to quash, the ISPs shall produce the information sought to the court, not to plaintiff, within 21 days after notifying each defendant as aforesaid. Such submission shall be ex parte and under seal. The information will be disclosed to plaintiff's

7

counsel by the Court. No such disclosure shall include any email addresses or telephone numbers.

(4) Plaintiff may use the information disclosed, once it is received by plaintiff's counsel, only for the purpose of litigating the instant case.

Lest plaintiff's counsel think he can simply put cases against the severed and dismissed John Doe defendants into the wheel for assignment to yet another judge, I remind him that Local Civil Rule 1.6(a).[4] This rule imposes an ongoing duty on attorneys to bring the existence of potentially related cases to the attention of the Court, "in order to avoid unnecessary duplication of judicial effort." *Id.* As I have already discussed, Plaintiff's counsel has filed three cases in this district, pending in front of Judge Forrest, Judge Nathan, and myself, all concerning the *exact same movie* — "My Little Panties 2" — *with the exact same copyright* — PA0001733587 / 2011-02-10. *Compare* Compl. ¶ 8, *Digital Sin, Inc. v. Does 1-245*, No. 11-cv-8170-CM (S.D.N.Y. Nov. 10, 2011) (ECF No. 1) (McMahon, J.), *with* Compl. ¶ 8, *Digital Sin, Inc. v. Does 1-179*, No. 11-cv-8172-KBF (S.D.N.Y. Nov. 10, 2011) (ECF No. 1) (Forrest, J.), *with* Compl. ¶ 8, *Digital Sin, Inc. v. Does 1-176*, No. 12-cv-126-AJN (S.D.N.Y. Jan. 6, 2012) (ECF No. 1) (Nathan, J.). The complaints also allege the same causes of action (copyright infringement and contributory infringement). All these cases should have come to me. Instead, they are scattered all over the courthouse, where they have yielded inconsistent procedural rulings.

This is exactly the situation — three judges ruling separately on cases that should have been consolidated — for which the rule was promulgated. Plaintiff's counsel is cautioned that he must comply with Local Civil Rule 1.6(a) and Rule 4(b) of the Local Rules for the Division of Business among District Judges of the Southern District of New York, if and when he refiles separate actions against any of the individual John Doe defendants whose IP addresses are the subject of the instant lawsuit. Otherwise, he risks being assessed costs pursuant to Local Civil Rule 1.6(b).

I am second to none in my dismay at the theft of copyrighted material that occurs every day on the internet. However, there is a right way and a wrong way to litigate, and so far this way strikes me as the wrong way.

---

[4] *Available at* http://nysd.uscourts.gov/rules/rules.pdf.

8

## CONCLUSION

This constitutes the decision and order of the Court. The Clerk is directed to remove the motions at ECF Nos. 11, 15, and 17 from the Court's list of pending motions.

Dated: May 15, 2012

_____
U.S.D.J.

BY ECF TO ALL COUNSEL

9

**Subject:**   Copyright catalog Left Anchored Copyright Number Search for PA0001764337

**From:**   ILS System (voyager@sun21.loc.gov)

**To:**

**Date:**   Thursday, May 10, 2012 1:51 PM


Type of Work:     Motion Picture

Registration Number / Date:
          PA0001764337 / 2011-12-01

Application Title: Virgins #4.

Title:       Virgins #4.

Description:     Videodisc (DVD)

Copyright Claimant:
          K-Beech, Inc.

Date of Creation: 2011

Date of Publication:
          2011-02-09

Nation of First Publication:
          United States

Authorship on Application:
          K-Beech, Inc. employer for hire; Domicile: United States;
          Citizenship: United States. Authorship: editing/editor,
          production/producer.

Rights and Permissions:
          Jeff Snyder, K-Beech, Inc., 9601 Mason Ave., Unit B,
          Chatsworth, CA, 91311, United States, jeffs@kbeech.com

Names:       K-Beech, Inc.
          Cherry Boxxx Pictures

+++++++++++++++++++++++++++++++++++++++++++++
The Library of Congress
United States Copyright Office
101 Independence Ave., S.E.
Washington, D.C. 20559-6000
202-707-3000

## CERTIFICATE OF SERVICE

I, John Doe xx, hereby certify that the foregoing documents were delivered to the following

parties as indicated on May 18, 2012:

1. VIA EMAIL
   Verizon Legal Compliance

1. VIA US Mail
   Christopher P. Fiore, Esq.
   Fiore & Barber
   425 Main Street, Suite 200
   Harleysville, PA 19438

1. VIA EMAIL
   John Doe
   Filed Motion to Quash or Modify Subpoena
   February 10, 2012
   Docket #5
   Johndoe07248@yahoo.com

Respectfully submitted,

___s/John Doe xx___ _____

John Doe xx
Johndoeedpa1234@yahoo.com

13