UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
:
RAW FILMS, LTD.,                                                :
:   Civil Action No. 2:11-cv-07248-MAM
:
                              Plaintiff,                        :
:
            vs.                                                 :
:
JOHN DOES 1-15,                                                 :
:
                              Defendants.                       :
:
---------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOES 8, 10 AND 12 ONLY**

**PLEASE TAKE NOTICE** that Plaintiff hereby voluntary dismisses without prejudice John Does 8, 10 and 12, who were assigned the IP addresses 108.52.7.25, 173.75.248.231 and 71.185.80.182 ("Defendants"). Due to the time limitations imposed by Fed. R. Civ. P. 4(m), which Plaintiff cannot meet because it has only very recently obtained these Doe's identities, Plaintiff is dismissing the actions claimed against these Defendants and hereby reserves the right to re-file against them once Plaintiff has discussed with the Doe Defendants the possibility of an amicable resolution without the necessity of further court intervention. This process enables all parties to cost effectively and confidentially manage the disputes between them.

Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

Respectfully submitted,

FIORE & BARBER, LLC

By:    *s/ Christopher Fiore*
       Christopher P. Fiore, Esquire
       Aman M. Barber, III, Esquire
       Attorneys for Plaintiff
       425 Main Street, Suite 200
       Harleysville, PA 19438
       Tel: (215) 256-0205
       Fax: (215) 256-9205
       Email: cfiore@fiorebarber.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:    *s/ Christopher P. Fiore*
       Christopher P. Fiore, Esquire