```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RAW FILMS, LTD.                   :    CIVIL ACTION
                                  :
        v.                        :
                                  :
JOHN DOES 1-15                    :    NO. 11-7248
```

ORDER

AND NOW, this 27th day of June, 2012, IT IS HEREBY ORDERED that the attached letter dated June 25, 2012 from John Doe xx to the Court be filed of record by the Clerk.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.